# EXHIBIT B

**Western Digital**

# WD Red™

**PRODUCT BRIEF**  NAS HARD DRIVES



## Product Highlights

- Specifically designed for use in NAS systems with up to 8 bays
- Supports up to 180 TB/yr workload rate[12]
- NASware technology for compatibility
- 3-year limited warranty
- Small and home office NAS systems in a 24×7 environment

| | |
|---|---|
| **INTERFACE** | WD100EFAX |
| SATA 6 Gb/s | WD80EFAX |
| | WD60EFAX |
| **FORM FACTOR** | WD60EFRX |
| 3.5 and 2.5-inch | WD40EFAX |
| | WD40EFRX |
| **CAPACITIES** | WD30EFAX |
| 3.5-inch: 1TB to 14TB | WD30EFRX |
| 2.5-inch: 1TB | WD20EFAX |
| | WD20EFRX |
| **MODEL NUMBERS** | WD10EFRX |
| 3.5-inch: | 2.5-inch: |
| WD140EFFX | WD10JFCX |
| WD120EFAX | |
| WD101EFAX | |

### THE WESTERN DIGITAL ADVANTAGE

Western Digital puts our products through extensive Functional Integrity Testing (F.I.T.) prior to any product launch. This testing ensures our products consistently meet the quality and reliability standards of the Western Digital brand. WD also has a detailed Knowledge Base with more than 1,000 helpful articles as well as helpful software and utilities. Our toll-free customer support lines are here to help or you can access our WD Support site for additional details.

There's a leading edge WD Red drive for every compatible NAS system to help fulfill your data storage needs. With drives up to 14TB, WD Red drives offer a wide array of solutions for customers looking to build a NAS storage solution. Built for single-bay to 8-bay NAS systems, WD Red drives pack the power to store your precious data in one powerhouse unit. With WD Red drives, you're ready for what's next.

### Exclusive NASware™ 3.0

Not just any drive will do. In single-bay to 8-bay NAS systems, WD Red drives raise the bar. Get as much as 112TB capacity, and with WD's exclusive NASware™ technology, you can optimize every single one of them. Built into every WD Red hard drive, NASware 3.0's advanced technology improves your system's storage performance by increasing compatibility, integration, upgradeability, and reliability.

### Built for optimum NAS compatibility

Desktop drives aren't purpose-built for NAS. But WD Red drives with NASware technology are. Our exclusive technology takes the guesswork out of selecting a drive. WD Red drives are for small NAS systems, and our unique algorithm balances performance and reliability in NAS and RAID environments. Simply put, a WD Red drive is one of the most compatible drives available for NAS enclosures. But don't take our word for it. WD Red drives are a reflection of extensive NAS partner technology engagement and compatibility-testing resulting in a leading compatibility list for NAS systems.

### Desktop Drives vs. WD Red

In a Network Attached Storage device, a desktop hard drive is not typically designed for NAS environments. Do right by your NAS and choose the drive designed for NAS with an array of features to help preserve your data and maintain optimum performance. Take the following into consideration when choosing a hard drive for your NAS:

- Compatibility: Without being tested for compatibility with your NAS system, optimum performance is not guaranteed.
- Reliability: The always-on environment of a NAS or RAID is a challenging one. And desktop drives aren't typically designed and tested under those conditions. WD Red drives are.
- Error recovery controls: WD Red NAS hard drives are specifically designed with RAID error recovery control to help reduce failures within the NAS system. Desktop drives are not typically designed for RAID environments.
- Noise and Vibration Protection: Designed to operate solo, desktop drives typically offer little or no protection from the noise and vibration present in a multi-drive system. WD Red drives are designed for multi-bay NAS systems.

### WD Red for Home

Stream, backup, share, and organize your digital content at home with a NAS and WD Red drives designed to effortlessly share content with the devices in your home. NASware 3.0 technology increases your drives' compatibility with your devices, TV, stereo, and more. Live in a connected world.

