Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, DAVID EATON, STEVEN GRAVEL, and TOD WEITZEL, for Themselves, as Private Attorneys General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civ. L.R. 3-12, 7-11] |

Pursuant to Civil Local Rules 3-12 and 7-11, the parties jointly move this Court to consider whether the newly-filed action, *Raaymakers v. Western Digital Corporation*, Case No. 5:20-cv-04091-SVK ("*Raaymakers* Action" filed Jun. 19, 2020), is related to the present action.

Local Rule 3-12(a) defines actions as related to one another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Raaymakers* Action should be related to the above-captioned action because the two cases concern the same defendant, Western Digital Corporation; and, the actions concern the same challenged acts and statements concerning Western Digital Corporation's WD Red NAS hard drives containing SMR technology.

Additionally, it is likely there will be an unduly burdensome duplication of labor and expense and the potential for conflicting results if the cases are conducted before different Judges because, presumably, the same discovery will be sought in both cases and both cases challenge the same acts and statements and seek substantially the same remedies.

Accordingly, the parties respectfully request that the Court grant this joint motion; hold that *Raaymakers v. Western Digital Corporation*, Case No. 5:20-cv-04091-SVK, is related to the above-captioned action under Civil Local Rule 3-12(a); and order the *Raaymakers* Action to be reassigned to this Court's calendar under Civil Local Rule 3-12(f).

A copy of this motion is being lodged and served pursuant to Civil Local Rules 3-12 and 7-11 in the *Raaymakers* Action.

Dated: June 25, 2020                     Respectfully submitted,

                                         HATTIS & LUKACS

                                         By: */s/ Daniel M. Hattis*
                                             DANIEL M. HATTIS

                                         Attorneys for Plaintiffs
                                         NICHOLAS MALONE, et al.

Dated: June 25, 2020                     Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: */s/ Keith E. Eggleton*
                                             KEITH E. EGGLETON

                                         Attorneys for Defendant
                                         WESTERN DIGITAL CORPORATION

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Daniel M. Hattis*
Daniel M. Hattis

[PROPOSED] **ORDER**

Pursuant to the parties' joint Motion, **IT IS SO ORDERED**.

Dated: _____        _____
                                 Hon. Nathanael Cousins
                                 U.S. MAGISTRATE JUDGE