KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
DALE R. BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Defendants
Western Digital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, DAVID EATON, STEVEN GRAVEL, and TOD WEITZEL, for Themselves, as Private Attorneys General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO.: 5:20-cv-03584-NC<br><br>**DEFENDANT WESTERN DIGITAL CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURES** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)**

Pursuant to Civil L.R. 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

According to its public filing, the Vanguard Group owns 11.90% of Western Digital as of December 31, 2019. Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that no other parent corporation or publicly traded corporation owns 10 percent or more of the stock of Western Digital Corporation.

Dated: June 26, 2020                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:       */s Keith E. Eggleton*
          KEITH E. EGGLETON

Attorneys for Defendant
WESTERN DIGITAL CORPORATION