1  Daniel M. Hattis (SBN 232141)
   HATTIS & LUKACS
2  400 108th Avenue NE, Suite 500
   Bellevue, WA 98004
3  Telephone: (425) 233-8650
   Facsimile: (425) 412-7171
4  Email: dan@hattislaw.com

5  Paul Karl Lukacs (SBN 197007)
   HATTIS & LUKACS
6  1401 Twenty-First Street, Suite 400
   Sacramento, CA 95811
7  Telephone: (916) 292-9739
   Facsimile: (916) 444-8723
8  Email: pkl@hattislaw.com

9  *Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS MALONE, for Himself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case No. 5:20-cv-03584-NC <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint Filed: May 29, 2020 |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2020

By: /s/ Daniel M. Hattis
Daniel M. Hattis

Daniel M. Hattis (SBN 232141)
HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com

Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
1401 Twenty-First Street, Suite 400
Sacramento, CA 95811
Telephone: (916) 292-9739
Facsimile: (916) 444-8723
Email: pkl@hattislaw.com

Attorneys for Plaintiff and the Proposed Class

- 1 -

PLAINTIFF'S CERT. OF INTERESTED ENTITIES
5:20-cv-03584-NC