1  Daniel Hattis, 232141
   (650)980-1990
2  Hattis & Lukacs
   400 108th Ave NE, Suite 500
3  Bellevue, WA 98004
4  Representing: Plaintiff                        File No.

5

6

7

8              United States District Court, Northern District of California

9                 Northern District of California - District - San Jose

10

11

12  Nicholas Malone, et al.
                                            )    Case No. 20-cv-03584-NC
13                                          )
                                            )    Proof of Service of:
14           Plaintiff/Petitioner           )
                                            )        Complaint, Exhibit A to Complaint, Exhibit B to
15              vs.                         )        Complaint, Exhibit C - CLRA Declaration, Civil
                                            )        Case Cover Sheet, Summons, Case Management
16  Western Digital Corporation             )        Order, CMC standing order for all judges,
                                            )        Information on consenting to a magistrate judge,
17                                          )        Judge Cousins Civil Standing Order
             Defendant/Respondent           )
18  _____ )      Service on:
                                                      Western Digital Corporation
19

20

21
                                                   Hearing Date:
22
                                                   Hearing Time:
23
                                                   Div/Dept:
24

25

26

27

28

                                      PROOF OF SERVICE

OL#14748836

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Daniel Hattis, 232141<br>Hattis & Lukacs<br>400 108th Ave NE, Suite 500<br>Bellevue, WA 98004 | (650)980-1990 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Nicholas Malone, et al.

DEFENDANT:
Western Digital Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 20-cv-03584-NC |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Exhibit A to Complaint, Exhibit B to Complaint, Exhibit C - CLRA Declaration, Civil Case Cover Sheet, Summons, Case Management Order, CMC standing order for all judges, Information on consenting to a magistrate judge, Judge Cousins Civil Standing Order

2. Party Served: Western Digital Corporation

3. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 06/02/2020   1:25PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2020 at Petaluma, California.

Signature: _____

Tyler Anthony DiMaria

OL# 14748836