1  Daniel Hattis, 232141
   (650)980-1990
2  Hattis & Lukacs
   400 108th Ave NE, Suite 500
3  Bellevue, WA 98004
4  Representing: Plaintiff

File No.

United States District Court, Northern District of California

Northern District of California - District - San Jose

Nicholas Malone et al.

    Plaintiff/Petitioner

    vs.

Western Digital Corporation

    Defendant/Respondent

Case No. 5:20-cv-03584-NC

Proof of Service of:
    First Amended Complaint, Exhibit A - CLRA Declaration

Service on:
    Western Digital Corporation

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL#14792943

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Daniel Hattis, 232141<br>Hattis & Lukacs<br>400 108th Ave NE, Suite 500<br>Bellevue, WA 98004 | (650)980-1990 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Nicholas Malone et al.

DEFENDANT:
Western Digital Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:20-cv-03584-NC |

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
First Amended Complaint, Exhibit A - CLRA Declaration

2. Party Served: Western Digital Corporation

3. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 06/16/2020    1:30PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/16/2020 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria

OL# 14792943