Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, DAVID EATON, STEVEN GRAVEL, and TOD WEITZEL, for Themselves, as Private Attorneys General, and/or On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 5:20-cv-03584-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES, PERMITTING FILING OF CONSOLIDATED COMPLAINT, AND SETTING BRIEFING SCHEDULE** |
| JAMES RAAYMAKERS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 5:20-cv-0409-SVK |

Plaintiffs Nicholas Malone, Chris Ayers, James Backus, David Eaton, and Tod Weitzel (the "*Malone* Plaintiffs"), Plaintiff James Raaymakers, and Defendant Western Digital Corporation ("Defendant") (collectively, "the parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 29, 2019, Plaintiff Nicholas Malone filed a putative class action against Defendant Western Digital Corporation captioned *Malone v. Western Digital Corporation*, Case No. 5:20-cv-03584-NC (the "*Malone* Action");

WHEREAS, on June 16, 2020, the *Malone* Plaintiffs filed an Amended Complaint against Defendant Western Digital Corporation in the *Malone* Action (ECF No. 7);

WHEREAS, on June 19, 2020, Plaintiff James Raaymakers filed a putative class action complaint against Defendant asserting substantially similar claims stemming from the same set of operative facts as the *Malone* Action, captioned *Raaymakers v. Western Digital Corporation*, Case No. 5:20-cv-04091-SVK;

WHEREAS, on June 25, 2020, the *Malone* Plaintiffs and Defendant filed a Joint Administrative Motion to Consider Whether the *Malone* and *Raaymakers* Cases Should be Related (ECF No. 10);

WHEREAS, on June 26, the Malone Plaintiffs and Defendant filed a Joint Stipulation to Extend the Date for Defendant to Respond to Operative Complaint (ECF No. 12);

WHEREAS, on July 15, 2020, the Court granted the Joint Administrative Motion to Relate the *Malone* and *Raaymakers* Cases (ECF No. 16);

WHEREAS, on July 16, 2020, the *Raaymakers* case was reassigned to this Court (ECF No. 12 on the *Raaymakers* case docket);

WHEREAS, based on the factual and legal overlap between *Malone* and *Raaymakers*, the parties have agreed that the *Malone* and *Raaymakers* cases should be consolidated pursuant to Fed. R. Civ. P. 42(a);

WHEREAS, if the Court consolidates the two actions, the *Malone* Plaintiffs and Plaintiff James Raaymakers intend to file a consolidated class action complaint on or before August 10, 2020;

WHEREAS, the parties have conferred and agree to extend the deadline for Defendant to answer or otherwise respond to the consolidated class action complaint until September 9, 2020;

WHEREAS, the parties have conferred and agree that if Defendant moves to dismiss the consolidated class action complaint, Plaintiffs' opposition thereto should come due on October 9, 2020;

WHEREAS, the parties have conferred and agree that if Defendant moves to dismiss the consolidated class action complaint, Defendant's reply in support of its motion should come due on October 23, 2020;

WHEREAS, Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the stipulated extensions will not impact any deadline or date previously fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), and with Defendant and Plaintiffs reserving all rights and defenses, the parties respectfully AGREE and STIPULATE that:

1. The Court should consolidate the *Malone* and *Raaymakers* actions.

2. Plaintiffs shall file their consolidated complaint on or before August 10, 2020.

3. Defendant shall respond to the consolidated complaint on or before September 9, 2020.

4. If Defendant moves to dismiss, Plaintiffs' opposition thereto shall be filed on or before October 9, 2020, and Defendant's reply in support of its motion to dismiss, if any, shall be filed on or before October 23, 2020.

| | | |
|---|---|---|
| Dated: July 26, 2020 | | BURSOR & FISHER, P.A. |
| | | By:     /s/ |
| | |     L. TIMOTHY FISHER |
| | | Attorneys for Plaintiff James Raaymakers |
| Dated: July 26, 2020 | | HATTIS & LUKACS |
| | | By:     /s/ |
| | |     DANIEL M. HATTIS |
| | | Attorneys for *Malone* Plaintiffs |
| Dated: July 26, 2020 | | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| | | By:     /s/ |
| | |     KEITH E. EGGLETON |
| | | Attorneys for Defendant Western Digital Corporation |

### ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

    /s/
Daniel M. Hattis

**ORDER**

Pursuant to the above stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. The *Malone* and *Raaymakers* actions are hereby consolidated.

2. Plaintiffs shall file their consolidated complaint on or before August 10, 2020.

3. Defendant shall respond to the consolidated complaint on or before September 9, 2020.

4. If Defendant moves to dismiss, Plaintiffs' opposition thereto shall be filed on or before October 9, 2020, and Defendant's reply in support of its motion to dismiss, if any, shall be filed on or before October 23, 2020.

IT IS SO ORDERED.

Date: July _____, 2020

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge