# EXHIBIT A

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
**HATTIS & LUKACS**
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
Email: jsmith@bursor.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE,<br>CHRIS AYERS,<br>JAMES BACKUS,<br>BRIAN CONWAY,<br>DAVID EATON,<br>STEVEN GRAVEL,<br>JAMES RAAYMAKERS, and<br>TOD WEITZEL,<br>on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>                            Defendant. | Case No. 5:20-cv-03584-NC<br><br>**DECLARATION OF<br>DANIEL M. HATTIS<br>PURSUANT TO THE CALIFORNIA<br>CONSUMERS LEGAL REMEDIES ACT<br>(CAL. CIVIL CODE § 1780(D))** |

I, DANIEL M. HATTIS, hereby declare and state as follows:

1. I am over the age of 18 years, I am a member in good standing of the State Bar of California, and I am an attorney of record in this civil action, in which I am representing Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven

DECLARATION OF DANIEL M. HATTIS
REGARDING CLRA VENUE                           - 1 -

**HATTIS & LUKACS**
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

Gravel, James Raaymakers and Tod Weitz. The facts contained herein are based on my personal knowledge except as to facts stated upon information and belief and, as to those, I believe it to be true.

2. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendant Western Digital Corporation ("WDC" or "Defendant"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

3. This action is being commenced in Santa Clara County, California, because that is the county in which Defendant has its principal place of business. WDC's headquarters are located at 5601 Great Oaks Parkway, San Jose, California 95119.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 10, 2020, in King County, State of Washington.

_____
DANIEL M. HATTIS

DECLARATION OF DANIEL M. HATTIS
REGARDING CLRA VENUE — - 2 -

HATTIS & LUKACS
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com