Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS MALONE

Plaintiff(s)

v.

WESTERN DIGITAL CORP.

Defendant(s)

CASE No C 5:20-CV-03584

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 12, 2020    /s/ Jesse Mulholland
                          Party

Date: August 12, 2020    /s/ Keith Eggleton
                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: August 12, 2020    /s/ Keith Eggleton
                          Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

Print Form

KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
DALE R. BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Defendants
Western Digital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendant. | CASE NO.: 5:20-cv-03584-NC<br><br>**ATTORNEY ATTESTATION OF KEITH EGGLETON IN SUPPORT OF ADR CERTIFICATIONS** |

<u>ATTORNEY ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(i)(3), the filer of the ADR Certification hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　　　　　　　　　*/s Keith E. Eggleton*
　　　　　　　　　　　　　　　　　　　　　　　　　Keith E. Eggleton