# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS,
BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL,
JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of
themselves and all others similarly situated,

CASE No C 5:20-cv-03584-NC

Plaintiff(s)

v.

WESTERN DIGITAL CORPORATION

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Defendant(s)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 12, 2020

*James Raaymakers*
James Raaymakers (Aug 12, 2020 16:34 PDT)
Party

Date: August 12, 2020

*L. Timothy Fisher*
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: August 12, 2020

*L. Timothy Fisher*
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019