| | |
|---|---|
| Keith E. Eggleton, Esq. (SBN 159842)<br>Dale R. Bish, Esq. (SBN 235390)<br>WILSON SONSINI GOODRICH<br>& ROSATI<br>A PROFESSIONAL CORPORATION<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: keggleton@wsgr.com<br>Email: dbish@wsgr.com<br><br>*Attorneys for Defendant*<br>*Western Digital Corporation* | Daniel M. Hattis, Esq. (SBN 232141)<br>Paul Karl Lukacs, Esq. (SBN 197007)<br>HATTIS & LUKACS<br>400 108th Ave NE, Ste 500<br>Bellevue, WA 98004<br>Telephone: (425) 233-8650<br>Facsimile: (425) 412-7171<br>Email: dan@hattislaw.com<br>Email: pkl@hattislaw.com<br><br>L. Timothy Fisher (SBN 191626)<br>Joel D. Smith (SBN 244902)<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com<br>Email: jsmith@bursor.com<br><br>*Attorneys for Plaintiffs*<br>*and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE,<br>CHRIS AYERS,<br>JAMES BACKUS,<br>BRIAN CONWAY,<br>DAVID EATON,<br>STEVEN GRAVEL,<br>JAMES RAAYMAKERS, and<br>TOD WEITZEL,<br>on behalf of themselves and all others similarly situated<br><br>                          Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**JOINT STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES**<br><br>Judge: Hon. Nathanael Cousins |

1  Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton,
2  Steven Gravel, James Raaymakers, and Tod Weitzel ("Plaintiffs"), and Defendant Western Digital
3  Corporation ("Defendant") (collectively, "the Parties"), by and through their respective counsel of
4  record, hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) and
5  Civil L.R. 6-1(a):

6  WHEREAS, the Parties met-and-conferred on August 12, 2020, pursuant to Federal Rule
7  of Civil Procedure 26(f) and ADR L.R. 3-5, regarding initial disclosures, early settlement, ADR
8  process selection, and discovery plans;

9  WHEREAS, the original deadline for the Parties to make initial disclosures pursuant to
10 Federal Rule of Civil Procedure 26(a)(1) was August 26, 2020;

11 WHEREAS, Federal Rule of Civil Procedure 26(a)(1)(C) permits the Parties, by
12 stipulation, to set a different time to make initial disclosures;

13 WHEREAS, the Parties agreed during the August 12, 2020 meet and confer to extend the
14 deadline to serve Initial Disclosures from August 26, 2020 to September 9, 2020;

15 WHEREAS, this mutually agreed-upon extension of time will not impact the time for any
16 matters to be filed or lodged with the Court and will not alter the date of the Parties' Initial Case
17 Management Conference scheduled for September 2, 2020;

18 NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between
19 the Parties, through their respective counsel, that the Parties shall serve initial disclosures on or
20 before September 9, 2020.

21 **IT IS SO STIPULATED.**

23 [*Signatures on next page*]

| | | |
|---|---|---|
| 1 | Dated: August 26, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | | |
| 5 | | By: /s/ Keith E. Eggleton |
| 6 | | Keith E. Eggleton, Esq. (SBN 159842)<br>Dale R. Bish, Esq. (SBN 235390) |
| 7 | | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road |
| 8 | | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 9 | | Facsimile: (650) 565-5100<br>Email: keggleton@wsgr.com |
| 10 | | Email: dbish@wsgr.com |
| 11 | | *Attorneys for Defendant Western Digital Corporation* |
| 12 | | |
| 13 | Dated: August 26, 2020 | Respectfully submitted, |
| 14 | | HATTIS & LUKACS |
| 15 | | By: /s/ Daniel M. Hattis |
| 16 | | Daniel M. Hattis, Esq. (SBN 232141) |
| 17 | | Paul Karl Lukacs, Esq. (SBN 197007)<br>HATTIS & LUKACS |
| 18 | | 400 108th Ave NE, Ste 500<br>Bellevue, WA 98004 |
| 19 | | Telephone: (425) 233-8650 |
| 20 | | Facsimile: (425) 412-7171<br>Email: dan@hattislaw.com |
| 21 | | Email: pkl@hattislaw.com |
| 22 | | L. Timothy Fisher (SBN 191626)<br>Joel D. Smith (SBN 244902) |
| 23 | | BURSOR & FISHER, P.A. |
| 24 | | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| 25 | | Telephone: (925) 300-4455 |
| 26 | | Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com |
| 27 | | Email: jsmith@bursor.com |
| 28 | | *Attorneys for Plaintiffs and the Proposed Classes* |