AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Nicholas Malone, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:20-cv-03584-NC |
| Western Digital Corporation, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Western Digital Corporation   .

Date:   08/31/2020

/s/ Joshua S. Hodas
*Attorney's signature*

Joshua S. Hodas CA Bar No. 250802
*Printed name and bar number*

Lewis Brisbois Bisgaard & Smith LLP
633 W 5th St, Suite 4000
Los Angeles, CA 90071
*Address*

josh.hodas@lewisbrisbois.com
*E-mail address*

(213) 280-1500
*Telephone number*

(213) 250-7900
*FAX number*