AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Nicholas Malone, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:20-cv-03584-NC |
| Western Digital Corporation, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Western Digital Corporation .

Date:  08/31/2020

/s/ Eric Y. Kizirian
*Attorney's signature*

Eric Y. Kizirian   CA Bar No. 210584
*Printed name and bar number*

Lewis Brisbois Bisgaard & Smith LLP
633 W 5th St, Suite 4000
Los Angeles, CA 90071
*Address*

eric.kizirian@lewisbrisbois.com
*E-mail address*

(213) 280-1500
*Telephone number*

(213) 250-7900
*FAX number*