UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>   Defendant. | Case No. 20-cv-03584-NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The parties submitted a joint case management statement on August 26, 2020, and attended a case management conference on September 2, 2020. *See* Dkt. Nos. 30, 31. After considering the statements submitted by the parties, IT IS HEREBY ORDERED that the following deadlines are set:

1. ALTERNATIVE DISPUTE RESOLUTION: The Court defers referral to alternative dispute resolution until the next case management conference.

2. AMENDMENT OF PLEADINGS: Plaintiffs may not amend pleadings or add parties without further leave of the Court.

3. PROTECTIVE ORDER: The parties must meet and confer to draft and file a proposed protective order, if necessary, by **September 16, 2020**.

4. PLEADINGS: If Plaintiffs do not seek to amend their complaint, Defendants must answer the second amended complaint or file a motion to dismiss by **September 16, 2020**.

5. CLASS CERTIFICATION:

    o Plaintiffs must file their motion for class certification by **October 1, 2021**.

    o Defendant must file its opposition by **December 10, 2021**, or ten weeks

after the motion is filed, whichever is earlier.

- Plaintiffs must file their reply by **January 7, 2022**, or four weeks after the opposition is filed, whichever is earlier.

6. NON-EXPERT DISCOVERY:

    - Initial Disclosures must be made by **September 16, 2020**.
    - The parties may begin taking non-expert discovery on **September 16, 2020**.
    - All non-expert discovery must be completed by **July 15, 2022**.

7. EXPERT WITNESSES:

    - Plaintiffs must disclose its expert testimony and reports pursuant to Federal Rule of Civil Procedure 26(a)(2) by **August 15, 2022**.
    - Defendants must disclose its expert testimony and reports pursuant to Federal Rule of Civil Procedure 26(a)(2) by **September 16, 2022**.
    - Plaintiffs must disclose its rebuttal expert testimony and reports pursuant to Federal Rule of Civil Procedure 26(a)(2) by **October 17, 2022**.
    - Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **November 18, 2022**.

8. DISPOSITIVE MOTIONS:

    - Parties must file and serve all motions for summary judgment or to exclude expert testimony under *Daubert* by **December 19, 2022**.
    - Oppositions to these motions are due **January 16, 2023**.
    - Replies to these motions are due by **January 30, 2023**.

9. FURTHER CASE MANAGEMENT CONFERENCE: **March 17, 2021, at 10:00 a.m.** The parties must appear telephonically. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d).

10. PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **March 29, 2023**.

11. PRETRIAL CONFERENCE: **April 12, 2023, at 2:00 p.m.**

12. TRIAL DATE: A jury trial will be held on **May 1, 2023, at 9:00 a.m.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. All hearings, conferences, and pretrial proceedings will be by phone or videoconference via Zoom under further Court order.

**IT IS SO ORDERED.**

Dated: September 2, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge