1  Keith E. Eggleton (SBN 159842)
2  Dale R. Bish (SBN 235390)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Email: keggleton@wsgr.com
   Email: dbish@wsgr.com
6
7  *Attorneys for Defendant*
   WESTERN DIGITAL CORPORATION
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case No. 5:20-cv-03584-NC <br><br> *Hon. Nathanael M. Cousins* <br><br> **NOTICE OF CHANGE OF COUNSEL** |

1    PLEASE TAKE NOTICE that Keith E. Eggleton, Dale R. Bish, and Wilson Sonsini
2 Goodrich & Rosati PC hereby withdraw as attorneys of record for Defendant Western Digital
3 Corporation.  Eric Y. Kizirian and Joshua S. Hodas of Lewis Brisbois Bisgaard & Smith LLP have
4 appeared in the case and will continue as counsel of record for Defendant.  Western Digital
5 Corporation has consented to this filing.

7 Dated: September 2, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s Keith E. Eggleton
      Keith E. Eggleton

Attorneys for Defendant
WESTERN DIGITAL CORPORATION