AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Nicholas Malone, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:20-cv-03584-NC |
| Western Digital Corporation, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Western Digital Corporation                                                                                              .

Date:     09/16/2020

/s/ Leo A. Bautista
*Attorney's signature*

Leo A. Bautista   CA Bar No. 149889
*Printed name and bar number*

Lewis Brisbois Bisgaard & Smith LLP
633 W 5th St, Suite 4000
Los Angeles, CA 90071
*Address*

leo.bautista@lewisbrisbois.com
*E-mail address*

(213) 280-1500
*Telephone number*

(213) 250-7900
*FAX number*