LEWIS BRISBOIS BISGAARD & SMITH LLP
ERIC Y. KIZIRIAN (SB# 210584)
    eric.kizirian@lewisbrisbois.com
JOSHUA S. HODAS (SB# 250802)
    josh.hodas@lewisbrisbois.com
LEO A. BAUTISTA (SB# 149889)
    leo.bautista@lewisbrisbois.com
DANIEL C. DeCARLO (SB# 160307)
    dan.decarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant Western Digital Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MALONE, et al., | Case No. 5:20-cv-03584-NC |
| Plaintiffs, | **JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12(B), 711]** |
| vs. | |
| WESTERN DIGITAL CORPORATION, | |
| Defendant. | *Assigned to The Hon. Nathanael M. Cousins* |
| | Action Filed:  May 25, 2020 Trial Date:     May 1, 2023 |

Defendant WESTERN DIGITAL CORPORATION ("WDC"), and Plaintiffs CHRIS AYERS, JAMES BACKUS, DAVID EATON, STEVEN GRAVEL, TOD WEITZEL and JAMES RAAYMAKERS in the above-captioned action, as well as Plaintiff OSCAR BROWN in the action entitled *Brown v. Western Digital Corporation*, Civil Action No. 4:20-cv-08102-DMR ("*Brown Action*"), through their respective counsel of record, jointly move this Court pursuant to Civil Local Rules 3-12 and 7-11to consider whether the recently transferred *Brown Action* is related to the present action.

Local Rule 3-12(a) defines actions as related to one another when:

(1)  The actions concern substantially the same parties, property, transaction or

event; and


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    (2) It appears likely that there will be an unduly burdensome duplication of

2    labor and expense or conflicting results if the cases are conducted before

3    different Judges.

4    The *Brown Action* should be related to the above-captioned action because the two cases

5    concern the same defendant, Western Digital Corporation, and, the actions concern the use of SMR

6    technology in Western Digital Corporation's hard drives.

7    In addition, it is likely there will be an unduly burdensome duplication of labor and expense if

8    the cases are conducted before different Judges because at least some of the same discovery will be

9    sought in both cases and some of the same remedies are sought in both cases.

10    Although the parties agree that the cases should be related, they disagree whether they should

11    be consolidated. Accordingly, Defendant will file a motion to consolidate, which Plaintiffs will

12    oppose.

13    Accordingly, the parties respectfully request that the Court hold that *Brown v. Western Digital*

14    *Corporation*, Civil Action No. 4:20-cv-08102-DMR is related to the above-captioned action under Civil

15    Local Rule 3-12(a); and order the *Brown Action* to be reassigned to this Court's calendar under Civil

16    Local Rule 3-12(f).

17    A copy of this motion is being lodged and served pursuant to Civil Local Rules 3-12 and 7-11

18    in the *Brown Action*.

19                    Respectfully submitted,

20    DATED: December 1, 2020          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

21                                     By:        /s/ Leo A. Bautista

22                                     LEO A. BAUTISTA
                                       Attorneys for Defendant Western Digital
23                                     Corporation

24    DATED: December 1, 2020          **HATTIS & LUKACS**

25                                     By:        /s/ Daniel M. Hattis

26                                     DANIEL M. HATTIS
                                       Attorneys for Plaintiff Nicolas Malone, et. al.

27

28



1

2  DATED: December 1, 2020          **BURSOR & FISHER, P.A.**

3                                   By:        /s/ Yitzchak Kopel

4                                   YITZCHAK KOPEL
                                    Attorneys for Plaintiff Oscar Brown
5

6                    **Attestation Pursuant to Civil Local Rule 5-1(i)**

7          Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that

8  concurrence in the filing of the document has been obtained from each of the other Signatories.

9

10                                          /s/ Leo A. Bautista

11                                   LEO A. BAUTISTA

12

13

14                            [PROPOSED] **ORDER**

15          Pursuant to the parties' joint Motion, **IT IS SO ORDERED**.

16

17  Dated: _____          _____

18                                   Hon. Nathanael Cousins
                                     U.S. MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28



1

### FEDERAL COURT PROOF OF SERVICE
Malone v. Western Digital

Case No. 5:20cv-03584-NC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 2, 2020, I served the following document(s**):  JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L. R. 3-12(B), 711]**, I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Daniel M. Hattis<br>Paul Karl Lukacs<br>**Hattis & Lukacs**<br>400 108th Ave NE, Suite. 500<br>Bellevue, WA 98004<br>Tel:  (425) 233.8650<br>Fax:  (425) 412.7171<br>E-Mail:  dan@hattislaw.com<br>pkl@hattislaw.com | Attorneys for Plaintiffs |
| L. Timothy Fisher<br>Joel D. Smith<br>Yitzchak Kopel (*Admitted Pro Hac Vice*)<br>**Bursor & Fisher, P. A.**<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Tel:  (925) 300.4455<br>Fax:  (925) 407.2700<br>E-Mail:  ltifisher@bursor.com<br>jsmith@bursor.com<br>ykopel@bursor.com | Attorneys for Plaintiffs |
| Alec Mitchell Leslie<br>**Bursor & Fisher, P. A.**<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel:  (646) 837.7150<br>E-Mail:  aleslie@bursor.com | Attorney for Plaintiff Oscar Brown |

JOINT ADMINISTRATIVE MOTION TO CONSIDER RELATION OF CASES

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

1  | Max Stuart Roberts                                    Attorney for Plaintiff Oscar Brown
   | **Bursor & Fisher, P. A.**
2  | 888 7th Avenue
   | Third Floor
3  | New York, NY 10019
   | Tel:  (646) 837.7409
4  | Fax:  (212) 989.9163
   | E-Mail:  mroberts@bursor.com
5  |

6  |
7  |          The documents were served by the following means:

8  | ☒         (BY  COURT'S  CM/ECF  SYSTEM)    Pursuant  to  Local  Rule,  I  electronically  filed  the
9  |           documents with the Clerk of the Court using the CM/ECF system, which sent notification of
10 |           that filing to the persons listed above.

11 |
12 |          I declare under penalty of perjury under the laws of the United States of America and the State
13 | of California that the foregoing is true and correct.

14 |          Executed on December 2, 2020, at Los Angeles, California.

15 |
16 |
17 |                                                        /s/ Mona Jackson
18 |                                              _____
19 |                                              Mona Jackson
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW