

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ERIC Y. KIZIRIAN (SB# 210584)
2    eric.kizirian@lewisbrisbois.com
   JOSHUA S. HODAS (SB# 250802)
3    josh.hodas@lewisbrisbois.com
   LEO A. BAUTISTA (SB# 149889)
4    leo.bautista@lewisbrisbois.com
   DANIEL C. DECARLO (SB# 160307)
5    dan.decarlo@lewisbrisbois.com
   633 West 5th Street, Suite 4000
6  Los Angeles, California 90071
   Telephone: 213.250.1800
7  Facsimile: 213.250.7900

8  *Attorneys for Defendant Western Digital Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| NICHOLAS MALONE, et al., Plaintiffs, vs. WESTERN DIGITAL CORPORATION, Defendant. | Case No. 5:20-cv-03584-NC<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12(B), 711]**<br><br>*Assigned to The Hon. Nathanael M. Cousins*<br><br>Action Filed: May 25, 2020<br>Trial Date: May 1, 2023 |
|---|---|

Defendant WESTERN DIGITAL CORPORATION ("WDC"), and Plaintiffs CHRIS AYERS, JAMES BACKUS, DAVID EATON, STEVEN GRAVEL, TOD WEITZEL and JAMES RAAYMAKERS in the above-captioned action, as well as Plaintiff OSCAR BROWN in the action entitled *Brown v. Western Digital Corporation*, Civil Action No. 4:20-cv-08102-DMR ("*Brown Action*"), through their respective counsel of record, jointly move this Court pursuant to Civil Local Rules 3-12 and 7-11 to consider whether the recently transferred *Brown Action* is related to the present action.

Local Rule 3-12(a) defines actions as related to one another when:

(1) The actions concern substantially the same parties, property, transaction or event; and



(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Brown Action* should be related to the above-captioned action because the two cases concern the same defendant, Western Digital Corporation, and, the actions concern the use of SMR technology in Western Digital Corporation's hard drives.

In addition, it is likely there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different Judges because at least some of the same discovery will be sought in both cases and some of the same remedies are sought in both cases.

Although the parties agree that the cases should be related, they disagree whether they should be consolidated. Accordingly, Defendant will file a motion to consolidate, which Plaintiffs will oppose.

Accordingly, the parties respectfully request that the Court hold that *Brown v. Western Digital Corporation*, Civil Action No. 4:20-cv-08102-DMR is related to the above-captioned action under Civil Local Rule 3-12(a); and order the *Brown Action* to be reassigned to this Court's calendar under Civil Local Rule 3-12(f).

A copy of this motion is being lodged and served pursuant to Civil Local Rules 3-12 and 7-11 in the *Brown Action*.

Respectfully submitted,

DATED: December 1, 2020    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     /s/ Leo A. Bautista
LEO A. BAUTISTA
Attorneys for Defendant Western Digital Corporation

DATED: December 1, 2020    **HATTIS & LUKACS**

By:     /s/ Daniel M. Hattis
DANIEL M. HATTIS
Attorneys for Plaintiff Nicolas Malone, et. al.



DATED: December 1, 2020                    **BURSOR & FISHER, P.A.**

                                               By:  /s/ Yitzchak Kopel
                                                       YITZCHAK KOPEL
                                                       Attorneys for Plaintiff Oscar Brown

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                                  /s/ Leo A. Bautista
                                                                 LEO A. BAUTISTA

### [PROPOSED] ORDER

Pursuant to the parties' joint Motion, **IT IS SO ORDERED**.

Dated: _____             _____
                                                                      Hon. Nathanael Cousins
                                                                      U.S. MAGISTRATE JUDGE

**FEDERAL COURT PROOF OF SERVICE**
Malone v. Western Digital

Case No. 5:20cv-03584-NC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 2, 2020, I served the following document(s**): JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L. R. 3-12(B), 711]**, I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Daniel M. Hattis<br>Paul Karl Lukacs<br>**Hattis & Lukacs**<br>400 108th Ave NE, Suite. 500<br>Bellevue, WA 98004<br>Tel: (425) 233.8650<br>Fax: (425) 412.7171<br>E-Mail: dan@hattislaw.com<br>    pkl@hattislaw.com | Attorneys for Plaintiffs |
| L. Timothy Fisher<br>Joel D. Smith<br>Yitzchak Kopel (*Admitted Pro Hac Vice*)<br>**Bursor & Fisher, P. A.**<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300.4455<br>Fax: (925) 407.2700<br>E-Mail: ltifisher@bursor.com<br>    jsmith@bursor.com<br>    ykopel@bursor.com | Attorneys for Plaintiffs |
| Alec Mitchell Leslie<br>**Bursor & Fisher, P. A.**<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: (646) 837.7150<br>E-Mail: aleslie@bursor.com | Attorney for Plaintiff Oscar Brown |

| | |
|---|---|
| Max Stuart Roberts | Attorney for Plaintiff Oscar Brown |
| **Bursor & Fisher, P. A.** | |
| 888 7th Avenue | |
| Third Floor | |
| New York, NY 10019 | |
| Tel: (646) 837.7409 | |
| Fax: (212) 989.9163 | |
| E-Mail: mroberts@bursor.com | |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)   Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 2, 2020, at Los Angeles, California.

/s/ Mona Jackson
_____
Mona Jackson



4844-8180-6547.1 — 5 — Case No. 5:20-cv-03584-NC
JOINT ADMINISTRATIVE MOTION TO CONSIDER RELATION OF CASES