**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
       pkl@hattislaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiffs and
the Putative Class*

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**
Eric Y. Kizirian (SBN 210584)
Joshua S. Hodas (SBN 250802)
Leo A. Bautista (SBN 149889)
Daniel C. DeCarlo (SBN 160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: eric.kzirian@lewisbrisbois.com
       josh.hodas@lewisbrisbois.com
       leo.bautista@lewisbrisbois.com
       dan.decarlo@lewisbrisbois.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**NOTICE OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Nathaniel Cousins |

Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel ("Plaintiffs"), and Defendant Western Digital Corporation ("Defendant") (collectively, the "Parties") have reached a settlement in principle of the claims asserted in this action.  The Parties intend to execute a formal settlement agreement in the near future, and Plaintiffs will move for preliminary approval of the settlement within 45 days of this notice.  The parties jointly request that the Court stay all pending deadlines in this matter until after considering the motion for preliminary approval or other such notice by the parties.

Dated:  March 10, 2021

**BURSOR & FISHER, P.A.**

By: ___/s/ Yitzchak Kopel___
       Yitzchak Kopel

Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
       pkl@hattislaw.com

*Attorneys for Plaintiffs and
the Putative Class*

| | |
|---|---|
| 1   Dated: March 10, 2021 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |

Dated: March 10, 2021

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

By: /s/ *Eric Y. Kizirian*

Eric Y. Kizirian (SBN 210584)
Joshua S. Hodas (SBN 250802)
Leo A. Bautista (SBN 149889)
Daniel C. DeCarlo (SBN 160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile:  (213) 250-7900
Email: eric.kzirian@lewisbrisbois.com
       josh.hodas@lewisbrisbois.com
       leo.bautista@lewisbrisbois.com
       dan.decarlo@lewisbrisbois.com

*Attorneys for Defendant*

# SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix their electronic signature to this document.

By:   */s/ Yitzchak Kopel*
         Yitzchak Kopel