**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
       pkl@hattislaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiffs and
the Putative Class*

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**
Eric Y. Kizirian (SBN 210584)
Joshua S. Hodas (SBN 250802)
Leo A. Bautista (SBN 149889)
Daniel C. DeCarlo (SBN 160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: eric.kzirian@lewisbrisbois.com
       josh.hodas@lewisbrisbois.com
       leo.bautista@lewisbrisbois.com
       dan.decarlo@lewisbrisbois.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>                         Defendant. | Case No. 5:20-cv-03584-NC<br><br>**JOINT STIPULATION TO CONTINUE MAY 19, 2021 CASE MANAGEMENT CONFERENCE AND TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:  Hon. Nathanael M. Cousins |

|   |   |
|---|---|
| 1 |  |
| 2 | Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel ("Plaintiffs"), and Defendant Western Digital Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, pursuant to Civil L.R. 6-2, hereby stipulate as follows: |

Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel ("Plaintiffs"), and Defendant Western Digital Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, pursuant to Civil L.R. 6-2, hereby stipulate as follows:

WHEREAS, on March 10, 2021, the Parties reached an agreement in principle to settle this action on a class-wide basis and filed a Notice of Settlement with the Court. ECF No. 49.

WHEREAS, the Parties' Notice of Settlement requested a deadline of May 12, 2021 for Plaintiffs to file their motion for preliminary approval. *Id.*

WHEREAS, on March 15, 2021, the Court set a Case Management Conference for May 19, 2021, and So Ordered Plaintiffs' May 12, 2021 deadline to file preliminary approval. ECF No. 50.

WHEREAS, over the last two months, the Parties have nearly finalized a long-form settlement agreement and exhibits thereto. However, the Parties However, the Parties require additional time to finalize all terms and exhibits to the agreement.

WHEREAS, in the interest of judicial efficiency, the Parties hereby stipulate and respectfully request that (1) the Court continue the May 19, 2021 Case Management Conference, and (2) that Plaintiffs' deadline to file their motion for preliminary approval be extended from May 12, 2021 to June 11, 2021.

Dated: May 10, 2021

**BURSOR & FISHER, P.A.**

By: /s/ Yitzchak Kopel
  Yitzchak Kopel

Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596

|   |   |
|---|---|
| 1 | Telephone: (925) 300-4455 |
| 2 | Facsimile: (925) 407-2700 |
|   | Email: ltfisher@bursor.com |
|   |         jsmith@bursor.com |

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
        pkl@hattislaw.com

*Attorneys for Plaintiffs and
the Putative Class*

Dated: May 10, 2021

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

By: */s/ Eric Y. Kizirian*

Eric Y. Kizirian (SBN 210584)
Joshua S. Hodas (SBN 250802)
Leo A. Bautista (SBN 149889)
Daniel C. DeCarlo (SBN 160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: eric.kzirian@lewisbrisbois.com
        josh.hodas@lewisbrisbois.com
        leo.bautista@lewisbrisbois.com
        dan.decarlo@lewisbrisbois.com

*Attorneys for Defendant*

# SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix their electronic signature to this document.

By:   */s/ Yitzchak Kopel*
       Yitzchak Kopel