1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

v.

WESTERN DIGITAL CORPORATION,

                      Defendant.

Case No. 5:20-cv-03584-NC

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MAY 19, 2021 CASE MANAGEMENT CONFERENCE AND TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**

Judge:  Hon. Nathanael M. Cousins

[PROPOSED] ORDER GRANTING JOINT STIPULATION
CASE NO. 5:20-cv-03584-NC

The Court, having considered the Parties' Joint Stipulation to Continue the May 19, 2021 Case Management Conference and to Extend Plaintiffs' Deadline to File their Motion for Preliminary Approval hereby Orders that:

1.   The Case Management Conference currently set for May 19, 2021 shall be continued; and

2.   Plaintiffs' deadline to file their motion for preliminary approval shall be extended from May 12, 2021 to June 11, 2021.

IT IS SO ORDERED.

Dated: _____

_____
 NATHANAEL M. COUSINS
United States Magistrate Judge