# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MAY 19, 2021 CASE MANAGEMENT CONFERENCE AND TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Nathanael M. Cousins |

1    The Court, having considered the Parties' Joint Stipulation to Continue the May 19, 2021 Case Management Conference and to Extend Plaintiffs' Deadline to File their Motion for Preliminary Approval hereby Orders that:

1. The Case Management Conference currently set for May 19, 2021, is continued to June 30, 2021, at 10:00 a.m. by telephone, with joint update due June 23, 2021, and
2. Plaintiffs' deadline to file their motion for preliminary approval shall be extended from May 12, 2021 to June 11, 2021.

IT IS SO ORDERED.

Dated: May 10, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

