**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN (SB# 210584)
  eric.kizirian@lewisbrisbois.com
JOSHUA S. HODAS (SB# 250802)
  josh.hodas@lewisbrisbois.com
LEO A. BAUTISTA (SB# 149889)
  leo.bautista@lewisbrisbois.com
DANIEL C. DECARLO (SB# 160307)
  dan.decarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MALONE, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WESTERN DIGITAL CORPORATION,<br><br>  Defendant. | Case No. 5:20-cv-03584-NC<br><br>**DEFENDANT WESTERN DIGITAL CORPORATION'S JOINDER IN PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*Assigned to The Hon. Nathanael M. Cousins*<br><br>Date:   July 21, 2021<br>Time:   1:00 p.m.<br>Crtrm.: 5, 4th Floor<br><br>Action Filed:  May 25, 2020<br>Trial Date:    May 1, 2023 |

# DEFENDANT'S JOINDER IN PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Defendant WESTERN DIGITAL CORPORATION ("Western Digital") hereby joins in the Motion for Preliminary Approval of Class Action Settlement filed by Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel [Docket No. 53]. Western Digital believes that the parties' settlement meets all of the criteria for preliminary approval pursuant to Rule 23 of Federal Rules of Civil Procedure and that it should be approved by the Court. Wherefore, Western Digital respectfully requests that the Court grant preliminary approval to the parties' settlement as fair, reasonable and adequate.

DATED: June 25, 2021

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN
JOSHUA S. HODAS
LEO A. BAUTISTA
DANIEL C. DECARLO

By: _/s/ Joshua S. Hodas_
JOSHUA S. HODAS
*Attorneys for Defendant*