**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
       pkl@hattislaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiffs and the Putative Class*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Eric Y. Kizirian (SBN 210584)
Joshua S. Hodas (SBN 250802)
Leo A. Bautista (SBN 149889)
Daniel C. DeCarlo (SBN 160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: eric.kzirian@lewisbrisbois.com
       josh.hodas@lewisbrisbois.com
       leo.bautista@lewisbrisbois.com
       dan.decarlo@lewisbrisbois.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO LOCAL RULE 16-10(d)**<br><br>Judge: Hon. Nathaniel Cousins |

# SUBSEQUENT CASE MANAGEMENT STATEMENT PURSUANT TO LOCAL RULE 16-10(d)

Pursuant to the Court's Order Granting Joint Stipulation to Continue May 19, 2021 CMC (ECF No. 52) and Clerk's Notice Continuing Case Management Conference (ECF No. 54), Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers and Tod Weitzel ("Plaintiffs") and Defendant Western Digital Corporation ("WDC") (together, the "Parties") respectfully submit the following Joint Case Management Statement.

Given that Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on June 11, 2021, and the hearing for Plaintiffs' motion is set for July 21, 2021, the Parties jointly request that all case deadlines remain stayed pending Your Honor's ruling on preliminary approval.

Dated: July 14, 2021

**BURSOR & FISHER, P.A.**

By:  /s/  Yitzchak Kopel
        Yitzchak Kopel

Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com

|   |   |
|---|---|
| | pkl@hattislaw.com |
| | *Attorneys for Plaintiffs and the Putative Class* |
| Dated: July 14, 2021 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | By: /s/ *Eric Y. Kizirian* |
| | Eric Y. Kizirian (SBN 210584)<br>Joshua S. Hodas (SBN 250802)<br>Leo A. Bautista (SBN 149889)<br>Daniel C. DeCarlo (SBN 160307)<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: (213) 250-1800<br>Facsimile:  (213) 250-7900<br>Email: eric.kzirian@lewisbrisbois.com<br>            josh.hodas@lewisbrisbois.com<br>            leo.bautista@lewisbrisbois.com<br>            dan.decarlo@lewisbrisbois.com |
| | *Attorneys for Defendant* |

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix their electronic signature to this document.

By: */s/ Yitzchak Kopel*
      Yitzchak Kopel