# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendants. | Case No. 5:20-cv-03584-NC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING RE: MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: ECF 53 |

On June 11, 2021, Plaintiffs filed a Motion for Preliminary Approval of Class Settlement Agreement and for Direction of Class Notice pursuant to Fed. R. Civ. P. 23(e). ECF 53. The hearing regarding this motion is scheduled for July 21, 2021, at 1:00 p.m. ECF 56. The Court, having reviewed the motion and its corresponding documents, has identified several deficiencies and questions for the parties:

1. Notice. In the motion, the parties assert that notice to unidentified class members will be provided "via a media and Internet notice program, including banner ads on internet sites targeting the Settlement Class Members." ECF 53 at 24. However, in the settlement agreement, there is no mention of a media and Internet notice program. In fact, notice will only be provided via email and U.S.

mail. ECF 53-1 at 21. The parties should address why the motion and the settlement agreement are inconsistent and must rectify the inconsistency.

2. *Cy pres.* The parties disclose that Defendant donated three hard drives to *cy pres* beneficiary, Public Counsel. ECF 53 at 5. The Court requires further information regarding the circumstances of the donations, why Defendant donated the hard drives to Public Counsel, and why this does not present concerns of collusion.

3. Attorneys' Fees. Plaintiffs are requesting 33.33% of the $2,700,000 monetary common settlement fund, which exceeds the Ninth Circuit's 25% benchmark. To circumvent this, counsel reframes the request as a 15.8% attorneys' fees request by broadening the scope of the overall settlement value to $5,700,000—inclusive of the estimated $3,000,000 value of injunctive relief. ECF 53-1 ¶ 15. It is unclear why counsel requests that the Court consider the overall value of the settlement instead of solely the monetary value of the common fund.

4. JND Legal Administration. The parties estimate JND's cost at $302,073.00, approximately 11% of the monetary settlement fund. JND's proposed services include email notice, mail notice, and maintenance of the settlement website. ECF 53-1 at 10. Given the proposed services, JND's estimated cost seems high compared to prior cases where JND provided similar services. Consequently, the parties must explain how they arrived at JND's estimated cost and provide a breakdown of JND's costs.

Accordingly, the Court ORDERS the parties to submit supplemental briefing addressing each of the issues identified above by July 20, 2021.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge