**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
pkl@hattislaw.com

*Attorneys for Plaintiffs and
the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>            Defendant. | Case No. 5:20-cv-03584-NC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an order allowing them to file under seal portions of Exhibit A to Plaintiffs' Supplemental Brief, which contains JND Legal Administration's Proposal for Class Action Notice (the "Proposal").  Plaintiffs state that the "good cause" standard applies on a motion for preliminary approval because it is a non-dispositive motion.  *GPNE Corp. v. Apple, Inc.*, 2014 WL 12630065, at *1 (N.D. Cal. Apr. 9, 2014) ("Because the documents attached to nondispositive motions are often unrelated, or only tangentially related, to the underlying cause of action, parties moving to seal must meet the lower 'good cause' standard of Rule 26(c).") (internal quotations omitted).

Exhibit A to Plaintiffs' Supplemental Brief is a proposal containing a breakdown of costs for JND Legal Administration's handling of the notice program.  Such costs represent proprietary business information, the release of which "will cause competitive harm to [JND's] business." *Apple Inc. v. Samsung Electronics Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013); *see also United States v. Indiana Univ. Health Inc.*, 2016 WL 10567965, at *4 (S.D. Ind. June 23, 2016) ("This detailed list of the expected costs and expenses of the clinic is confidential information that may be maintained under seal").

Accordingly, Plaintiffs respectfully request that the following portions of Exhibit A be filed under seal:

- Pages 2-3:  Breakdown of specific costs (but not the overall amounts).

Dated:  July 20, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yitzchak Kopel*
        Yitzchak Kopel

Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

MOTION TO FILE UNDER SEAL
CASE NO. 5:20-cv-03584-NC

1

2   **BURSOR & FISHER, P.A.**
    L. Timothy Fisher (SBN 191626)

3   Joel D. Smith (SBN 244902)
    1990 North California Boulevard, Suite 940

4   Walnut Creek, CA  94596
    Telephone: (925) 300-4455

5   Facsimile: (925) 407-2700
    Email: ltfisher@bursor.com

6          jsmith@bursor.com

7   **HATTIS & LUKACS**
    Daniel M. Hattis (SBN 232141)

8   Paul Karl Lukacs (SBN 197007)
    400 108th Ave NE, Ste 500

9   Bellevue, WA 98004
    Telephone: (425) 233-8650

10  Facsimile: (425) 412-7171
    Email: dan@hattislaw.com

11         pkl@hattislaw.com

12  *Attorneys for Plaintiffs and
    the Putative Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28