**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
      jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
pkl@hattislaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL** |

I, Yitzchak Kopel, declare as follows:

1.  I am a Partner at Bursor & Fisher, P.A, counsel for Plaintiffs in the above-captioned action.  I am an attorney at law licensed to practice in the states of New York and New Jersey, and I am admitted *pro hac vice* in this matter.  I am over the age of 18 and I submit this declaration in support of Plaintiffs' Administrative Motion to File Document Under Seal.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.  JND has requested to me that Plaintiffs seek leave of court to file a redacted version of a breakdown of JND's costs (Exhibit A to Plaintiffs' Supplemental Brief), with an unredacted version to be filed under seal.  I was advised that the basis for this request is that the redacted portions contain proprietary business information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 20, 2021, in New York, New York.

                                                */s/ Yitzchak Kopel*
                                                  Yitzchak Kopel