**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1
2
3
4

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following document is hereby sealed:

| Document | Portion to be Filed Under Seal |
|---|---|
| Exhibit A to Plaintiffs' Supplemental Brief: JND Legal Administration's Proposal for Class Action Notice | The breakdown of costs on pages 2-3 |

5
6
7
8
9
10
11
12
13

Dated: _____, 2021

_____
Hon. Nathaniel M. Cousins
United States Magistrate Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28