**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**EXHIBIT A**



APRIL 12, 2021

PROPOSAL

# Malone v. Western Digital Corp.



JND | LEGAL ADMINISTRATION

1.800.207.7160   |   CA • MN • NY • WA • DC   |   www.jndla.com



Confidential
Greg Haber - Vice President
917-613-9639
greg.haber@jndla.com

Yitz Kopel, Esq. | Bursor & Fisher, P.A. | ykopel@bursor.com
Alec Leslie, Esq. | Bursor & Fisher, P.A. | aleslie@bursor.com
*Malone v. Western Digital Corp.*

### Assumptions and Notes:
1. Assumes 200,000 class members
2. Notice plan as described
3. Email notice to 6,000 class members (assumes 20% bounce back and receive postcard)
4. Mail double postcard with tear-off form to 1,200 class members
5. Receive and process undeliverable mail (assumes 10% of which 5% is forwarded)
6. Dedicated settlement website with online claim filing capability
7. Toll-free number with IVR only (assumes 1% call rate and 2 min. per call)
8. Receive and process opt-out requests
9. Receive and process claims (assumes 5% filing rate with 80% online and 20% paper; assumes simple claims and 90% valid claims)
10. Establish and manage Qualified Settlement Fund
11. Distribute settlement payments to eligible claimants (assumes 9,000 checks)

Cost Estimate

**CASE-SPECIFIC WEBSITE WITH ONLINE FILING**
$9,200

**PUBLISH NOTICE**
Notice Plan
$214,245

**CONTACT CENTER**
$11,150

**EMAIL NOTICE**
$2,500

**MAIL NOTICE**
$1,148

Continued on next page





## Malone v. Western Digital Corporation

# NOTICE PLAN

### NOTICE PLAN OBJECTIVE

The objective of the proposed Notice Plan is to provide the best notice practicable, consistent with the methods and tools employed in other court-approved notice programs. The Federal Judicial Center's (FJC) *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers a Notice Plan with a high reach (above 70%) effective.[1]

### CLASS DEFINITION

The Class or Class members consist of all persons in the United States who either, (a) purchased from any seller any Western Digital Red NAS hard drive with SMR technology, or (b) received from Western Digital a replacement Red NAS hard drive with SMR technology, between October 2018 through to present.

### CASE INFORMATION

JND's proposed Notice Plan was designed based on the following case information:

1. The case alleges that certain hard drives branded "WD Red NAS" were misrepresented to be designed for and suitable for use in NAS (Network Attached Storage), and instead put consumer data at greater risk of data loss or destruction.

2. The Class consists of approximately 200,000 Class members.

3. Emails are available for about 6,000 Class members.

4. Unknown Class members must be reached through a consumer media campaign.

---

[1] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign. Reach factors out duplication, representing total different/net persons.



## MEDIA RESOURCES

JND utilizes the most reputable advertising media research tools to ensure that the best media is selected and that our reach calculations can withstand the most critical review and challenge. The media research tools we utilized in our analysis and will use to implement our Notice Plan include:

- **MRI | Simmons (MRI)**: JND uses MRI data to analyze the demographics and media usage of potential Class members. MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. MRI is the leading producer of media and consumer research in the United States.

- **Comscore, Inc. (Comscore)**: JND uses Comscore data to not only analyze where potential Class members are on the internet, but more importantly, for calculating the reach of our proposed digital effort. It is critical that a reputable source like Comscore be used when estimating the reach of a digital effort; otherwise, the estimated reach could be grossly inflated. Comscore's multi-reach platform allows us to analyze unduplicated audiences across desktop, smartphone, and tablet devices. We can assess the efficiency and effectiveness of our proposed media plans by reducing waste and improving campaign performance across all devices.

- **Google Active View**: At the time of implementation, our digital media placement experts will take the necessary steps to ensure that all notice placements appear exactly as planned, meeting our high standards of quality and positioning. Verification and monitoring will be used to enhance the digital buy — For instance, Google Active View, which is accredited by the Media Rating Council (MRC), will be used to measure viewable impressions across the web and in apps. Google Active View supports the Interactive Advertising Bureau (IAB) and MRC definition of viewability — a minimum of 50% of the ad is in view for a minimum of one second for display ads. In addition, Google uses over a hundred complex algorithms to spot bad traffic as it happens to prevent invalid clicks, impressions, views, or interactions.

