<div style="text-align:center">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Case 5:20-cv-03584-NC   Document 61   Filed 07/21/21   Page 2 of 2

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following document is hereby sealed:

| Document | Portion to be Filed Under Seal |
|---|---|
| Exhibit A to Plaintiffs' Supplemental Brief: JND Legal Administration's Proposal for Class Action Notice | The breakdown of costs on pages 2-3 |

Dated: July 21, 2021



Hon. Nathanael M. Cousins
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL
CASE NO. 5:20-cv-03584-NC

1