EXHIBIT 2

**WD Red Lodestar Thru 09/1/21**

| ATTY | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| LTF  | 0.3   | $ 1,000 | $ 300 |
| YZK  | 173.2 | $ 725 | $ 125,570 |
| AML  | 121.9 | $ 450 | $ 54,855 |
| MSR  | 102.1 | $ 325 | $ 33,183 |
| DLS  | 7     | $ 300 | $ 2,100 |
| RSR  | 0.2   | $ 300 | $ 60 |
| JGM  | 0.6   | $ 275 | $ 165 |
| MCS  | 8.8   | $ 275 | $ 2,420 |
| SER  | 14.2  | $ 250 | $ 3,550 |
| JMF  | 1.9   | $ 250 | $ 475 |
| TEC  | 1.6   | $ 250 | $ 400 |
| AEL  | 0.1   | $ 250 | $ 25 |
|      | 431.9 |       | $ 223,103 |

|  |  | **Expenses:** | $ 4,201 |
|--|--|---|---|
|  |  | **Total** | $ 227,303.03 |

| DATE | Matter | M No. | Initials | Description | Time |
|---|---|---|---|---|---|
| 2020.05.23 | WD Red | 678 | YZK | Call w/ counsel re settlement | 0.30 |
| 2020.05.24 | WD Red | 678 | YZK | Emailed w/ opposing counsel re identifiable class members | 0.30 |
| 2020.06.08 | WD Red | 678 | YZK | Revised new client demand letters | 0.60 |
| 2020.06.11 | WD Red | 678 | YZK | Prep for and attend call w/ Malone counsel | 0.70 |
| 2020.06.15 | WD Red | 678 | AML | Drafted new demand letter (0.6); conferred w/ team re next steps (0.2); reviewed updated draft complaint (2.4) | 3.20 |
| 2020.06.17 | WD Red | 678 | AML | Drafted CA complaint | 4.90 |
| 2020.06.18 | WD Red | 678 | MSR | Confer w/ YZK re: WD Red complaint (0.1); review and edit draft of complaint (6.0) | 6.10 |
| 2020.06.19 | WD Red | 678 | AML | Drafted CLRA decl., cover sheet and summons (0.8); edits to complaint (2.3) | 3.10 |
| 2020.06.19 | WD Red | 678 | DLS | Finalized and filed complaint | 1.00 |
| 2020.06.19 | WD Red | 678 | MSR | Call w/ YZK re: next steps (0.2); review redlines to complaint (0.2); attempt to contact client (0.1); call w/ client (0.1); edits to complaint (0.2) | 0.80 |
| 2020.06.19 | WD Red | 678 | SER | Confer with team re Western Digital Red products (.5) and set up alerts on competing case (.2) | 0.70 |
| 2020.06.19 | WD Red | 678 | YZK | Finalized and filed complaint; team call re next steps | 5.70 |
| 2020.06.22 | WD Red | 678 | AML | Team call re strategy/next steps | 0.20 |
| 2020.06.22 | WD Red | 678 | JMF | Confer with MSR and DLS regarding service | 0.30 |
| 2020.06.22 | WD Red | 678 | MSR | Call w/ YZK, AML, & SER re: next steps | 0.20 |
| 2020.06.22 | WD Red | 678 | SER | Confer with team re Western Digital case | 0.40 |
| 2020.06.22 | WD Red | 678 | YZK | Team call re strategy/next steps | 0.20 |
| 2020.06.23 | WD Red | 678 | AML | Drafted motion to relate, proposed order, and proof of service (3.1); conferred w/ team re consolidation and next steps (0.5) | 3.60 |
| 2020.06.23 | WD Red | 678 | MSR | Confer w/ YZK re: 23(g) (0.2); draft 23(g) (3.1); confer w/ YZK re: motion to relate (0.1) | 3.40 |
| 2020.06.23 | WD Red | 678 | SER | Confer with team re Western Digital client correspondence | 0.40 |
| 2020.06.23 | WD Red | 678 | YZK | Call w/ team re consolidation and next steps | 0.50 |
| 2020.06.24 | WD Red | 678 | MCS | Finalized motion to relate, drafted and finalized proof of service | 2.50 |
| 2020.06.25 | WD Red | 678 | AML | Call w/ team re consolidation and joint prosecution | 0.50 |
| 2020.06.25 | WD Red | 678 | DLS | Call with Yitz re motion for related case | 0.60 |
| 2020.06.25 | WD Red | 678 | JMF | Served complaint | 1.00 |
| 2020.06.25 | WD Red | 678 | MSR | Call w/ Hattis & Lukacs re: consolidation (0.3); call w/ YZK & AML re same (0.2) | 0.50 |
