EXHIBIT 3

**Bursor & Fisher, P.A. - Western Digital Red Expenses**

| | |
|---|---|
| $710.00 | Filing Expenses |
| $2,783.33 | Mediation Expenses |
| $227.95 | Service of Process Expenses |
| $160.84 | Catering & Meal Expenses |
| $318.41 | Travel Expenses |
| **$4,200.53** | **Total Western Digital Red Expenses** |

**Filing Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2020.06.19 | Western Digital Red | $400.00 | US District Court NDCA - Complaint |
| 2020.08.28 | Western Digital Red | $310.00 | US District Court NDCA - PHV |
| | | **$710.00** | **Total Filing Expenses** |

**Mediation Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2020.12.16 | Western Digital Red | $2,783.33 | JAMS, Inc. |
| | | **$2,783.33** | **Total Mediation Expenses** |

**Service of Process Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2020.07.14 | Western Digital Red | $227.95 | First Legal - Complaint Service |
| | | **$227.95** | **Total Service of Process Expenses** |

**Catering & Meal Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2021.01.13 | Western Digital Red | $23.68 | Uber Eats |
| 2021.01.13 | Western Digital Red | $30.13 | Karakatta |
| 2021.01.13 | Western Digital Red | $30.00 | The viand |
| 2021.01.14 | Western Digital Red | $31.80 | Lenwich |
| 2021.01.22 | Western Digital Red | $28.20 | Sweet Green |
| 2021.04.05 | Western Digital Red | $17.03 | Chick-Fil-A |
| | | **$160.84** | **Total Catering & Meal Expenses** |

**Travel Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2021.01.05 | Western Digital Red | $15.96 | Taxi |
| 2021.01.12 | Western Digital Red | $23.35 | Impark |
| 2021.01.13 | Western Digital Red | $23.00 | Impark |
| 2021.01.13 | Western Digital Red | $23.35 | Impark |
| 2021.01.13 | Western Digital Red | $15.96 | Taxi |
| 2021.01.13 | Western Digital Red | $1.00 | Uber |
| 2021.01.13 | Western Digital Red | $16.56 | Taxi |
| 2021.02.26 | Western Digital Red | $16.55 | NYC Taxi |
| 2021.02.27 | Western Digital Red | $23.92 | Uber |
| 2021.03.02 | Western Digital Red | $17.86 | Uber |
| 2021.03.02 | Western Digital Red | $3.00 | Uber |
| 2021.03.02 | Western Digital Red | $17.16 | Curb SVC |
| 2021.03.02 | Western Digital Red | $18.36 | Curb SVC |
| 2021.03.08 | Western Digital Red | $3.00 | Uber |
| 2021.03.08 | Western Digital Red | $17.16 | Taxi Service |
| 2021.03.10 | Western Digital Red | $17.75 | NYC Taxi |
| 2021.03.10 | Western Digital Red | $19.56 | Curb SVC |
| 2021.04.09 | Western Digital Red | $23.35 | Impark |
| 2021.05.19 | Western Digital Red | $5.00 | Uber Curb |
| 2021.05.19 | Western Digital Red | $16.56 | Curb |
| | | **$318.41** | **Total Travel Expenses** |