**EXHIBIT 7**

An ALM web site

# DAILY REPORT

4:19 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adelson, Eliot A. | Partner | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Agenbroad, Aaron L. | Associate | | Jones Day | San Francisco | CA | United States | | | | | 520 | |
| Allhoff, Hans J. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | 430 | | | |
| Baker, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1980 | 1980 | 260 | | | 750 |
| Bass, Eric | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Bensinoft, Peter J. | Partner | | Jones Day | San Francisco | CA | United States | 1974 | 1974 | | 400 | 745 | 775 |
| Berning, Scott M. | Associate | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | | | | | | |
| Berteinthal, David M. | Partner | Commercial | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | 2007 | 2003 | | | 595 | 345 |
| | | Litigation, Bankruptcy and Restruc | | | | | | | | | | |
| Boersch, Martha | Partner | Corporate Criminal Investigations | Jones Day | San Francisco | CA | United States | | 1986 | | | | 725 |
| Bornstein, Jeffrey | Partner | White Collar Crime, Commercial Litigation | K and L Gates | San Francisco | CA | United States | | | | 525 | 590 | |
| Brown, Donald W. | Partner | Business and Finance | Covington and Burling | San Francisco | CA | United States | | | 640 | | | |
| Browning, J. Taylor | Associate | Tort and Environmental Litigation | Morgan Lewis and Bockius | San Francisco | CA | United States | 1996 | 1996 | | | | 550 |
| Buonaiuto-Brenda N. | Partner | | King and Spalding | San Francisco | CA | United States | | 1994 | | | | 560 |
| Castro, Ruth Ann | Associate | Environmental | Farella Braun and Martel | San Francisco | CA | United States | | | | 380 | 675 | |
| Christenson, C. Brophy | Partner | Corporate Finance and Healthcare | O'Melveny and Myers | San Francisco | CA | United States | | | | | | |
| Christian, Ryan M. | Associate | Business Restructuring and Reorganization | Kirkland and Ellis | San Francisco | CA | United States | 2001 | 2001 | 315 | | | 525 |
| Correa, Michaeline | Associate | | Jones Day | San Francisco | CA | United States | | | | | | |
| Crosby, Peter J. | Counsel | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1984 | 1984 | | | 585 | 585 |
| Dexter, Doug | Partner | Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 510 | | |
| Diable, Sam | Partner | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 460 | | |
| Dioon, Benjamin | | Complex Commercial | Heller Ehrman | San Francisco | CA | United States | | | | 285 | | |
| Dixon, Megan | | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 575 | | |
| Dobrzynski, Daniel T. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2007 | 2007 | | 525 | | 350 |
| Douglass, Scott | Partner | Construction | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Durio, Heather | Associate | | DLA Piper | San Francisco | CA | United States | | | 425 | | | |

1 2 3 4
Currently showing 1-25 of 98 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendar | Public Notices

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

How to Advertise | Contact Us

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | Bench Guide City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Chantelle C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2008 | 2008 | | | | |
| Eisenbach, Robert L. | Partner | Bankruptcy | Cooley Godward Kronish | San Francisco | CA | United States | | | | | 685 | |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | Morrison and Foerster | San Francisco | CA | United States | | | | | 725 | 325 |
| Esperanza, Christy | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Ford, Robert | Partner | Labor and Employment | Jones Day | San Francisco | CA | United States | | | | 330 | | |
| Frank, Michael T. | Partner | | DLA Piper | San Francisco | CA | United States | 1975 | 1975 | 540 | | | 535 |
| Fried, Joshua M. | Partner | | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | 515 | |
| Fredrichs, John E. | Partner | Bankruptcy and Restructuring, Corporate | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Garrett, Nathaniel P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | | | | | 595 | |
| Gerking, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | 2006 | 2006 | 355 | 355 | | 375 |
| Gloster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 675 | 695 | | |
| Gotshiner, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Groom, John | Partner | Insurance Coverage | Farella Braun and Martel | San Francisco | CA | United States | | | | 610 | | |
| Handzlik, Jan | Partner | Commercial Trial | Howrey | San Francisco | CA | United States | | | | 695 | | |
| Hart, Daniel | Associate | Employment | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | | 300 | | |
| Holden, Frederick O. | Partner | | Orrick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Of Counsel | Litigation | Morrison and Foerster | San Francisco | CA | United States | | | | | | |
| Jen, Nancy | Associate | Global Capital Markets | Hunton and Williams | San Francisco | CA | United States | | | | | 560 | |
| Joesten, Nan | Partner | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Karchmer, Scott D. | Partner | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | 1994 | 1994 | 465 | 355 | | 590 |
| Keegan, Christopher W. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | 490 | | |
| Keller, Tobias S. | Partner | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1990 | 1990 | 415 | | 500 | 750 |
| Kim, Jenny | Associate | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Kirschner, Curt | Partner | | O'Melveny and Myers | San Francisco | CA | United States | | | 260 | | 820 | |
| Kordestani, Said | Partner | Hospitality | Farella Braun and Martel | San Francisco | CA | United States | | | | 490 | | |

1 2 3 4
Currently showing 26-50 of 98 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT 

