# EXHIBIT 1

WD Red                                         Total Lodestar                                  Hattis and Lukacs

**WD Red Total Lodestar Through 9/1/2021**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Daniel Hattis | 390.73 | $ 750 | $ 293,048 |
| Paul Karl Lukacs | 146.06 | $ 750 | $ 109,545 |
| Che Corrington | 94.5 | $ 450 | $ 42,525 |
| **TOTALS** | 631.29 | | $ 445,118 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 4/30/20 | WD Red | Daniel | Hattis | Factual Investigation | research complaint, technology | 1.33 |
| 5/2/20 | WD Red | Daniel | Hattis | Factual Investigation | research articles, update post and info | 1.2 |
| 5/15/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | Call Paul, Che, Dan re: drafting complaint | 0.8 |
| 5/15/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call Paul, Che, Dan re: drafting complaint | 0.8 |
| 5/15/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | Call Paul, Che, Dan re: drafting complaint | 0.8 |
| 5/15/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | call with Nick Malone | 0.75 |
| 5/17/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Drafting complaint. | 5 |
| 5/17/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing complaint. | 0.9 |
| 5/17/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | Call with Che discussing complaint | 0.9 |
| 5/18/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | review draft | 0.01 |
| 5/18/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Continuing to work on complaint. | 6.3 |
| 5/19/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email to prospective class member, following up | 0.2 |
| 5/19/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan talking about draft complaint. | 0.4 |
| 5/19/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint, call with Che | 3.5 |
| 5/20/20 | WD Red | Daniel | Hattis | Factual Investigation | Review WD website, datasheets, Amazon, create recordings of pages | 1.29 |
| 5/20/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Researching WI consumer protection laws and adding causes of action to complaint. | 3.3 |
| 5/20/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan asking me to look into CA law on relying on a manufacturer's statements as an expert in the field. | 0.1 |
| 5/20/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Researching CA law on relying on a manufacturer's statements as an expert in the field. | 0.6 |
| 5/21/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Continuing to work on WI law section. | 1.2 |
| 5/21/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint, call with Paul | 1.78 |
| 5/21/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Continuing to research CA law issues. | 0.5 |
| 5/21/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | draft complaint, call with Dan | 2.53 |
| 5/24/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 0.6 |
| 5/24/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | calls with Paul and Che to discuss | 0.5 |
| 5/25/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint, call with Paul | 9.38 |
| 5/25/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | call with Dan re complaint | 1.43 |
| 5/26/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | call with Paul and draft | 2.77 |
| 5/27/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 2.57 |
| 5/28/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 12.46 |
| 5/28/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Reading through latest draft of complaint. | 1.4 |
| 5/28/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | reviewing and editing complaint | 6.36 |
| 5/28/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Paul about the draft complaint. | 0.5 |
| 5/28/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | call with Paul | 0.3 |
| 5/28/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospective class member, research, email to | 0.68 |
| 5/28/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing draft complaint. | 0.1 |
| 5/29/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 6.76 |
| 5/29/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing complaint | 0.3 |
| 5/29/20 | WD Red | Daniel | Hattis | Factual Investigation | review articles and websites and emails to experts | 1.57 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 5/31/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | research and review servethehome reporting and testing. review video. notes. review comments to articles. | 1.1 |
| 5/31/20 | WD Red | Daniel | Hattis | Litigation Strategy | Call with Paul and Che, discuss research and additional plaintiffs. research. | 2.5 |
| 5/31/20 | WD Red | Paul | Lukacs | Litigation Strategy | Call with Dan and Che discussing amended complaint and additional states | 1.3 |
| 5/31/20 | WD Red | Che | Corrington | Litigation Strategy | Call with Paul and Dan about amending complaint to add more plaintiffs from different states, etc. | 1.3 |
| 5/31/20 | WD Red | Che | Corrington | Client and Prospect Communication | Reading through people and comments of those who have contacted us and compiling list by state. | 1.7 |
| 6/1/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | serve complaint, check docs need, email che | 0.2 |
| 6/1/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Putting together all documents to serve on WDC and calendaring deadlines in scheduling order. | 0.5 |
| 6/2/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | research, articles, for FAC. Upload for service | 1.65 |
| 6/3/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to prospects | 0.78 |
| 6/3/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | review prospects | 3.5 |
| 6/3/20 | WD Red | Daniel | Hattis | Class Member Correspondence | emails to/from prospects | 3.9 |
| 6/4/20 | WD Red | Daniel | Hattis | Class Member Correspondence | emails to/from numerous prospects | 6.87 |
| 6/4/20 | WD Red | Daniel | Hattis | Class Member Correspondence | email and call prospects | 1.28 |
| 6/5/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Tod Weitzel, email to. Call with Chris Ayers Florida, emails to/from prospects | 4.93 |
| 6/5/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | research | 0.76 |
| 6/6/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Tod Weitzel, email to. Call with Chris Ayers Florida, emails to/from prospects. Call with Brian Conway. | 1.08 |
| 6/6/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Chris Ayers | 0.3 |
| 6/6/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing new factual information for case. | 0.3 |
| 6/6/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | Call with Che to discuss | 0.3 |
| 6/6/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Conway | 0.2 |
| 6/8/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | Email from David Eaton. review his email and data, and email for clarification on a few things; email to another prospect | 0.77 |
| 6/8/20 | WD Red | Daniel | Hattis | Litigation Strategy | email from Bursor & Fisher, discuss with associates | 0.9 |
| 6/8/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Researching notice requirements in other states. | 1 |
| 6/8/20 | WD Red | Paul | Lukacs | Demand and CLRA Notice Letters | prepare notice letter and research laws and contract and warranty law and notice | 2.15 |
| 6/8/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Drafting notice of interested parties. | 0.4 |
| 6/8/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to clients | 0.2 |
| 6/8/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft amended compalint | 1.85 |
| 6/9/20 | WD Red | Paul | Lukacs | Demand and CLRA Notice Letters | prepare notice letters and research laws and contract and warranty law and notice | 6.91 |
| 6/9/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Looking up Virginia law on notice requirements. | 0.1 |
| 6/9/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails from prospects, review, discuss with Paul | 0.5 |
| 6/9/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email, from and to prospects | 0.57 |
| 6/10/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Paul discussing the differences in state laws I've found so far and breach of warranty claims. | 0.3 |
| 6/10/20 | WD Red | Paul | Lukacs | Demand and CLRA Notice Letters | prepare notice letters and research laws and contract and warranty law and notice | 13.12 |
| 6/10/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Paul asking me to research how to add new plaintiffs to a case. Then getting back to Paul with answers. | 0.3 |
| 6/10/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Researching how to add new plaintiffs to case to see if any special requirements. | 0.6 |
| 6/10/20 | WD Red | Daniel | Hattis | Factual Investigation | research hard drives and lists of compatibility and research statements | 2.1 |
| 6/10/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | call with Paul to discuss | 0.8 |
| 6/10/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 2.76 |
| 6/11/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint, call with Paul, review demand letter. | 2.59 |
| 6/11/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email to clients with sections | 0.38 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 6/11/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | draft complaint | 7.27 |
| 6/11/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with Yitz of Bursor Fisher | 0.3 |
| 6/11/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | review examples of complaints with alternative classes, call with Che, review, email to Paul | 0.6 |
| 6/11/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing multi state pleading. | 0.3 |
| 6/11/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Helping Paul with questions he has for complaint. | 0.3 |
| 6/11/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | Call with Paul | 0.3 |
| 6/11/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint | 3.25 |
| 6/12/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint. | 5.71 |
| 6/12/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to clients for confirmation of experiences and fact sections | 0.6 |
| 6/12/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | call from Backus. review info, emails to/from clients including Eaton | 0.58 |
| 6/12/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | draft complaint | 9.63 |
| 6/13/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint. | 7.19 |
| 6/14/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint. Review articles re: Synology removed from list, not compatible. | 7.8 |
| 6/14/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | draft complaint | 2.82 |
| 6/15/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint. | 11.16 |
| 6/16/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft complaint. File. | 5.94 |
| 6/16/20 | WD Red | Daniel | Hattis | Factual Investigation | research latest articles on servethehome, email to/from expert | 0.5 |
| 6/16/20 | WD Red | Daniel | Hattis | Demand and CLRA Notice Letters | edit/draft demand letter, call with Paul. draft.email to opposing counsel | 7 |
| 6/16/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Call with Dan discussing amended complaint. | 0.2 |
| 6/16/20 | WD Red | Che | Corrington | General / Misc. | Preparing consent to magistrate judge document. | 0.3 |
| 6/16/20 | WD Red | Paul | Lukacs | Demand and CLRA Notice Letters | draft | 0.9 |
| 6/17/20 | WD Red | Daniel | Hattis | Litigation Strategy | prepare for call with opposing counsel | 0.58 |
| 6/17/20 | WD Red | Daniel | Hattis | General Legal Research | research articles new | 0.5 |
| 6/17/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | email from, email to | 0.2 |
| 6/17/20 | WD Red | Che | Corrington | General / Misc. | Checking dockets for other cases. | 0.1 |
| 6/17/20 | WD Red | Che | Corrington | General / Misc. | Call with Dan discussing today's meeting with opposing counsel. | 0.1 |
| 6/17/20 | WD Red | Che | Corrington | General / Misc. | Filing magistrate consent form | 0.1 |
| 6/17/20 | WD Red | Paul | Lukacs | Settlement & Mediation | Initial conference call with Western Digital's counsel, call with Dan preparing before, and call after | 1.9 |
| 6/17/20 | WD Red | Che | Corrington | General / Misc. | Call with defense counsel regarding amended complaint, allegations, etc. | 0.6 |
| 6/17/20 | WD Red | Che | Corrington | General / Misc. | Call with Paul and Dan discussing how our meeting with opposing counsel went. | 0.1 |
| 6/17/20 | WD Red | Daniel | Hattis | Factual Investigation | research comments and experiences in response to Ars Technica article. research further | 1.5 |
| 6/17/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | file consent to proceed magistrate call che | 0.2 |
| 6/17/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence (if not otherwise categorized) | call with opposing counsel | 0.6 |
| 6/17/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with Che and Paul after call with opposing counsel | 0.2 |
| 6/18/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | correspondence with prospectl re: experience and recertified and shipment. | 0.5 |
| 6/18/20 | WD Red | Daniel | Hattis | Factual Investigation | review articles | 0.2 |
| 6/18/20 | WD Red | Che | Corrington | General / Misc. | Reviewing magistrate judge's standing orders and scheduling order. | 0.1 |
| 6/20/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from, email to multiple plaintiffs and prospects | 2.65 |
| 6/21/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from, email to multiple plaintiffs and prospects | 1.87 |
| 6/21/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails from/to prospects | 0.2 |
| 6/21/20 | WD Red | Paul | Lukacs | Class Member Correspondence | Discussion with DMH re: potential Pennsylvania plaintiff. | 0.18 |
| 6/22/20 | WD Red | Che | Corrington | General / Misc. | Checking dockets for any other new cases for red nas drives. Found one in ND of CA. Saved filings and skimmed complaint. | 0.4 |
| 6/22/20 | WD Red | Paul | Lukacs | Case Management Issues and Statements | TCW DMH and CC re: other law firm's Rule 23(g) motion to be appointed class counsel. Researching Rule 23(g) motions. | 2.35 |
| 6/22/20 | WD Red | Che | Corrington | Litigation Strategy | Call with Paul and Dan discussing other CA case. | 0.2 |
| 6/22/20 | WD Red | Che | Corrington | General Legal Research | Researching CA warranty statutes and notice requirements. | 2 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 6/22/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails from prospects, email to | 0.36 |
| 6/22/20 | WD Red | Daniel | Hattis | Litigation Strategy | email to, call with attorney advisors re case strategy | 2.4 |
| 6/23/20 | WD Red | Daniel | Hattis | Litigation Strategy | prepare for call with opposing counsel, review draft | 0.4 |
| 6/23/20 | WD Red | Che | Corrington | General / Misc. | Preparing notice of related cases. | 2.1 |
| 6/23/20 | WD Red | Che | Corrington | General / Misc. | Call with Paul and Dan discussing next steps for dealing with other case. | 0.2 |
| 6/23/20 | WD Red | Paul | Lukacs | Case Management Issues and Statements | Deadline and stipulation issues. Strategy re: Rule 23(g) motion. | 5.91 |
| 6/23/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | call to opposing counsel | 1.52 |
| 6/23/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | call.  prepare and strategy.  call with Paul after | 1 |
| 6/23/20 | WD Red | Che | Corrington | Litigation Strategy | Call with Paul and Dan about settlement discussions and what an appropriate settlement looks like. | 1.2 |
| 6/24/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | with Utah prospect | 0.77 |
| 6/24/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | emails to/from re call | 0.2 |
| 6/24/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect | 0.43 |
| 6/24/20 | WD Red | Che | Corrington | General Legal Research | Researching consumer protection laws in other states. | 0.5 |
| 6/24/20 | WD Red | Daniel | Hattis | Litigation Strategy | email from attorney advisor | 0.1 |
| 6/24/20 | WD Red | Paul | Lukacs | Settlement & Mediation | Prepare for and participate in settlement phone call with Wilson Sonsini attorneys for Western Digital Corp. Review new WDC branding of red, plus and pro drives. | 3.94 |
| 6/24/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | prepare for call, call, overview on it with Paul | 2.13 |
| 6/24/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | email to opposing counsel, review example of the removal of negative info on website, email to opposing counsel | 1.28 |
| 6/24/20 | WD Red | Daniel | Hattis | Factual Investigation | research newest branding of WD red plus.  review articles and comments.  Calls with Paul.  anantech. | 3.5 |
| 6/25/20 | WD Red | Daniel | Hattis | Litigation Strategy | email to attorney advisor | 0.7 |
| 6/25/20 | WD Red | Daniel | Hattis | Litigation Strategy | notes for call with Yitz.  Call with Yitz, call with Paul and che. | 2.5 |
| 6/25/20 | WD Red | Che | Corrington | General / Misc. | Call with Paul and Dan about administrative motion to relate cases. | 0.3 |
| 6/25/20 | WD Red | Che | Corrington | General / Misc. | Finalizing administrative motion to relate cases. | 0.7 |
| 6/25/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | review joint admin motion che, review joint stip Paul, and email | 0.7 |
| 6/25/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | review draft stip, and file, relating case | 1.22 |
| 6/25/20 | WD Red | Paul | Lukacs | Litigation Strategy | Prepare for and participate in cooperation meeting with Yitz | 2.7 |
| 6/26/20 | WD Red | Daniel | Hattis | Factual Investigation | researching online videos etc. and comments | 1.2 |
| 6/26/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | stipulation review and email, email to. | 0.2 |
| 6/26/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email to prospect re drobo with drives | 0.24 |
| 6/26/20 | WD Red | Che | Corrington | General / Misc. | Filing cert of interested entities. | 0.1 |
| 6/26/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | file proofs of service of summons | 0.2 |
| 6/26/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | research for 2nd amended complaint.  research articles.  research Toshiba and seagate strategy and statements. | 2.1 |
| 6/27/20 | WD Red | Daniel | Hattis | Factual Investigation | research, collect recording/data and data sheets online for blues and black etc. and amazon pages | 0.5 |
| 6/28/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect, email to, detailed questions.  review Drobo website and features. | 1.22 |
| 6/29/20 | WD Red | Paul | Lukacs | Litigation Strategy | review complaint, strategy | 1.48 |
| 6/30/20 | WD Red | Paul | Lukacs | Litigation Strategy | Conference with co-counsel. | 0.73 |
| 6/30/20 | WD Red | Che | Corrington | General / Misc. | Call with Dan updating me on status of case, meeting with other plaintiff's firm, and settling case. | 0.1 |
| 6/30/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect, review emails and docs, research posts and knowledge base articles and reddit, email to prospect | 1.42 |
| 7/1/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect | 0.2 |
| 7/2/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with cocounsel | 0.3 |
| 7/2/20 | WD Red | Daniel | Hattis | Opposing Counsel - Calls and Correspondence | prepare for calls, email | 0.4 |
| 7/2/20 | WD Red | Paul | Lukacs | Litigation Strategy | Discussion with DMH re: plans for tomorrow's negotiation phone call. | 0.32 |
| 7/3/20 | WD Red | Paul | Lukacs | Litigation Strategy | prepare, settlement strategy | 1.9 |
| 7/3/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with Paul | 0.2 |
| 7/5/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect, email to | 0.1 |
| 7/6/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from prospect, email to | 0.25 |
| 7/6/20 | WD Red | Daniel | Hattis | Litigation Strategy | email re: 23g and JPA to Yitz | 0.2 |
| 7/6/20 | WD Red | Daniel | Hattis | Litigation Strategy | emails to/from advisor counsel re: WD case | 0.2 |
| 7/6/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email to prospects | 0.22 |
| 7/7/20 | WD Red | Daniel | Hattis | Litigation Strategy | email from cocounsel, email to | 0.2 |

WD Red                                           Time Detail                                          Hattis and Lukacs

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 7/8/20 | WD Red | Daniel | Hattis | Litigation Strategy | prepare damages, call with cocounsel. Call with Paul after | 1.95 |
| 7/8/20 | WD Red | Paul | Lukacs | Settlement & Mediation | Prepare for and participate in settlement strategy planning meeting with co-counsel. | 1.33 |
| 7/10/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | joint stip re: consolidation | 0.38 |
| 7/14/20 | WD Red | Daniel | Hattis | Litigation Strategy | Call with cocounsel | 0.2 |
| 7/14/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | call with opposing counsel re: stips and consolidation | 0.2 |
| 7/14/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | emails to/from re: stips to delay response, so ordered, etc. | 0.2 |
| 7/17/20 | WD Red | Daniel | Hattis | Settlement & Mediation | prepare settlement offer | 3.93 |
| 7/17/20 | WD Red | Paul | Lukacs | Settlement & Mediation | review settlement offer draft | 0.33 |
| 7/18/20 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Paul to discuss draft, email to cocounsel | 0.6 |
| 7/20/20 | WD Red | Paul | Lukacs | Settlement & Mediation | prepare settlement offer letter | 1.42 |
| 7/20/20 | WD Red | Daniel | Hattis | Settlement & Mediation | call with cocounsel to discuss | 0.5 |
| 7/20/20 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Paul to discuss | 0.2 |
| 7/20/20 | WD Red | Daniel | Hattis | Settlement & Mediation | update demand | 0.22 |
| 7/20/20 | WD Red | Che | Corrington | Litigation Strategy | Call with Dan and Paul discussing our settlement letter. | 0.2 |
| 7/20/20 | WD Red | Daniel | Hattis | Settlement & Mediation | discuss settlement letter with Paul and Che | 0.2 |
| 7/20/20 | WD Red | Daniel | Hattis | Settlement & Mediation | email to cocounsel with revised | 0.47 |
| 7/21/20 | WD Red | Daniel | Hattis | Settlement & Mediation | emails to/from cocounsel, revise draft | 2.59 |
| 7/21/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Conway, email to.  emails updating other members. | 0.2 |
| 7/22/20 | WD Red | Daniel | Hattis | Settlement & Mediation | email from opposing counsel in response saying reviewing, email to cocounsel | 0.1 |
| 7/23/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | review stipulation for consolidation, review history, update and draft, email. email from Yitz, email to opposing counsel | 2 |
| 7/24/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | emails to/from opposing counsel re: the stipulation for consolidated complaint.  updated and researched dates, got agreement | 0.8 |
| 7/25/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | edit stipulated motion for consolidation | 0.15 |
| 7/26/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | draft and update order and file and emails to cocounsel. | 0.98 |
| 7/27/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | email from cocounsel re: consolidation | 0.2 |
| 8/5/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | email to/from cocounsel re: amended complaint | 0.2 |
| 8/5/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | review what need for SAC and instructions for Che, call with Che and Paul | 2.5 |
| 8/5/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Talking with Dan about updating amended complaint. | 1.8 |
| 8/5/20 | WD Red | Paul | Lukacs | Complaint - Research, Drafting and Service | Call with Dan re: complaint | 0.58 |
| 8/6/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | call with max re: SAC | 0.67 |
| 8/6/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Working on second amended complaint. | 3 |
| 8/7/20 | WD Red | Daniel | Hattis | Discovery | email to opposing counsel re: Rule 26f | 0.12 |
| 8/7/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Continuing to work on SAC. | 4.1 |
| 8/10/20 | WD Red | Daniel | Hattis | Complaint - Research, Drafting and Service | draft 2nd amended complaint, Clra dec, file etc. (did not sleep worked all day) | 17.83 |
| 8/10/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | emails to/from cocounsel and opposing re: scheduling rule 26f conference. | 0.39 |
| 8/10/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | call with Raaymakers | 0.3 |
| 8/10/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Helping Dan with question re SAC. | 0.2 |
| 8/11/20 | WD Red | Che | Corrington | Complaint - Research, Drafting and Service | Talking with Dan about final version of SAC. | 0.1 |
| 8/12/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to/from clients, calls | 2.05 |
| 8/12/20 | WD Red | Paul | Lukacs | Discovery | Prepare for and participate in Rule 26 conference. | 1.76 |
| 8/12/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | Rule 26f conference | 0.67 |
| 8/12/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | call with Paul to discuss | 0.33 |
| 8/12/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | Dan prepare for Rule 26f conference | 1 |
| 8/12/20 | WD Red | Daniel | Hattis | Discovery | draft the ESI protocol, email to cocounsel | 0.44 |
| 8/13/20 | WD Red | Daniel | Hattis | Discovery | email from Yitz re: comments on ESI protocol | 0.2 |
| 8/13/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Dave Eaton, email to. | 0.3 |

WD Red                                                  Time Detail                                                  Hattis and Lukacs

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 8/13/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | ADR email Conway and Backus, file | 0.3 |
| 8/13/20 | WD Red | Daniel | Hattis | Litigation Strategy | prepare for call with cocounsel | 0.32 |
| 8/13/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with cocounsel | 0.25 |
| 8/13/20 | WD Red | Paul | Lukacs | Discovery | discussion with Dan | 0.5 |
| 8/13/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | ADR signed by David Eaton | 0.1 |
| 8/13/20 | WD Red | Daniel | Hattis | Discovery | call with cocounsel re: tasks and discovery | 0.3 |
| 8/13/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | calls with Paul to discuss, and strategy | 0.5 |
| 8/16/20 | WD Red | Paul | Lukacs | Discovery | Researching, drafting and revising Rule 26(f) Report and Discovery Plan | 7.75 |
| 8/17/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | ADR cert emails to again | 0.47 |
| 8/17/20 | WD Red | Paul | Lukacs | Discovery | Continue working on Rule 26(f) Report. | 9.52 |
| 8/18/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | review CMC statement | 0.3 |
| 8/18/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from/to clients | 0.1 |
| 8/20/20 | WD Red | Daniel | Hattis | Discovery | Rule 26f statement | 4.3 |
| 8/21/20 | WD Red | Daniel | Hattis | Discovery | Rule 26f statement, review and email, call with Paul | 2.43 |
| 8/22/20 | WD Red | Daniel | Hattis | Discovery | review draft discovery, call with Pal | 0.89 |
| 8/22/20 | WD Red | Paul | Lukacs | Discovery | call with Dan | 0.52 |
| 8/25/20 | WD Red | Daniel | Hattis | Discovery | rule 26f statement, edit, email to opposing counsel.  Also edit draft rule 26f report and email. | 0.65 |
| 8/26/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | emails from/to opposing counsel and cocounsel re: Rule 26(f) statement and stip on 14 day extension for initial disclosures. Review doc | 0.3 |
| 8/26/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | review and file | 0.6 |
| 8/26/20 | WD Red | Daniel | Hattis | Discovery | draft discovery | 1.28 |
| 8/31/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | order from judge with deadlines and schedule | 0.3 |
| 8/31/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | review order with dates and also the cmc statement, email from Yitz, call Yitz | 0.31 |
| 9/1/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | email to opposing counsel re: status | 0.14 |
| 9/1/20 | WD Red | Paul | Lukacs | Discovery | Preparing for Rule 26(f) conference. | 2.2 |
| 9/1/20 | WD Red | Daniel | Hattis | Litigation Strategy | call with Paul re: the letter received saying insurance is covering, call with Yitz, call with Paul re: preliminary injunction | 1.5 |
| 9/2/20 | WD Red | Che | Corrington | Calendaring | Saving all recent filings and calendaring all deadlines. | 0.3 |
| 9/2/20 | WD Red | Daniel | Hattis | Litigation Strategy | Prepare for CMC, call with cocounsel | 0.67 |
| 9/2/20 | WD Red | Daniel | Hattis | Case Management Issues and Statements | CMC with court | 0.33 |
| 9/8/20 | WD Red | Daniel | Hattis | Litigation Strategy | Call with Paul | 0.6 |
| 9/8/20 | WD Red | Paul | Lukacs | Litigation Strategy | Litigation strategy and calendaring and call with dan | 1.4 |
| 9/14/20 | WD Red | Daniel | Hattis | Discovery | draft discovery | 8.9 |
| 9/15/20 | WD Red | Daniel | Hattis | Discovery | draft, and email to cocounsel. | 4.32 |
| 9/15/20 | WD Red | Daniel | Hattis | Discovery | review interrogatories | 4.98 |
| 9/16/20 | WD Red | Daniel | Hattis | Discovery | email from Yitz, review edits to discovery docs ESI proposed order and protective order | 1.67 |
| 9/16/20 | WD Red | Daniel | Hattis | Discovery | prepare initial disclosures, review cocounsel's, emails to/from | 0.5 |
| 9/16/20 | WD Red | Daniel | Hattis | Discovery | emails to/from opposing counsel and cocounsel re: ESI order and protective order | 0.3 |
| 9/16/20 | WD Red | Daniel | Hattis | Discovery | finalize and file ESI and protective orders, file, and email to chambers word version. | 1.32 |
| 9/16/20 | WD Red | Daniel | Hattis | Discovery | initial disclosures | 2.1 |
| 9/17/20 | WD Red | Daniel | Hattis | Discovery | update requests for production | 0.04 |
| 9/17/20 | WD Red | Daniel | Hattis | Discovery | orders granted by court for protective order and ESI | 0.1 |
| 9/17/20 | WD Red | Daniel | Hattis | Discovery | email from Max re: disclosures, email to | 0.1 |
| 9/18/20 | WD Red | Paul | Lukacs | Discovery | review and edit | 1.34 |
| 9/20/20 | WD Red | Daniel | Hattis | Discovery | update RFPs, review the answer and new questions | 1.9 |
| 9/21/20 | WD Red | Daniel | Hattis | Discovery | update RFPs, review the answer and new questions | 2.9 |
| 9/21/20 | WD Red | Daniel | Hattis | Discovery | draft Rogs and update the RFPs | 4.33 |
| 9/22/20 | WD Red | Daniel | Hattis | Discovery | draft Rogs and update the RFPs | 2.43 |
| 9/22/20 | WD Red | Daniel | Hattis | Discovery | email from cocounsel, review and email | 0.63 |
| 10/6/20 | WD Red | Paul | Lukacs | Calendaring | calendaring | 0.45 |
| 10/7/20 | WD Red | Che | Corrington | Discovery | Call with Dan asking me to put together a template for 3rd party request for discovery. | 0.2 |
| 10/13/20 | WD Red | Daniel | Hattis | Discovery | prepare third party discovery, research practice guide, call with Paul | 2.32 |
| 10/18/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails from/to | 0.55 |
| 10/22/20 | WD Red | Daniel | Hattis | Discovery | review responses to RFPs and Rogs | 0.7 |
| 10/29/20 | WD Red | Daniel | Hattis | Discovery | prepare 3rd party discovery | 2.23 |
| 10/30/20 | WD Red | Daniel | Hattis | Discovery | draft third party discovery | 0.32 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 10/30/20 | WD Red | Daniel | Hattis | Discovery | third party discovery | 1.19 |
| 10/31/20 | WD Red | Daniel | Hattis | Discovery | draft third party discovery | 0.73 |
| 11/1/20 | WD Red | Daniel | Hattis | Discovery | draft third party discovery Synology and iXsystems | 1.75 |
| 11/1/20 | WD Red | Daniel | Hattis | Discovery | prepare deposition notices 30b6 | 3.7 |
| 11/2/20 | WD Red | Daniel | Hattis | Discovery | email to cocounsel of 3rd party discovery draft | 0.2 |
| 11/3/20 | WD Red | Paul | Lukacs | Discovery | review draft third party | 0.4 |
| 11/3/20 | WD Red | Daniel | Hattis | Discovery | third party discovery review edits by, prepare letter, email | 4.47 |
| 11/4/20 | WD Red | Daniel | Hattis | Discovery | email from/to cocounsel. | 0.2 |
| 11/5/20 | WD Red | Daniel | Hattis | Discovery | upload to one legal for service on third parties synology and ixsystems. research and find that individuals named. Research law on service. find process server for WA and instructions. Use one legal for iXsystems. | 1.97 |
| 11/6/20 | WD Red | Paul | Lukacs | Discovery | discussion with Dan | 0.26 |
| 11/6/20 | WD Red | Daniel | Hattis | Discovery | follow up with process servers on third party discovery, call with Paul to discuss law and Rule 45 | 0.9 |
| 11/10/20 | WD Red | Daniel | Hattis | Discovery | draft 30b6 depositions | 2.52 |
| 11/10/20 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Conway, email to | 0.2 |
| 11/12/20 | WD Red | Daniel | Hattis | Discovery | emails from/to cocounsel and opposing counsel re: meet and confer re: plaintiffs' discovery | 0.2 |
| 11/14/20 | WD Red | Daniel | Hattis | Factual Investigation | research current amazon ads for 6tb efax, screen captures, review complaints | 0.5 |
| 11/16/20 | WD Red | Daniel | Hattis | Discovery | email from Synology counsel, send copy to cocounsel. voicemail from | 0.2 |
| 11/16/20 | WD Red | Daniel | Hattis | Discovery | call with cocounsel re: meet and confer and strategy | 0.3 |
| 11/18/20 | WD Red | Daniel | Hattis | Settlement & Mediation | email from opposing counsel re: mediation.emails to, calls to potential mediators | 1.13 |
| 11/19/20 | WD Red | Daniel | Hattis | Discovery | review docs | 2.39 |
| 11/19/20 | WD Red | Daniel | Hattis | Discovery | call meet and confer | 1.39 |
| 12/2/20 | WD Red | Daniel | Hattis | Motion - General and Related Legal Research | stipulated motion to relate | 0.2 |
| 12/7/20 | WD Red | Daniel | Hattis | Discovery | call from Max re: keywords for the cases. | 0.1 |
| 12/8/20 | WD Red | Daniel | Hattis | Discovery | call from Max, email to Max, email from | 0.2 |
| 12/14/20 | WD Red | Daniel | Hattis | Settlement & Mediation | review JAMS form and sign and submit.  Emails from opposing and cocounsel agreeing | 0.33 |
| 12/16/20 | WD Red | Daniel | Hattis | Discovery | review response by iXystems. Also review Synology response. Email to cocounsel | 0.75 |
| 12/17/20 | WD Red | Daniel | Hattis | Discovery | email to cocounsel re: scheduling call with iXsystems | 0.2 |
| 12/17/20 | WD Red | Daniel | Hattis | Discovery | email to/from cocounsel re: conferring on the Synology response | 0.2 |
| 12/18/20 | WD Red | Daniel | Hattis | Discovery | call with cocounsel re: third party discovery | 0.3 |
| 12/24/20 | WD Red | Daniel | Hattis | Discovery | search terms for ixsystems.  Call with Max. | 1.88 |
| 12/24/20 | WD Red | Daniel | Hattis | Discovery | review responses by Synology, email to Synology's counsel | 0.3 |
| 12/30/20 | WD Red | Daniel | Hattis | Settlement & Mediation | emails to/from opposing counsel re: brief etc.  draft notes/overview, emails, check prices of plus versus red | 1.83 |
| 1/3/21 | WD Red | Paul | Lukacs | Settlement & Mediation | call with Dan and review draft mediation brief | 0.55 |
| 1/3/21 | WD Red | Daniel | Hattis | Settlement & Mediation | draft mediation brief | 0.68 |
| 1/4/21 | WD Red | Daniel | Hattis | Settlement & Mediation | draft mediation brief | 4.94 |
| 1/5/21 | WD Red | Daniel | Hattis | Settlement & Mediation | draft mediation brief | 5.33 |
| 1/5/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email to/from Max cocounsel | 0.2 |
| 1/5/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to clients re: mediation | 0.69 |
| 1/6/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review edited mediation brief | 0.2 |
| 1/6/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review edited brief, draft, calls, emails with cocounsel, file | 5.77 |
| 1/7/21 | WD Red | Daniel | Hattis | Discovery | third party discovery synology email to, review Yitz's emails. | 0.53 |
| 1/11/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from judge Laporte, email to cocounsel, email to/from | 0.2 |
| 1/12/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with mediator pre-mediation | 0.6 |
| 1/12/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz we updated/edited/drafted proposed term sheet | 1 |
| 1/12/21 | WD Red | Daniel | Hattis | Discovery | call with Synology America counsel re: subpoena | 0.5 |
| 1/12/21 | WD Red | Che | Corrington | Settlement & Mediation | Call with Paul and Dan discussing tomorrow's mediation. | 0.3 |
| 1/13/21 | WD Red | Daniel | Hattis | Discovery | draft search terms, email to cocounsel | 2.33 |
| 1/13/21 | WD Red | Daniel | Hattis | Settlement & Mediation | mediation | 9.5 |
| 1/14/21 | WD Red | Paul | Lukacs | Settlement & Mediation | prepare, strategy | 0.58 |
| 1/14/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with cocounsel re: offer strategy | 0.3 |
| 1/20/21 | WD Red | Daniel | Hattis | Discovery | email from iXsystems re: search terms, review, email to Yitz | 0.2 |
| 1/20/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email to /from Yitz on settlement talks progress | 0.2 |
| 1/22/21 | WD Red | Daniel | Hattis | Settlement & Mediation | emails and call with cocounsel re: settlement and Yitz conversation with WDC | 0.5 |
| 1/29/21 | WD Red | Daniel | Hattis | Settlement & Mediation | emails to/from cocounsel | 0.2 |
| 1/29/21 | WD Red | Daniel | Hattis | Discovery | email from/to iXsystems and Yitz re: subpoena | 0.2 |
| 2/2/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz re: discussions with WD | 0.3 |
| 2/4/21 | WD Red | Daniel | Hattis | Discovery | third party subpoena review emails email yitz | 0.2 |
| 2/10/21 | WD Red | Daniel | Hattis | Settlement & Mediation | emails and calls with Yitz on settlement, review email and case law from opposing counsel | 0.7 |

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 2/20/21 | WD Red | Daniel | Hattis | Litigation Strategy | call with Paul | 0.2 |
| 2/22/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review settlement term sheet edits by opposing counsel | 0.26 |
| 2/22/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz, discuss Red case settlement | 0.67 |
| 2/23/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from opposing counsel. review term sheet, call with cocounsel, call with Paul | 0.67 |
| 2/26/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz, review term sheet, find info on website and amazon re: not appropriate for certain uses, review email | 0.6 |
| 3/6/21 | WD Red | Paul | Lukacs | Settlement & Mediation | review term sheet, discuss with Dan | 0.52 |
| 3/8/21 | WD Red | Daniel | Hattis | Case Management Issues and Statements | call with Paul, check on CMC statement due.  email to cocounsel | 0.2 |
| 3/9/21 | WD Red | Paul | Lukacs | Case Management Issues and Statements | draft | 3.44 |
| 3/9/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz discuss terms, call with Paul, edit term sheet send to Yitz.  sign termsheet | 1.4 |
| 3/10/21 | WD Red | Daniel | Hattis | Case Management Issues and Statements | review draft notice of settlement in principle, email to cocounsel | 0.2 |
| 3/15/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review draft settlement agreement, call with Paul, edits, email to cocounsel. | 2.56 |
| 3/15/21 | WD Red | Paul | Lukacs | Calendaring | calendaring | 0.36 |
| 3/15/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to plaintiffs | 0.2 |
| 3/16/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from cocounsel re: settlement agreement.  Review sample notice emails | 0.3 |
| 3/16/21 | WD Red | Che | Corrington | Settlement & Mediation | Call with Dan discussing new assignment for me to work on exhibits for settlement | 0.1 |
| 3/16/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Yitz.  Call with Che,  Email to Yitz, re: drafting exhibits | 0.3 |
| 3/22/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Che re: docs | 0.4 |
| 3/22/21 | WD Red | Che | Corrington | Settlement & Mediation | Call with Dan discussing putting together exhibits from prelim approval. | 0.4 |
| 3/22/21 | WD Red | Che | Corrington | Settlement & Mediation | Working on exhibits for settlement agreement | 6.1 |
| 3/23/21 | WD Red | Che | Corrington | Settlement & Mediation | Working on exhibits for settlement. | 6.8 |
| 3/24/21 | WD Red | Che | Corrington | Settlement & Mediation | Working on exhibits. | 3.1 |
| 3/29/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review exhibits drafted by Che, edit, email to Yitz. | 1.53 |
| 4/12/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to clients | 1.65 |
| 4/15/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from/to clients | 1.7 |
| 4/16/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email to Yitz re: cap issue and getting third party neutral. | 0.2 |
| 4/22/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from cocounsel re: settlement, email to. | 0.1 |
| 4/27/21 | WD Red | Daniel | Hattis | Settlement & Mediation | contact LaPorte assistant re: scheduling follow up, review agreement, emails to/from Yitz and to Sandra the assistant | 1 |
| 4/29/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call to Sandra Chan case manager for Laporte.  Email from.  Review, email to. | 0.3 |
| 4/29/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from assistant to judge, review the stipulation for med-arb process. email to Yitz. | 0.28 |
| 5/4/21 | WD Red | Paul | Lukacs | Settlement & Mediation | discussion with Dan | 0.35 |
| 5/4/21 | WD Red | Daniel | Hattis | Settlement & Mediation | emails from and to Ms. Chan and cocounsel, sign agreement | 0.2 |
| 5/8/21 | WD Red | Paul | Lukacs | Settlement & Mediation | Researching and Drafting Letter Brief re: Cy Pres Distribution | 8.82 |
| 5/9/21 | WD Red | Paul | Lukacs | Settlement & Mediation | Researching and Drafting Letter Brief re: Cy Pres Distribution | 10.57 |
| 5/10/21 | WD Red | Paul | Lukacs | Settlement & Mediation | Researching and Drafting Letter Brief re: Cy Pres Distribution | 7.18 |
| 5/13/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review Paul's draft on the cap issue, call with Paul | 0.3 |
| 5/14/21 | WD Red | Daniel | Hattis | Settlement & Mediation | edit and draft letter to mediator re: cap arbitration. Research. Emails to cocounsel | 4.7 |
| 5/14/21 | WD Red | Paul | Lukacs | Settlement & Mediation | drafting and review letter | 4.25 |
| 6/1/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | emails to/from cocounsel re: lodestar and plaintiff declarations in support of prelim approval | 0.2 |
| 6/2/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Che re: client and attorney declarations, review past ones | 0.5 |
| 6/2/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Call with Dan asking me to prepare declarations. | 0.3 |
| 6/2/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Preparing declarations | 4.4 |
| 6/3/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on declarations. | 5.3 |
| 6/3/21 | WD Red | Daniel | Hattis | Settlement & Mediation | call with Che to discuss docs and papers, review emails | 0.3 |
| 6/4/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on declarations. | 5.2 |
| 6/5/21 | WD Red | Daniel | Hattis | Settlement & Mediation | review declarations by each defendant, and edit, and email.  Research calculations and MSRP, and email to cocounsel. | 3.42 |
| 6/7/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email to/from Yitz re: final version of settlement agreement, the MSRP usage, email | 0.2 |
| 6/7/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | emails to/from clients re: mediation and declaration, prepare docs | 1.2 |
| 6/7/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review and edit Hattis declaration | 0.75 |
| 6/8/21 | WD Red | Daniel | Hattis | Settlement & Mediation | email from cocounsel with final signed agreement | 0.2 |
| 6/10/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | email from cocounsel.  sign the signature page of my dec | 0.2 |
| 6/11/21 | WD Red | Che | Corrington | General / Misc. | Saving recent filings. | 0.1 |
| 6/13/21 | WD Red | Paul | Lukacs | Motion - For Approval of Settlement | prepare | 0.57 |
| 7/7/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Ayers, email to | 0.2 |

WD Red | Time Detail | Hattis and Lukacs

| Date | Matter | First Name | Last Name | Task | Detail | Time |
|---|---|---|---|---|---|---|
| 7/14/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Brian Conway, email to | 0.2 |
| 7/15/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Saving court's order and reviewing order re supplemental briefing. | 0.1 |
| 7/16/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | email from cocounsele | 0.2 |
| 7/19/21 | WD Red | Paul | Lukacs | Motion - For Approval of Settlement | draft | 0.63 |
| 7/19/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review draft supplemental papers, Paul's version, call with Paul, email to cocounsel. | 0.5 |
| 7/20/21 | WD Red | Paul | Lukacs | Motion - For Approval of Settlement | draft | 0.1 |
| 7/20/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Saving filings and reviewing. | 0.3 |
| 7/21/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review papers and filings | 0.3 |
| 7/21/21 | WD Red | Paul | Lukacs | Motion - For Approval of Settlement | draft | 1.35 |
| 7/21/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review edit, email to cocounsel | 0.6 |
| 7/21/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Call with Paul discussing hearing. | 0.1 |
| 7/21/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Call with Dan discussing hearing. | 0.1 |
| 7/21/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | Hearing | 0.8 |
| 7/21/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | call with Paul to discuss | 0.2 |
| 7/21/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review edited order sent to judge | 0.2 |
| 7/22/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Saving filings. | 0.1 |
| 7/26/21 | WD Red | Paul | Lukacs | Calendaring | calendaring | 0.4 |
| 8/5/21 | WD Red | Daniel | Hattis | Client and Prospect Communication | email from Chris Ayers.  Email to all 7 clients informing about the settlement preliminary approval etc. | 0.5 |
| 8/17/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on motion for final approval. | 0.1 |
| 8/19/21 | WD Red | Daniel | Hattis | Settlement Administration | review settlement website, call with Yitz, test site | 0.4 |
| 8/19/21 | WD Red | Daniel | Hattis | Settlement Administration | review website and claim form, email to claims administrator | 0.3 |
| 8/25/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on final approval motion. | 5.9 |
| 8/26/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on final approval motion. | 4.9 |
| 8/27/21 | WD Red | Che | Corrington | Motion - For Approval of Settlement | Working on final approval motion. | 3 |
| 8/31/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review and edit final approval draft motion, call with Yitz. | 7.93 |
| 8/31/21 | WD Red | Daniel | Hattis | Settlement Administration | emails to/from settlement administrator, and opposing counsel | 0.3 |
| 9/1/21 | WD Red | Daniel | Hattis | Motion - For Approval of Settlement | review and edit final approval draft motion, call with Yitz. | 2.25 |