# EXHIBIT 2

WD Red                                   Costs Summary                              Hattis and Lukacs

Matter:  WD Red

Report created: 9/1/2021
Time period: Inception to Present

**Costs:**

| | |
|---|---|
| Filing Fees | $   400.00 |
| Mediation Fees | $ 2,869.92 |
| Postage | $   151.80 |
| Service of Process | $   231.58 |
| **TOTAL:** | **$ 3,653.30** |