### WD Red for Small Business

Businesses thrive on productivity and efficiency—two of the guiding principles built into the design of WD Red drives. It's the hard drive of choice for 1 to 8 bay systems. NASware 3.0 technology allows for seamless integration with your existing network so WD Red can share and backup files at the speed of your business. And for larger businesses with up to 24-bays, count on WD Red Pro™ drives.

### WD Red Pro for Big Business

If you're looking for maximum performance in a heavy use NAS, WD Red Pro drives deliver the same exceptional performance for the business customer. For NAS environments with 8 to 24 bays, WD Red Pro drives are designed to handle an increase in workload and comes with a 5-year limited warranty.

**PRODUCT BRIEF**     NAS HARD DRIVES

## Specifications

|  | 14TB | 12TB | 10TB | 10TB | 8TB |
|---|---|---|---|---|---|
| Model Number[1] | WD140EFFX | WD120EFAX | WD101EFAX | WD100EFAX | WD80EFAX |
| Recording Technology[13] | CMR | CMR | CMR | CMR | CMR |
| Interface[2] | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s |
| Formatted capacity[2] | 14TB | 12TB | 10TB | 10TB | 8TB |
| Form factor | 3.5-inch | 3.5-inch | 3.5-inch | 3.5-inch | 3.5-inch |
| Native command queuing | Yes | Yes | Yes | Yes | Yes |
| Advanced Format (AF) | Yes | Yes | Yes | Yes | Yes |
| RoHS compliant[3] | Yes | Yes | Yes | Yes | Yes |
| **Performance** | | | | | |
| Interface Transfer Rate[2] up to | 210 MB/s | 196 MB/s | 215 MB/s | 210 MB/s | 198 MB/s |
| Cache (MB)[2] | 512 | 256 | 256 | 256 | 256 |
| Performance Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class |
| **Reliability/Data Integrity** | | | | | |
| Load/unload cycles[4] | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| Non-recoverable errors per bits read | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 |
| MTBF (hours)[5] | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Workload Rate (TB/year)[6] | 180 | 180 | 180 | 180 | 180 |
| Limited warranty (years)[7] | 3 | 3 | 3 | 3 | 3 |
| **Power Management[8]** | | | | | |
| 12VDC ±5% (A, peak) | 1.85 | 1.84 | 1.75 | 1.79 | 1.85 |
| 5VDC ±5% (A, peak) | | | | | |
| Average power requirements (W) | | | | | |
|   Read/Write | 6.5 | 6.3 | 8.4 | 5.7 | 8.8 |
|   Idle | 3.0 | 2.9 | 4.6 | 2.8 | 5.3 |
|   Standby and Sleep | 0.8 | 0.6 | 0.5 | 0.5 | 0.8 |
| **Environmental Specifications[9]** | | | | | |
| Temperature (°C) | | | | | |
|   Operating | 0 to 65 | 0 to 65 | 0 to 65 | 0 to 65 | 0 to 65 |
|   Non-operating | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 |
| Shock (Gs) | | | | | |
|   Operating, (2 ms, read/write) | 30 | 30 | 30 | 30 | 30 |
|   Operating, (2 ms, read) | 65 | 65 | 65 | 65 | 65 |
|   Non-operating (2 ms) | 300 | 300 | 250 | 300 | 300 |
| Acoustics (dBA)10 | | | | | |
|   Idle | 20 | 20 | 34 | 20 | 27 |
|   Seek (average) | 29 | 29 | 38 | 29 | 29 |
| **Physical Dimensions** | | | | | |
| Height (in./mm, max) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 |
| Length (in./mm, max) | 5.787/147 | 5.787/147 | 5.787/147 | 5.787/147 | 5.787/147 |
| Width (in./mm, ± .01 in.) | 4/101.6 | 4/101.6 | 4/101.6 | 4/101.6 | 4/101.6 |
| Weight (lb/kg , ± 10%) | 1.52/0.69 | 1.46/0.66 | 1.65/0.75 | 1.43/0.65 | 1.58/0.715 |

Specifications subject to change without notice.
[1] Not all products may be available in all regions of the world
[2] As used for storage capacity, one megabyte (MB) = one million bytes, one gigabyte (GB) = one billion bytes, and one terabyte (TB) = one trillion bytes. Total accessible capacity varies depending on operating environment. As used for buffer or cache, one megabyte (MB) = 1,048,576 bytes. As used for transfer rate or interface, megabyte per second (MB/s) = one million bytes per second, and gigabit per second (Gb/s) = one billion bits per second. Effective maximum SATA 6 Gb/s transfer rate calculated according to the Serial ATA specification published by the SATA-IO organization as of the date of this specification sheet. Visit www.sata-io.org for details. Performance will vary depending on your hardware and softwre components and configurations.
[3] WD hard drive products manufactured and sold worldwide after June 8, 2011, meet or exceed Restriction of Hazardous Substances (RoHS) compliance requirements as mandated by the RoHS Directive 2011/65/EU.
[4] Controlled unload at ambient condition.
[5] MTBF specifications are based upon internal testing using a 40°C base casting temperature. MTBF is based on a sample population and is estimated by statistical measurements and acceleration algorithms. MTBF does not predict an individual drive's reliability and does not constitute a warranty.
[6] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[7] See support.wdc.com/warranty for regionally specific warranty details.
[8] Power measurements at room-ambient temperature.
[9] No non-recoverable errors during operating tests or after non-operating tests.
[10] Sound power level.
[12] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[13] Implementation of SMR for these products is device-managed SMR.



Western Digital.


# WD Red™
Case 5:20-cv-03584-NC   Document 1-2   Filed 05/29/20   Page 4 of 5

**PRODUCT BRIEF**                                                                                                    NAS HARD DRIVES

## Specifications

|  | 6TB | 6TB | 4TB | 4TB | 3TB |
|---|---|---|---|---|---|
| Model Number[1] | WD60EFAX | WD60EFRX | WD40EFAX | WD40EFRX | WD30EFAX |
| Recording Technology[13] | SMR | CMR | SMR | CMR | SMR |
| Interface[2] | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s |
| Formatted capacity[2] | 6TB | 6TB | 4TB | 4TB | 3TB |
| Form factor | 3.5-inch | 3.5-inch | 3.5-inch | 3.5-inch | 3.5-inch |
| Native command queuing | Yes | Yes | Yes | Yes | Yes |
| Advanced Format (AF) | Yes | Yes | Yes | Yes | Yes |
| RoHS compliant[3] | Yes | Yes | Yes | Yes | Yes |
| **Performance** | | | | | |
| Interface Transfer Rate[2] up to | 180 MB/s | 175 MB/s | 180 MB/s | 150 MB/s | 180 MB/s |
| Cache (MB)[2] | 256 | 64 | 256 | 64 | 256 |
| Performance Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class |
| **Reliability/Data Integrity** | | | | | |
| Load/unload cycles[4] | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| Non-recoverable read errors per bits read | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 |
| MTBF (hours)[5] | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Workload Rate (TB/year)[6] | 180 | 180 | 180 | 180 | 180 |
| Limited warranty (years)[7] | 3 | 3 | 3 | 3 | 3 |
| **Power Management[8]** | | | | | |
| 12VDC ±5% (A, peak) | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 |
| 5VDC ±5% (A, peak) | | | | | |
| Average power requirements (W) | | | | | |
|   Read/Write | 4.8 | 5.3 | 4.8 | 4.5 | 4.8 |
|   Idle | 3.1 | 3.4 | 3.1 | 3.3 | 3.1 |
|   Standby and Sleep | 0.6 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Environmental Specifications[9]** | | | | | |
| Temperature (°C) | | | | | |
|   Operating | 0 to 60 | 0 to 60 | 0 to 60 | 0 to 60 | 0 to 65 |
|   Non-operating | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 |
| Shock (Gs) | | | | | |
|   Operating, (2 ms, read/write) | 30 | 30 | 30 | 30 | 30 |
|   Operating, (2 ms, read) | 65 | 65 | 65 | 65 | 65 |
|   Non-operating (2 ms) | 250 | 250 | 250 | 250 | 250 |
| Acoustics (dBA)[10] | | | | | |
|   Idle | 23 | 25 | 23 | 25 | 23 |
|   Seek (average) | 27 | 28 | 27 | 28 | 27 |
| **Physical Dimensions** | | | | | |
| Height (in./mm, max) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 |
| Length (in./mm, max) | 5.787/147 | 5.787/147 | 5.787/147 | 5.787/147 | 5.787/147 |
| Width (in./mm, ± .01 in.) | 4/101.6 | 4/101.6 | 4/101.6 | 4/101.6 | 4/101.6 |
| Weight (lb/kg , ± 10%) | | 1.65/0.75 | 1.26/0.57 | 1.50/0.68 | 1.40/0.64 |

Specifications subject to change without notice.
[1] Not all products may be available in all regions of the world
[2] As used for storage capacity, one megabyte (MB) = one million bytes, one gigabyte (GB) = one billion bytes, and one terabyte (TB) = one trillion bytes. Total accessible capacity varies depending on operating environment. As used for buffer or cache, one megabyte (MB) = 1,048,576 bytes. As used for transfer rate or interface, megabyte per second (MB/s) = one million bytes per second, and gigabit per second (Gb/s) = one billion bits per second. Effective maximum SATA 6 Gb/s transfer rate calculated according to the Serial ATA specification published by the SATA-IO organization as of the date of this specification sheet. Visit www.sata-io.org for details. Performance will vary depending on your hardware and softwre components and configurations.
[3] WD hard drive products manufactured and sold worldwide after June 8, 2011, meet or exceed Restriction of Hazardous Substances (RoHS) compliance requirements as mandated by the RoHS Directive 2011/65/EU.
[4] Controlled unload at ambient condition.
[5] MTBF specifications are based upon internal testing using a 40°C base casting temperature. MTBF is based on a sample population and is estimated by statistical measurements and acceleration algorithms. MTBF does not predict an individual drive's reliability and does not constitute a warranty.
[6] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[7] See support.wdc.com/warranty for regionally specific warranty details.
[8] Power measurements at room-ambient temperature.
[9] No non-recoverable errors during operating tests or after non-operating tests.
[10] Sound power level.
[12] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[13] Implementation of SMR for these products is device-managed SMR.

Western Digital.

# WD Red™

**PRODUCT BRIEF**  NAS HARD DRIVES

## Specifications

|  | 3TB | 2TB | 2TB | 1TB | 1TB |
|---|---|---|---|---|---|
| Model Number[1] | WD30EFRX | WD20EFAX | WD20EFRX | WD10EFRX | WD10JFCX |
| Recording Technology[13] | CMR | SMR | CMR | CMR | CMR |
| Interface[2] | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s | SATA 6 Gb/s |
| Formatted capacity[2] | 3TB | 2TB | 2TB | 1TB | 1TB |
| Form factor | 3.5-inch | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
| Native command queuing | Yes | Yes | Yes | Yes | Yes |
| Advanced Format (AF) | Yes | Yes | Yes | Yes | Yes |
| RoHS compliant[3] | Yes | Yes | Yes | Yes | Yes |
| **Performance** | | | | | |
| Interface Transfer Rate[2] up to | 147 MB/s | 180 MB/s | 147 MB/s | 150 MB/s | 144 MB/s |
| Cache (MB)[2] | 64 | 256 | 64 | 64 | 16 |
| Performance Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class | 5400 RPM Class |
| **Reliability/Data Integrity** | | | | | |
| Load/unload cycles[4] | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| Non-recoverable read errors per bits read | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 | <1 in 1014 |
| MTBF (hours)[5] | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Workload Rate (TB/year)[6] | 180 | 180 | 180 | 180 | 180 |
| Limited warranty (years)[7] | 3 | 3 | 3 | 3 | 3 |
| **Power Management[8]** | | | | | |
| 12VDC ±5% (A, peak) | 1.73 | 1.31 | 1.73 | 1.20 | |
| 5VDC ±5% (A, peak) | | | | | 1.00 |
| Average power requirements (W) | | | | | |
|   Read/Write | 4.1 | 4.1 | 4.1 | 3.3 | 1.4 |
|   Idle | 2.7 | 2.3 | 2.7 | 2.3 | 0.6 |
|   Standby and Sleep | 0.4 | 0.6 | 0.4 | 0.4 | 0.2 |
| **Environmental Specifications[9]** | | | | | |
| Temperature (°C) | | | | | |
|   Operating | 0 to 65 | 0 to 65 | 0 to 65 | 0 to 60 | 0 to 60 |
|   Non-operating | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 | -40 to 70 |
| Shock (Gs) | | | | | |
|   Operating, (2 ms, read/write) | 30 | 30 | 30 | 30 | 400 |
|   Operating, (2 ms, read) | 65 | 65 | 65 | 65 | |
|   Non-operating (2 ms) | 250 | 250 | 250 | 250 | 1000 |
| Acoustics (dBA)[10] | | | | | |
|   Idle | 23 | 21 | 23 | 21 | 24 |
|   Seek (average) | 24 | 26 | 24 | 22 | 25 |
| **Physical Dimensions** | | | | | |
| Height (in./mm, max) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 0.374/9.50 |
| Length (in./mm, max) | 5.787/147 | 5.787/147 | 5.787/147 | 5.787/147 | 3.94/100.2 |
| Width (in./mm, ± .01 in.) | 4/101.6 | 4/101.6 | 4/101.6 | 4/101.6 | 2.75/69.85 |
| Weight (lb/kg , ± 10%) | 1.40/0.64 | 1.32/0.60 | 0.99/0.45 | 0.99/0.45 | 0.25/0.115 |

Specifications subject to change without notice.
[1] Not all products may be available in all regions of the world
[2] As used for storage capacity, one megabyte (MB) = one million bytes, one gigabyte (GB) = one billion bytes, and one terabyte (TB) = one trillion bytes. Total accessible capacity varies depending on operating environment. As used for buffer or cache, one megabyte (MB) = 1,048,576 bytes. As used for transfer rate or interface, megabyte per second (MB/s) = one million bytes per second, and gigabit per second (Gb/s) = one billion bits per second. Effective maximum SATA 6 Gb/s transfer rate calculated according to the Serial ATA specification published by the SATA-IO organization as of the date of this specification sheet. Visit www.sata-io.org for details. Performance will vary depending on your hardware and softwre components and configurations.
[3] WD hard drive products manufactured and sold worldwide after June 8, 2011, meet or exceed Restriction of Hazardous Substances (RoHS) compliance requirements as mandated by the RoHS Directive 2011/65/EU.
[4] Controlled unload at ambient condition.
[5] MTBF specifications are based upon internal testing using a 40°C base casting temperature. MTBF is based on a sample population and is estimated by statistical measurements and acceleration algorithms. MTBF does not predict an individual drive's reliability and does not constitute a warranty.
[6] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[7] See support.wdc.com/warranty for regionally specific warranty details.
[8] Power measurements at room-ambient temperature.
[9] No non-recoverable errors during operating tests or after non-operating tests.
[10] Sound power level.
[12] Workload Rate is defined as the amount of user data transferred to or from the hard drive. Workload Rate is annualized (TB transferred X (8760 / recorded power-on hours)). Workload Rate will vary depending on your hardware and software components and configurations.
[13] Implementation of SMR for these products is device-managed SMR.

### Western Digital.

5601 Great Oaks Parkway
San Jose, CA 95119, USA
www.westerndigital.com

© 2020 Western Digital Corporation or its affiliates. All rights reserved. Western Digital, the Western Digital logo, and WD Red are registered trademarks or trademarks of Western Digital Corporation or its affiliates in the U.S. and/or other countries. All other marks are the property of their respective owners. Pictures shown may vary from actual products. References in this publication to Western Digital products, programs, or services do not imply that they will be made available in all countries. Product specifications provided are sample specifications that are subject to change and do not constitute a warranty.  Please visit our website, http://www.westerndigital.com for additional information on product specifications.

2579–810238-A02  May 2020