- **Trust Metrics**: In addition to Google Active View, Trust Metrics third-party brand safety partner will be used during implementation to ensure that our banner impressions are not served to poor quality sites. This is done by creating a "blacklist" or a list of sites that have been deemed unsafe. These sites will be blocked during implementation based on brand safety parameters such as site content, keywords, etc. "Blacklisting" ensures that our campaign will be served on brand safe websites.



## TARGET ANALYSIS

JND analyzed the demographics and media usage of potential Class members to determine how best to reach them. MRI data was studied among adults 18 years of age or older (Adults 18+) who own an external hard drive ("Hard Drive Consumers"), because this measurable target best represents potential Class members.

MRI data indicates that most Hard Drive Consumers are:

- 25 years of age or older (89%)
- White (82%)
- Homeowners (75%)
- From middle to higher income households (75% have a household income of $60K+)
- Educated (74% attended college or beyond)

Compared to the general Adult 18+ population, Hard Drive Consumers are:

- 53% more likely to have a post-graduate degree *and* 36% more likely to have a bachelor's degree
- 45% more likely to have a higher household income ($150K+)
- 35% *less likely* to be Spanish, Hispanic, or Latino origin or descent
- 22% more likely to be 35-44 years of age
- 15% more likely to be married

In terms of media usage, MRI data indicates that Hard Drive Consumers are active internet users:

- 96% are on the internet in a 30-day period
- 89% use their cellphone or smartphone to access the internet
- 71% visit Facebook in a 30-day period

## NOTICE PLAN STRATEGIES

*Email Notice will be sent to all known Class members. In addition, JND designed a 10-week media campaign that is estimated to reach 70% of potential Class members.* Based on our analysis of our target's media usage, the media campaign consists of the leading digital network (Google Display Network – "GDN") and the top social media site (Facebook).

Given our MRI analysis and the class period, the digital effort will broadly target Adults 25+ with an emphasis towards those with a higher household income. A portion of GDN's delivery will be allocated to a "technophiles" affinity audience, or people who are passionate about technology and enjoy purchasing or reading about new gadgets. The digital ads will directly link Class members to the settlement website where they can access more information, as well as file an online claim. An internet search campaign, and the distribution of a nationwide press release are also proposed to extend notice exposure further.



| DIRECT NOTICE EFFORT | DETAILS |
|---|---|
| 📧 | • Send 6,000 emails to known Class members |

| DIGITAL EFFORT | DETAILS |
|---|---|
| Google Display Network / facebook | • Target Adults 25+<br>• Emphasis towards users with higher HHI<br>• Portion allocated to Technophiles affinity audience (people who are passionate about technology and enjoy purchasing or reading about new gadgets)<br>• Served across all devices (desktop, laptop, tablet and mobile), with an emphasis on mobile<br>• Digital ads include a direct link to the case website where Class members can learn more about the Settlement as well as file an online claim<br>• **325 million impressions[2] over 10 weeks** |

| ADDITIONAL EFFORTS | DETAILS |
|---|---|
| Google / Bing | • Web browsers frequently default to a search engine page, making search engines a common source to get to a specific website (i.e., as opposed to typing the desired URL in the navigation bar)<br>• When purchased keywords related to this settlement are searched, a paid ad with a hyperlink to the case website may appear on the search engine results page<br>• Efforts will be monitored and optimized |
| CISION PR Newswire | • Press release of up to 700 words (may be adjusted as needed)<br>• Distributed at the start of the campaign to over 11,000 media outlets nationwide<br>• Assists in getting "word of mouth" out about the settlement |

---

[2] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.



## PLAN DELIVERY

To calculate media reach, JND used a Comscore reach and frequency platform. According to this reputable media reach tool, the proposed digital notice campaign will reach approximately 70% of likely Class members. The email effort, internet search campaign, and the distribution of a national press release will extend reach further. The provided reach is similar to that of other court approved programs and meets the standard set forth by the FJC.



# HOURLY BILLING RATES

| POSITION/TITLE | RATE |
|---|---|
| Senior Executive | $ 425 |
| Executive | $ 395 |
| Senior Vice President | $ 375 |
| Vice President | $ 325 |
| Senior Director/Senior Consultant/Media Director | $ 265 |
| Director/Software Engineer/Network Administrator | $ 200 |
| Assistant Director/Controller | $ 170 |
| Senior Project Manager/Senior Data Analyst | $ 150 |
| Project Manager/Data Analyst/Helpdesk Administrator/Manager/Contact Center Manager | $ 125 |
| Assistant Project Manager/Junior Data Analyst/Contact Center Supervisor/Contact Center Lead/Senior Staff Accountant | $ 95 |
| Senior Associate/Staff Accountant | $ 85 |
| Associate/Contact Center Agent | $ 60 |
| Inbound Mail Coordinator/Outbound Mail Coordinator | $ 50 |
| Clerk | $ 45 |



All services to be provided by JND Legal Administration ("JND") are subject to the following terms and conditions:

1. **SERVICES**: JND agrees to perform all services necessary to complete the tasks outlined in the applicable proposal or other documents or per its understanding about the Client assignment. Such Services do not in any way constitute legal services or advice.

2. **PAYMENT**: The Client agrees to pay JND for the Services as outlined in the Proposal or other agreement between the parties. Client agrees and understands that fees charged by JND may include mark-ups, commissions, or other arrangements constituting potential profits to JND. Client further agrees that the prices to be charged by JND were negotiated at arm's length and that total fees are estimates and that the actual amount charged may be greater or lesser than the estimated amounts. JND reserves the right to increase its hourly rates annually.

3. **EXPENSES**: JND shall also bill for all expenses reasonably incurred in connection with the Services. These expenses include but are not limited to postage, FedEx, P.O. Box rental ($150/month), travel, copies ($0.20 per copy), box storage ($1.50/box per month), brokerage fees, accounting fees, electronic storage ($0.006 per image/record), and other items associated with the Services. JND may receive rebates or credits from vendors in connection with volume of work performed for all of its Clients. JND may also receive financial benefits from banks or other institutions based on settlement funds on deposit. These credits/rebates/awards are solely the property of JND.

4. **BILLING**: JND shall invoice clients every 30 days and expect payment within thirty (30) days of receipt of invoices. Payment for postage and printing is due in advance of mailing. Invoices not paid within thirty (30) days will be subject to a 1.5% monthly finance charge.

5. **INDEPENDENT CONTRACTOR**: JND is performing its Services as an Independent Contractor and neither it nor its employees shall be deemed to be employees of the Client.

6. **CONFIDENTIALITY**: JND and the Client will each treat as confidential any documents shared by one party with the other. JND does not convey to the Client any right in the programs, systems, or methodologies used or provided by JND in the performance of this assignment.

7. **DATA PRIVACY**: JND Is committed to taking all reasonable steps to ensure the security of all client and claimant data entrusted to our care. We seek to protect confidential data in all of our engagements, including this one, regardless of the size of the matter or the amount of data at issue. Please see JND's complete Privacy Policy at www.jndla.com/privacy-policy regarding data collection and use.

8. **LIMITATION OF DAMAGES**: JND is not responsible to the Client for any special, consequential or incidental damages incurred by Client and any liability of JND to the Client shall not exceed the total amount billed to the Client for the particular Services that give rise to any loss.

9. **FORCE MAJEURE**: If any event out of the reasonable control of JND prevents JND's performance, such performance shall be excused.

10. **NOTICE**: Any notice required in connection with the Services shall be in writing and sent by registered mail or overnight courier. Such notice is deemed given if mailed five days after the date of deposit in the U.S. mail, or if sent by overnight courier, one business day after delivery to such courier.

11. **GOVERNING LAW**: This contract will be governed by and construed by the laws of the State of Washington.

12. **ASSIGNMENT**: This Agreement and the rights and obligations of JND and the Client shall inure to the benefit of their successors and assigns, if any.

13. **TERMINATION**: This Agreement may be terminated by the Client upon at least 30 days prior written notice to JND. The Client's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout the 30 day period. JND may terminate this Agreement (i) with 10 days prior written notice if the Client is not current in payment of charges or (ii) in any event, upon at least three months prior written notice to the Client. If Client terminates this Agreement, JND shall have no obligation to release any information or documentation related to the applicable matter until JND has been paid in full.