| 2020.06.25 | WD Red | 678 | YZK | Edits to motion to relate and reviewed Judge's rules | 1.90 |
| 2020.06.25 | WD Red | 678 | YZK | Prep for and attend call w/ H&L re working together and consolidation | 0.90 |
| 2020.06.26 | WD Red | 678 | JMF | Emailed MSR regarding the service of complaint | 0.10 |
| 2020.06.26 | WD Red | 678 | YZK | Review filed motion | 0.30 |
| 2020.06.30 | WD Red | 678 | MSR | Call w/ Hattis & Lukacs re: consolidation (0.7); confer w/ YZK re: drafting of JPA (0.1) | 0.80 |
| 2020.06.30 | WD Red | 678 | SER | Confer with YZK re case status | 0.10 |
| 2020.06.30 | WD Red | 678 | YZK | Prep for and attend call w/ co counsel re JPA and settlement | 0.90 |
| 2020.07.01 | WD Red | 678 | YZK | Draft and circulate JPA (.5); exchange emails re settlement disucssions with co counsel (.3) | 0.80 |
| 2020.07.02 | WD Red | 678 | AML | Reviewed draft JPA | 0.80 |
| 2020.07.02 | WD Red | 678 | MSR | Call w/ YZK & co-counsel re: prep for call w/ defense counsel | 0.70 |
| 2020.07.02 | WD Red | 678 | YZK | Conduct research for settlement demand | 1.20 |
| 2020.07.03 | WD Red | 678 | MSR | Call w/ co-counsel and defense counsel re: settlement (0.4); call w/ co-counsel re: follow up to discussions (0.2) ; call w/ YZK, AML, & SER re: follow up (0.2); research re: settlement figures (0.4) | 1.20 |
| 2020.07.03 | WD Red | 678 | SER | Confer with team about sales and settlement demand | 0.20 |
| 2020.07.03 | WD Red | 678 | YZK | Prep for and attend call re consolidating cases | 1.40 |
| 2020.07.06 | WD Red | 678 | YZK | Finalize JPA | 0.90 |
| 2020.07.07 | WD Red | 678 | MSR | Confer w/ YZK re: settlement discussions | 0.30 |
| 2020.07.08 | WD Red | 678 | AML | Call w/ team re next steps | 0.70 |
| 2020.07.08 | WD Red | 678 | MSR | Call w/ YZK & AML next steps w/ co-counsel | 0.70 |
| 2020.07.08 | WD Red | 678 | YZK | Planning call w/ Hattis | 0.70 |
| 2020.07.09 | WD Red | 678 | AML | Drafted stipulation re consolidation and MTD briefing | 1.80 |
| 2020.07.09 | WD Red | 678 | YZK | Edits to consolidation stip | 0.40 |
| 2020.07.14 | WD Red | 678 | MSR | Call w/ YZK & co-counsel re: call strategy (0.3); call w/ defense counsel (0.2) | 0.50 |
| 2020.07.14 | WD Red | 678 | YZK | Prep for and attend settlement call | 1.90 |
| 2020.07.20 | WD Red | 678 | MSR | Call w/ co-counsel re: settlement demand (0.4); recap call w/ YZK (0.1); call w/ client re: settlement demand (0.1) | 0.60 |
| 2020.07.20 | WD Red | 678 | YZK | Call w/ team re settlement demand | 0.50 |
| 2020.07.21 | WD Red | 678 | YZK | Review and revise settlement demand correspondence | 0.80 |
| 2020.07.22 | WD Red | 678 | JMF | Emailed First Legal re proof of serivce of complaint | 0.50 |
| 2020.07.22 | WD Red | 678 | MCS | Filed proof of service | 1.00 |
| 2020.07.23 | WD Red | 678 | YZK | Review edits to draft stipulation | 0.40 |
| 2020.07.24 | WD Red | 678 | AML | Reviewed draft stipulation | 0.60 |
| 2020.07.24 | WD Red | 678 | SER | Contact client [Raaymakers] re JPA | 0.20 |
| 2020.08.06 | WD Red | 678 | MSR | Call w/ Dan Hattis re: consolidated complaint | 0.50 |
| 2020.08.10 | WD Red | 678 | MSR | Review and edits to consolidated complaint | 4.50 |
| 2020.08.12 | WD Red | 678 | MCS | Finalized and filed ADR Certification | 1.00 |
| 2020.08.12 | WD Red | 678 | MSR | 26(f) conference (0.4); call w/ Raaymakers re: ADR stipulation (0.2) | 0.60 |
| 2020.08.13 | WD Red | 678 | AML | Call w/ team re upcoming tasks | 0.10 |
| 2020.08.13 | WD Red | 678 | MSR | Call w/ YZK, AML, & co-counsel re: allocation of tasks | 0.10 |
| 2020.08.13 | WD Red | 678 | YZK | Reiview and comment on draft ESI protocol; call w/ team re upcoming tasks | 0.70 |
| 2020.08.17 | WD Red | 678 | AML | Drafted RFPs | 2.20 |
| 2020.08.17 | WD Red | 678 | MSR | Drafted first set of rogs | 0.80 |
| 2020.08.18 | WD Red | 678 | MSR | Review of RFPs | 0.20 |
| 2020.08.20 | WD Red | 678 | SER | Read Rule III.B letter | 0.20 |
| 2020.08.20 | WD Red | 678 | YZK | Review and comment on draft discovery requests | 0.70 |
| 2020.08.21 | WD Red | 678 | AML | Edits to RFPs and ROGs | 3.10 |
| 2020.08.24 | WD Red | 678 | MSR | Review 26(f) report | 0.80 |
| 2020.08.25 | WD Red | 678 | MCS | Began drafting YZK PHV | 0.80 |
| 2020.08.25 | WD Red | 678 | YZK | Review and comment on draft 26(f) report | 0.50 |
| 2020.08.27 | WD Red | 678 | MCS | Finalized YZK pro hac | 1.00 |
| 2020.08.28 | WD Red | 678 | MCS | Filed YZK Pro Hac | 0.50 |

| DATE | Matter | M No. | Initials | Description | Time |
|---|---|---|---|---|---|
| 2020.09.01 | WD Red | 678 | YZK | Call w/ co-counsel re tomrorow's conference | 0.30 |
| 2020.09.02 | WD Red | 678 | YZK | Prep for and attend court conference | 1.50 |
| 2020.09.04 | WD Red | 678 | MSR | Calendar dates from CMO | 0.20 |
| 2020.09.15 | WD Red | 678 | AML | Drafted initial disclosures | 2.10 |
| 2020.09.16 | WD Red | 678 | YZK | Review and comment on initial disclosures | 0.30 |
| 2020.09.16 | WD Red | 678 | YZK | Review and comment on redlines to 26(f) | 0.30 |
| 2020.09.16 | WD Red | 678 | YZK | Review and comment on ESI protocol and protective order | 2.10 |
| 2020.09.21 | WD Red | 678 | MSR | Review Defendant's insurance policy | 0.60 |
| 2020.09.22 | WD Red | 678 | YZK | Edits to draft discovery requests | 1.40 |
| 2020.10.02 | WD Red | 678 | YZK | Email co counsel re case management | 0.30 |
| 2020.10.27 | WD Red | 678 | YZK | Review of discovery responses | 0.70 |
| 2020.11.02 | WD Red | 678 | MSR | Review discovery responses (0.8); review third party subpoenas (0.5) | 1.30 |
| 2020.11.09 | WD Red | 678 | YZK | Schedule M&C | 0.30 |
| 2020.11.16 | WD Red | 678 | MSR | Confer w/ YZK re: next steps (0.1); call w/ YZK & co-counsel re: 30(b)(6) (0.2) | 0.30 |
| 2020.11.16 | WD Red | 678 | YZK | Begin prep for M&C | 0.90 |
| 2020.11.16 | WD Red | 678 | YZK | Call with co counsel re 30(b)(6) notice; call w/ MSR re next steps | 0.40 |
| 2020.11.18 | WD Red | 678 | YZK | Research re scheduling mediation | 0.40 |
| 2020.11.18 | WD Red | 678 | YZK | Review and analyze D's discovery responses | 1.10 |
| 2020.11.19 | WD Red | 678 | MSR | Call w/ YZK & co-counsel (0.4); M&C w/ defense counsel re: discovery responses (1.3) | 1.70 |
| 2020.11.19 | WD Red | 678 | SER | Teleconference with defense counsel | 1.30 |
| 2020.11.19 | WD Red | 678 | YZK | Prep for and attend M&C; call w/ team re same | 2.90 |
| 2020.11.30 | WD Red | 678 | YZK | Review emails re consolidation and confer w/ team re same | 0.30 |
| 2020.12.01 | WD Red | 678 | YZK | Review email from co counsel re new 30(b)(6) requirements | 0.30 |
| 2020.12.02 | WD Red | 678 | YZK | Work on editing and finalizing stip | 1.90 |
| 2020.12.07 | WD Red | 678 | MSR | Call w/ co-counsel | 0.30 |
| 2020.12.14 | WD Red | 678 | YZK | Execute and circulate signed mediation form | 0.30 |
| 2020.12.15 | WD Red | 678 | AML | Research and edits to proposed ESI search terms | 3.20 |
| 2020.12.17 | WD Red | 678 | YZK | Review and eidts to third party subpoenas | 0.50 |
| 2020.12.18 | WD Red | 678 | MSR | Call w/ co-counsel re: response to subpoenas | 0.80 |
| 2020.12.18 | WD Red | 678 | YZK | Prep for and attend call w/ team re subopenas | 1.10 |
| 2020.12.21 | WD Red | 678 | MSR | Call w/ iXsystems counsel re: document production | 0.20 |
| 2020.12.21 | WD Red | 678 | YZK | Confer w/ MSR re status of discovery issues (.5); conf w/ ixsystems' counsel re subpoena (.6) | 1.10 |
| 2020.12.23 | WD Red | 678 | AML | Confer w/ team re: next steps and upcoming deadlines | 0.70 |
| 2020.12.23 | WD Red | 678 | YZK | Confer w/ team re outstanding subpoenas and next steps | 0.70 |
| 2020.12.24 | WD Red | 678 | MSR | Call w/ co-counsel re: iXsystems search terms | 0.20 |
| 2020.12.24 | WD Red | 678 | YZK | Confer w/ team re edits to ESI search terms | 0.50 |
| 2020.12.30 | WD Red | 678 | YZK | Confer w/ co-counsel re mediation statement | 0.60 |
| 2021.01.04 | WD Red | 678 | MSR | Research for mediation brief | 6.40 |
| 2021.01.05 | WD Red | 678 | MSR | Revise mediation brief | 2.70 |
| 2021.01.06 | WD Red | 678 | MSR | Finalize mediation brief (0.7); review Defendant's mediation statement (0.4) | 1.10 |
| 2021.01.06 | WD Red | 678 | YZK | Finalize mediation statement | 1.90 |
| 2021.01.07 | WD Red | 678 | MSR | Call co-counsel re: ESI search terms | 0.60 |
| 2021.01.12 | WD Red | 678 | MSR | Call w/ YZK & AML re: prep for mediation (0.1); draft terms sheet (0.6); pre-mediation call w/ Judge Laporte (0.4); confer w/ YZK & Dan Hattis (0.2); M&C w/ Synology counsel (0.2) | 1.50 |
| 2021.01.12 | WD Red | 678 | YZK | Prep for tomorrow's mediation; pre-mediation call w/ J. Laporte | 5.80 |
| 2021.01.13 | WD Red | 678 | MSR | Confer w/ YZK re: mediation prep (0.6); attended mediation (9.4) | 10.00 |
| 2021.01.13 | WD Red | 678 | SER | Attend mediation with YZK and MSR | 9.40 |
| 2021.01.13 | WD Red | 678 | YZK | Prep for and attend mediation | 10.90 |
| 2021.01.14 | WD Red | 678 | LTF | Discussed mediation with Judge LaPorte with Yitz Kopel | 0.30 |
| 2021.01.14 | WD Red | 678 | MSR | Confer w/ YZK re: settlement | 0.70 |
| 2021.01.14 | WD Red | 678 | YZK | Discuss settlement negotiations with opposing counsel | 1.40 |
| 2021.01.14 | WD Red | 678 | YZK | Collaborate on finalizing ESI search terms | 0.50 |
| 2021.01.19 | WD Red | 678 | YZK | Email with opposing counsel re settlement negotiations; confer w/ MSR re same | 0.30 |
| 2021.01.22 | WD Red | 678 | AML | Call w/ team re settlement negotiations | 0.70 |
| 2021.01.22 | WD Red | 678 | MSR | Call w/ YZK, AML, & Dan Hattis re: settlement negotiations | 0.70 |
| 2021.01.22 | WD Red | 678 | YZK | Participate in settlement negotiations with opposing cousnsel and recap to team | 1.30 |
| 2021.01.22 | WD Red | 678 | YZK | Call w/ team re settlement negotiations | 0.70 |
| 2021.01.29 | WD Red | 678 | YZK | Call w/ opposing counsel re settlement negotiations | 0.50 |
| 2021.02.03 | WD Red | 678 | AML | Confer w/ team re settlement | 0.10 |
| 2021.02.03 | WD Red | 678 | MSR | Confer w/ YZL & AML re: settlement negotiations | 0.10 |
| 2021.02.03 | WD Red | 678 | YZK | Edits to new settlement proposal | 1.90 |
| 2021.02.03 | WD Red | 678 | YZK | Confer w/ team re settlement | 0.10 |
| 2021.02.05 | WD Red | 678 | MSR | Confer w/ YZK & D. Hattis re: settlement negotiations | 0.40 |
| 2021.02.05 | WD Red | 678 | YZK | Schedule 26(f) conference and conferred w/ team re settlement negotiations | 0.30 |
| 2021.02.08 | WD Red | 678 | AML | Research re injunctive relief settlement value | 3.70 |
| 2021.02.08 | WD Red | 678 | MSR | Confer w/ YZK re: settlement negotiations | 0.20 |
| 2021.02.09 | WD Red | 678 | AML | Research re injunctive relief of settlement | 2.70 |
| 2021.02.09 | WD Red | 678 | YZK | Spoke w/ defense counsel re settlement negotiations | 1.30 |
| 2021.02.10 | WD Red | 678 | AEL | Spoke w/ L. Thompson | 0.1 |
| 2021.02.10 | WD Red | 678 | MSR | Confer w/ YZK re: settlement offer | 0.20 |
| 2021.02.10 | WD Red | 678 | YZK | Conf w/ team and corresponded with defense counsel re settlement offer | 1.70 |
| 2021.02.12 | WD Red | 678 | MSR | Call w/ iXsystems counsel re: document production (0.2); call w/ defense counsel re: settlement terms (0.3) | 0.50 |
| 2021.02.16 | WD Red | 678 | YZK | Exchange emails w/ opposing counsel re term sheet | 0.40 |
| 2021.02.19 | WD Red | 678 | YZK | Prep for and attend call w/ A. Bassak | 0.50 |
| 2021.02.22 | WD Red | 678 | AML | Review/edits to draft term sheet | 1.10 |
| 2021.02.22 | WD Red | 678 | MSR | Review term sheet (1.1); call w/ YZK & co-counsel re: term sheet (0.5); call Dan Hattis (0.1) | 1.70 |
| 2021.02.22 | WD Red | 678 | YZK | Correspondence re settlement negotiations | 2.60 |
| 2021.02.23 | WD Red | 678 | MSR | Call w/ Dan Hattis re: injunctive relief, pro rata relief (0.4); confer w/ YZK & AML re: update on settlement discussions (0.2) | 0.60 |

| DATE | Matter | M No. | Initials | Description | Time |
|---|---|---|---|---|---|
| 2021.02.23 | WD Red | 678 | YZK | Edits to term sheet and correspondence re settlement negotiations | 1.80 |
| 2021.02.26 | WD Red | 678 | MSR | Confer w/ YZK re: terms sheet language and research re: WD Red pricing | 0.40 |
| 2021.02.26 | WD Red | 678 | YZK | Partipate in calls w/ opposing counsel (.5); research and edits to term sheet (1.6) | 2.10 |
| 2021.03.01 | WD Red | 678 | AML | Research re term sheet | 1.00 |
| 2021.03.02 | WD Red | 678 | MSR | Research re: cy pres (1.4); confer w/ YZK & AML re next steps (0.4) | 1.80 |
| 2021.03.02 | WD Red | 678 | YZK | Email counsel to follow up on term sheet | 0.20 |
| 2021.03.04 | WD Red | 678 | YZK | Call w/ J Hodas re term sheet | 0.70 |
| 2021.03.08 | WD Red | 678 | MSR | Confer w/ YZK re: case management statement | 0.60 |
| 2021.03.09 | WD Red | 678 | AML | Drafted subsequent case management statement (3.4); research re same (0.7) | 4.10 |
| 2021.03.09 | WD Red | 678 | MSR | Confer w/ AML re: next steps (0.1); review draft CMC statement (0.5) | 0.60 |
| 2021.03.09 | WD Red | 678 | YZK | Correspondence re settlement negotiations and final edits to term sheet | 2.90 |
| 2021.03.10 | WD Red | 678 | AML | Began drafting long form settlement agreement (0.9); research re same (1.9) | 2.80 |
| 2021.03.10 | WD Red | 678 | MSR | Draft notice of settlement | 0.40 |
| 2021.03.10 | WD Red | 678 | YZK | Reviewed executed copies of term sheet and review notice of settlement before filing | 1.30 |
| 2021.03.11 | WD Red | 678 | MSR | Review draft settlement agreement | 1.50 |
| 2021.03.12 | WD Red | 678 | AML | Research re long form settlement agreement (3.3); continued drafted long form settlement agreement (2.9) | 6.20 |
| 2021.03.15 | WD Red | 678 | YZK | Review and revise draft settlement agreement | 1.40 |
| 2021.03.16 | WD Red | 678 | YZK | Review and address D. Hattis's comments to Settlement and circulate same to opposing counsel | 1.30 |
| 2021.03.18 | WD Red | 678 | YZK | Call w/ opposing counsel re settlement and administration | 0.50 |
| 2021.03.18 | WD Red | 678 | YZK | Call w/ G. Haber re settlement admin | 0.60 |
| 2021.03.19 | WD Red | 678 | AML | Preliminary approval drafting | 4.90 |
| 2021.03.19 | WD Red | 678 | YZK | Prepared and sent case materials to G. Haber for notice bid | 0.30 |
| 2021.03.22 | WD Red | 678 | AML | Preliminary approval drafting | 3.30 |
| 2021.03.22 | WD Red | 678 | MSR | Confer w/ YZK & AML re: notice | 0.20 |
| 2021.03.26 | WD Red | 678 | AML | Preliminary approval research (2.1); preliminary approval drafting (1.7) | 3.80 |
| 2021.03.29 | WD Red | 678 | AML | Preliminary approval drafting | 3.90 |
| 2021.03.30 | WD Red | 678 | AML | Edits to notice exhibits | 2.80 |
| 2021.04.05 | WD Red | 678 | AML | Drafted stipulated undertaking | 1.70 |
| 2021.04.05 | WD Red | 678 | YZK | Finalize and circulate draft settlement docs | 3.70 |
| 2021.04.08 | WD Red | 678 | YZK | Work on preliminary approval brief and confer w/ team re incentive awards | 2.60 |
| 2021.04.09 | WD Red | 678 | AML | Drafted proposed order re: final approval | 2.10 |
| 2021.04.09 | WD Red | 678 | YZK | Work on settlement agreement | 3.60 |
| 2021.04.12 | WD Red | 678 | YZK | Prep for and attend call w/ Heffler re claims admin | 0.90 |
| 2021.04.16 | WD Red | 678 | YZK | Follow up on status of settlement docs | 0.50 |
| 2021.04.19 | WD Red | 678 | YZK | Review and analysis of notice admin bids | 2.50 |
| 2021.04.20 | WD Red | 678 | YZK | Email re settlement status | 0.20 |
| 2021.04.22 | WD Red | 678 | YZK | Prep for and attend settlement status call | 2.30 |
| 2021.04.23 | WD Red | 678 | YZK | Research re comparing bids for admins | 2.50 |
| 2021.04.26 | WD Red | 678 | YZK | Email opposing counsel re upward adjustment and booking LaPorte | 0.30 |
| 2021.04.27 | WD Red | 678 | YZK | Email opposing counsel and co counsel re updward adjustment issue | 0.50 |
| 2021.04.30 | WD Red | 678 | YZK | Send email to JND re accepting notice bid | 0.20 |
| 2021.04.30 | WD Red | 678 | YZK | Confer w/ D. Hattis re procedures for abtraition | 0.50 |
| 2021.05.03 | WD Red | 678 | YZK | Call w/ settlement admin re next steps | 0.70 |
| 2021.05.05 | WD Red | 678 | AML | Conf. w/ P. Lukacs re upcoming arbitration | 0.30 |
| 2021.05.10 | WD Red | 678 | AML | Drafted stipulation for extension | 1.10 |
| 2021.05.10 | WD Red | 678 | DLS | Made edits; finalized and filed stipulation and proposed order; emailed proposed order to Judge | 0.70 |
| 2021.05.14 | WD Red | 678 | MSR | Review D. Hattis letter re: pro rata distribution | 0.60 |
| 2021.05.14 | WD Red | 678 | YZK | Work on finalizing arbitration brief | 2.20 |
| 2021.05.19 | WD Red | 678 | MSR | Review Judge Cousins prelim approval order in Prescott (0.7); draft table re: comparison of Prescott settlement and WD Red settlement (1.4) | 2.10 |
| 2021.05.21 | WD Red | 678 | AML | Call w/ C. Weir re injunctive relief valuation | 0.30 |
| 2021.05.21 | WD Red | 678 | MSR | Call w/ YZK re: potential Weir decl | 0.20 |
| 2021.05.21 | WD Red | 678 | YZK | Prep for and attend call w/ C Weir re valuation of nonmonetary relief | 0.90 |
| 2021.05.24 | WD Red | 678 | AML | Analyzed arbitration decision from J. Laporte | 1.30 |
| 2021.05.24 | WD Red | 678 | MSR | Call w/ YZK & AML re: updates to settlement agreement | 0.30 |
| 2021.05.24 | WD Red | 678 | YZK | Review Prescott issues and work on revisions to settlement | 1.40 |
| 2021.05.25 | WD Red | 678 | AML | Edits to draft settlement agreement (2.2); reviewed Prescott decision (1.2); edits to Kopel declaration (1.3) | 4.70 |
| 2021.05.25 | WD Red | 678 | MSR | Review edits to settlement agreement | 0.60 |
| 2021.05.25 | WD Red | 678 | YZK | Work with opposing counsel on settlement revisions | 1.50 |
| 2021.05.27 | WD Red | 678 | YZK | Prep for and attend call w/ settlement admin | 1.20 |
| 2021.05.27 | WD Red | 678 | YZK | Confer w/ opposing counsel re status of settlement and preliminary approval | 0.80 |
| 2021.06.01 | WD Red | 678 | AML | Reviewed D's redlines to settlement agreement (1.7); edits to settlement exhibits (3.1); edits to preliminary approval brief (1.8) | 6.60 |
| 2021.06.02 | WD Red | 678 | AML | Edits to Kopel declaration (1.9); edits to preliminary approval brief (3.6) | 5.50 |
| 2021.06.02 | WD Red | 678 | YZK | Edits to and finalization of settlement and preliminary approval motion | 3.30 |
| 2021.06.03 | WD Red | 678 | AML | Final edits to settlement exhibits | 1.90 |
| 2021.06.03 | WD Red | 678 | YZK | Work on settlement exhibits and preliminary approval motion | 5.70 |
| 2021.06.04 | WD Red | 678 | MSR | Review + research and edits to preliminary approval motion | 5.40 |
| 2021.06.04 | WD Red | 678 | YZK | Work on finalizing settlement and gathering signatures | 1.10 |
| 2021.06.07 | WD Red | 678 | MSR | Call w/ YZK & AML re: next steps (0.1); confer w/ YZK re: PA motion (0.6) | 0.70 |
| 2021.06.08 | WD Red | 678 | MSR | Call w/ AML re: YZK declaration (0.2); call w/ YZK & AML re: PA motion (0.2); edits to PA brief (3.6); draft YZK declaration (2.1) | 6.10 |
| 2021.06.08 | WD Red | 678 | RSR | Compile signatures for settlement agreement | 0.10 |
| 2021.06.08 | WD Red | 678 | YZK | Exchange emails with settlement administrator re dates, website, and forms of notice | 2.30 |
| 2021.06.09 | WD Red | 678 | AML | Edits to press release (0.6); final edits to notice docs (1.6); research re preliminary approval (1.7); call w/ team re preliminary approval docs (1.3) | 5.20 |
| 2021.06.09 | WD Red | 678 | MSR | Call w/ YZK, AML, & SER re: preliminary approval | 1.30 |
| 2021.06.09 | WD Red | 678 | SER | Confer with team re preliminary approval | 1.30 |
| 2021.06.09 | WD Red | 678 | YZK | Edits to preliminary approval brief and notice documents; call w/ team re same | 5.20 |

| DATE | Matter | M No. | Initials | Description | Time |
|---|---|---|---|---|---|
| 2021.06.10 | WD Red | 678 | AML | Final edits to motion for preliminary approval | 1.40 |
| 2021.06.10 | WD Red | 678 | MSR | Edits to prelininary approval brief and YZK Decl (6.7); finalize exhibits (0.4) | 7.10 |
| 2021.06.10 | WD Red | 678 | YZK | Edits to materials in support of preliminary approval | 7.60 |
| 2021.06.11 | WD Red | 678 | DLS | Prepared TOA/TOC; made edits to preliminary approval briefing; finalized and filed same | 2.00 |
| 2021.06.11 | WD Red | 678 | MCS | Finalized plaintiff declarations, assisted with finalizing and filing preliminary approval motion | 2.00 |
| 2021.06.11 | WD Red | 678 | YZK | Finalize motion for preliminary approval and supporting documents | 5.50 |
| 2021.06.17 | WD Red | 678 | YZK | Edits to settlement administration materials (caes website, etc) | 1.60 |
| 2021.07.06 | WD Red | 678 | YZK | Confer w/ AML to set up joint statement to court and prep for preliminary approval | 0.40 |
| 2021.07.13 | WD Red | 678 | AML | Drafted joint case management statement | 0.60 |
| 2021.07.14 | WD Red | 678 | DLS | Made edit; finalized and filed CMC statement | 0.40 |
| 2021.07.15 | WD Red | 678 | AML | Reviewed order re supplemental briefing | 0.70 |
| 2021.07.15 | WD Red | 678 | YZK | Begin prep for preliminary approval hearing | 0.90 |
| 2021.07.16 | WD Red | 678 | AML | Research re supplemental briefing (0.9); call w/ G. Haber re same (0.3) | 1.20 |
| 2021.07.16 | WD Red | 678 | TEC | Began preparing book for upcoming hearing | 0.60 |
| 2021.07.16 | WD Red | 678 | YZK | Call w/ G. Haber in prep for supplmental submission and preliminary approval hearing | 0.70 |
| 2021.07.16 | WD Red | 678 | YZK | Edits to supplemental submission | 1.60 |
| 2021.07.19 | WD Red | 678 | AML | Supplemental briefing drafting | 1.90 |
| 2021.07.19 | WD Red | 678 | MSR | Review and edits to supplemental briefing (0.5); draft sealing motion (1.5) | 2.00 |
| 2021.07.19 | WD Red | 678 | TEC | Completed Hearing Book re: Plaintiff's Motion for Preliminary Approval. | 1.00 |
| 2021.07.19 | WD Red | 678 | YZK | Collaborate on revisions to supplemental briefing | 0.50 |
| 2021.07.20 | WD Red | 678 | AML | Supplemental briefing research (1.2); final edits to supplemental brief (1.7); final edits to sealing materials (1.3) | 4.20 |
| 2021.07.20 | WD Red | 678 | DLS | Call with Alec re supplemental brief filing under seal | 0.20 |
| 2021.07.20 | WD Red | 678 | DLS | Made edits to motion to seal; finalized motion documents and supplemental brief with exhibit; filed documents and served by email | 2.00 |
| 2021.07.20 | WD Red | 678 | YZK | Prep for tomorrow's hearing | 3.70 |
| 2021.07.20 | WD Red | 678 | YZK | Finalize and file supplemental submissions ISO preliminary approval | 2.60 |
| 2021.07.21 | WD Red | 678 | AML | Attended preliminary approval hearing | 0.80 |
| 2021.07.21 | WD Red | 678 | DLS | Emailed proposed order to Judge | 0.10 |
| 2021.07.21 | WD Red | 678 | MSR | Attended preliminary approval hearing | 0.80 |
| 2021.07.21 | WD Red | 678 | YZK | Prep for and attend PA hearing | 8.10 |
| 2021.07.22 | WD Red | 678 | MSR | Updated calendar with final approval dates | 0.30 |
| 2021.08.26 | WD Red | 678 | MSR | Edits/research re: final approval briefing | 7.40 |
| 2021.08.27 | WD Red | 678 | MSR | Edits to final approval briefing | 3.10 |
| 2021.08.30 | WD Red | 678 | AML | Edits to final approval brief (1.1); research re final approval brief (1.3); Kopel declaration drafting (1.1) | 3.50 |
| 2021.08.31 | WD Red | 678 | AML | Kopel declaration drafting | 1.70 |
| 2021.08.31 | WD Red | 678 | MSR | Confer w/ YZK & AML re: final approval brief (0.3); confer w/ Dan Hattis re same (0.1) | 0.40 |
| 2021.08.31 | WD Red | 678 | RSR | Gathered expenses for final approval briefing | 0.10 |
| 2021.09.01 | WD Red | 678 | AML | Edits and research re final approval briefing | 3.30 |
| 2021.09.01 | WD Red | 678 | JGM | Run Lodestar for final approval briefing | 0.60 |
| 2021.09.01 | WD Red | 678 | MSR | Review of materials for final approval | 1.90 |
| 2021.09.01 | WD Red | 678 | YZK | Collaborate on finalizing final approval papers | 4.80 |