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

4:36 P.M. EST
Tuesday, February 22, 2011

Get premium access, 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2005 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laudach, Justin | Counsel | Corporate Finance | O'Melveny and Myers | San Francisco | CA | United States | | | | | 540 | |
| Marshall, Robert G. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1997 | 1997 | | | | 625 |
| Mason, Cory | Associate | Restructuring and Insolvency | Farella Braun and Martel | San Francisco | CA | United States | | | | 245 | | |
| McDaniels, Keith | Partner | Trial Practice | Winston and Strawn | San Francisco | CA | United States | | | | | 540 | |
| McDonald, Brian D. | Associate | Business and Finance | Jones Day | San Francisco | CA | United States | 2002 | 2002 | | | | 560 |
| McKane, Mark E. | Partner | | Kirkland and Ellis | San Francisco | CA | United States | | | 505 | | 580 | |
| Myers, William A. | Partner | Insurance Liability and Recovery | Morgan Lewis and Bockius | San Francisco | CA | United States | 1992 | 1993 | | | | 595 |
| Myers, Martin H. | Partner | | Jones Day | San Francisco | CA | United States | 1987 | 1987 | | | | 760 |
| Nagesi, Adhi | Associate | Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Nakati, Casey M. | Associate | Banking and Finance | Kirkland and Ellis | San Francisco | CA | United States | | | | 245 | 395 | |
| Olson, James C. | Partner | Labor and Employment | Jones Day | San Francisco | CA | United States | 1979 | 1979 | | | 300 | 775 |
| Osci, Amanda M. | Associate | Litigation | Jones Day | San Francisco | CA | United States | | | | | 285 | |
| Osgood, Micah C.E. | Associate | Labor and Employment | Kirkland and Ellis | San Francisco | CA | United States | | | | | 395 | |
| Patton, Katie | Associate | California Employment Counseling | O'Melveny and Myers | San Francisco | CA | United States | | | | | 570 | |
| Peteros, Karen H. | Of Counsel | | Morgan Lewis and Bockius | San Francisco | CA | United States | | | | | | |
| Petock, Thomas R. | Partner | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 750 | | | |
| Poteins, Alex | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | 465 | | |
| Rajagopal, Raman | Associate | Corporate | Paul Hastings Janofsky and Walker | San Francisco | CA | United States | 2008 | | | | | 360 |
| Rachev, Katherine S. | Partner | Trial Practice | Jones Day | San Francisco | CA | United States | 1995 | 1995 | | | | 625 |
| Ritter, Peter | Partner | Business Tax and Investment Funds | O'Melveny and Myers | San Francisco | CA | United States | | | | | 675 | |
| Roche, Laura | Associate | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Rodriguez, Noel | Associate | Trial Practice | Jones Day | San Francisco | CA | United States | | | 475 | 485 | | 500 |
| Salma, Cheryl | Counsel | Tort and Environmental Litigation | King and Spalding | San Francisco | CA | United States | 2003 | 2003 | | | | 455 |
| Schlabert, William | Partner | Private Clients | Farella Braun and Martel | San Francisco | CA | United States | | | 695 | 725 | | |
| Selling, Jaralyn | Of Counsel | Family Wealth Group | Farella Braun and Martel | San Francisco | CA | United States | | | | 450 | | |

1 2 3 4
Currently showing 51-75 of 96 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

4:38 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >> All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, County, Graduation or Practical Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stepard, Michael | | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 750 | | |
| Shirl, Susan | Associate | Labor and Employment | Horton and Williams | San Francisco | CA | United States | 2008 | 2008 | | 280 | 325 | 260 |
| Slough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | | | | | | |
| Spooner, Lou | Associate | Commercial Disputes | Kingzand Spalding | San Francisco | CA | United States | | 2003 | | 430 | | 390 |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | | 410 | |
| Stewart, Rhonda L. | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | | 395 | |
| Thaler, Alexandra (Sasha) | Associate | Labor and Employment | O'Melveny and Myers | San Francisco | CA | United States | | | | 440 | | |
| Thompson, Grant | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Toganell, Christine D. | Associate | Tax | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 325 | | | |
| Tripett, Holden | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | | | | 295 | | |
| Trodella, Robert A. | Partner | | Jones Day | San Francisco | CA | United States | | 1996 | | | | 600 |
| Ullard, Suzzanne | Partner | Finance, Corporate and Bankruptcy | O'Melveny and Myers | San Francisco | CA | United States | | | | 725 | 820 | |
| Vogt, Gary M. | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | 255 | |
| Waggener, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 295 | | |
| Wald, Gregory A. | Senior Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | | 460 | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | 520 | | |
| White, Jack L. | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | 385 | | | |
| Wilson, Natausha | Counsel | Bankruptcy and Creditors Rights | O'Melveny and Myers | San Francisco | CA | United States | | | | | | |
| Woodruff, Kelly | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | 485 | 565 | |
| Zwibelman, Michael | | New Century Financial Corp | Heller Ehrman | San Francisco | CA | United States | | | | 515 | | |

1 2 3 4
Currently showing 76-96 of 96 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM