UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WESTERN DIGITAL CORPORATION,

Defendant.

Case No. 5:20-cv-03584-NC

**DECLARATION OF GRETCHEN EOFF REGARDING MEDIA PLAN AND SETTLEMENT ADMINISTRATION**

I, Gretchen Eoff, declare as follows:

1.     I am a Senior Vice President of Operations of JND Legal Administration LLC ("JND").  The following statements are based on my personal knowledge and information provided to JND by Counsel and other JND employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2.     JND previously filed a Declaration regarding Notice and Claims Administration, filed June 11, 2021, Docket No. 53-11.  This Declaration is being filed to further update the Court regarding implementation of the Media Plan[1] and status of the Settlement Administration.

## CAFA NOTICE

3.     On June 21, 2021, and in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents (with an accompanying cover letter and attachment of recipients):

---

[1] Capitalized terms used and not otherwise defined in this Declaration shall have the meanings given such terms in the Stipulation of Settlement, filed June 11, 2021, Docket No. 53-1 ("Settlement Agreement").

a.      Complaint;

b.      First Amended Complaint;

c.      Second Amended Complaint;

d.      Notice of Class Action Settlement; and

e.      Motion for Preliminary Approval (with Exhibits).

4.      A true and correct copy of the CAFA Notice and list of recipients is attached hereto as Exhibit A.

## DATA TRANSFER

5.      Pursuant to the Section 4.4.1 and 4.4.2 of the Settlement Agreement and Paragraph 14 of the Order Granting Preliminary Approval of Class Settlement Agreement and Directing Dissemination of Class Notice, filed July 21, 2021, Docket No. 63 ("Preliminary Approval Order"), beginning on August 4, 2021, JND received data files containing 16,701 records that the Defendant communicated contained Settlement Class Member name, mailing address, and/or email addresses. JND analyzed the data and removed 9,768 duplicates based on exact name, mailing address, and/or email address.  Accordingly, 6,933 unique Settlement Class Members were identified based on exact name and address/email (the "Notice List").

6.      JND updated Notice List mailing address information using data from the National Change of Address (NCOA) database.[2]  JND then loaded the Notice List data into a dedicated database for this Settlement.

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.  This product is an effective tool to update address changes when a person has completed a change of address form with the USPS.  The address information is maintained in the database for 48 months.

**EMAIL NOTICE**

7.      Pursuant to the Section 4.4.2 of the Settlement Agreement and Paragraph 15 of the Preliminary Approval Order, beginning on August 20, 2021, JND issued the court-approved Email Notice to Settlement Class Members on the Notice List with valid email address(es).  A representative copy of the Email Notice is attached hereto as Exhibit B.

8.      Of the 6,814[3] Settlement Class Member email addresses sent Email Notice, 6,670 or 98% were deemed delivered and 144 or 2% were deemed undeliverable.

**MAIL NOTICE**

9.      Pursuant to the Section 4.4.1 of the Settlement Agreement and Paragraph 16 of the Preliminary Approval Order, on September 3, 2021, JND sent a Mail Notice by USPS First Class Mail, postage pre-paid, to Settlement Class Members on the Notice List with a mailing address.   A representative copy of the Mail Notice is attached hereto as Exhibit C.

10.     As of December 2, 2021, 258 Mail Notices have been returned to JND as undeliverable. JND re-mailed 97 Mail Notices with an updated address provided by the USPS.  In addition, JND performed advanced address research for 161 undeliverables without a USPS updated address, and re-mailed 69 Mail Notices to an updated address.

11.     As of December 2, 2021, of the 5,299 Mail Notices sent, 5,207 or 98% were deemed delivered and 92 or 2% deemed undeliverable.

---

[3] Not all Settlement Class Members on the Notice List had valid email addresses for Email Notice.

1

**REMINDER EMAIL NOTICE**

2

3       12.     Pursuant to the Section 4.4.2 of the Settlement Agreement and Paragraph 17 of the

4   Preliminary Approval Order, on September 21, 2021, JND issued a Reminder Email Notice to

5   Settlement Class Members on the Notice List with valid email address(es).  A representative copy of

6   the Reminder Email Notice is attached hereto as Exhibit D.

7       13.     Of the 6,814 Settlement Class Member email addresses sent Reminder Email Notice,

8   6,713 or 99% were deemed delivered and 101 or 1% were deemed undeliverable.

9

**MEDIA PLAN**

10

11      14.     Pursuant to Section 1.15 of the Settlement Agreement and Paragraph 20 of the

12  Preliminary Approval Order, on August 20, 2021, JND caused the Media Plan to launch with the

13  digital effort on the Google Display Network ("GDN") and Facebook.  The digital effort ran through

14  October 28, 2021, delivering a total of 326,634,229 digital impressions, which is 1,634,229 more than

15  the 325 million digital impressions originally planned.  The digital effort targeted Adults 25 years of

16  age or older ("Adults 25+") with the GDN effort placing an emphasis on higher household incomes

17  and towards a "Technophiles" affinity audience (i.e., targeting to people who are passionate about

18  technology and enjoy purchasing or reading about new gadgets).  The digital activity was served across

19  all devices (desktop, laptop, tablet and mobile), with a heavy emphasis on mobile devices.

20

21      15.     JND also implemented a digital search campaign to assist in directing members of the

22  Class to the Settlement Website when purchased keywords related to the Settlement were searched.

23      16.     Screenshots of the digital ads as they appeared on GDN, Facebook, and through the

24  internet search campaign are attached as Exhibit E.

25      17.     On August 23, 2021, JND caused a national press release to be distributed to over

26  11,000 media outlets via PR Newswire.  An exact match of the press release was picked up 117 times

27  with a potential audience of 133 million.  The press release, as distributed, is attached as Exhibit F.

28

## REACH

18.     To calculate the digital media reach, JND used a Comscore, Inc.[4] reach tool.  According to this reputable media reach platform, the digital effort reached 72.2% of potential Class Members.[5] The direct notice effort, internet search campaign, and distribution of the national press release extended that reach further.  The reach here is similar to that of other court-approved programs and meets the standard set forth by the Federal Judicial Center which considers a Notice Plan with a high reach (above 70%) effective.

## SETTLEMENT WEBSITE

19.     Pursuant to Section 4.5 of the Settlement Agreement and Paragraph 18 of the Preliminary Approval Order, on August 19, 2021, JND established an informational Settlement Website, www.WDRedNASHarddriveSettlement.com, that allows Settlement Class Members to learn more about the case and Settlement.  The "Home" page provides a summary of the proposed Settlement, key dates, and an overview of legal rights and options.  The "File a Claim" page allowed Settlement Class Members to file a Claim Form through the November 27, 2021 claims deadline. An "Important Documents" page provides, in PDF format, copies of important Court documents including the Second Amended Complaint, Settlement Agreement, Preliminary Approval Order, Plaintiffs' Notice of and Motion for Attorneys' Fees, Costs, and Incentive Awards as well copies of the Long Form Notice and Claim Form (through the November 27, 2021 claim deadline).  The "FAQ" page provides answers to frequently asked questions.  In addition, there is a "Notificación en Español" page providing the Long Form Notice translated to Spanish.  There is also a separate

---

[4] Comscore's multi-reach platform provides unduplicated audiences across desktop, smartphone, and tablet devices.

[5] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign. Reach factors out duplication, representing total different/net persons.

"Key Dates" page noting important Settlement deadlines and a "Contact Us" page detailing how JND can be reached by email, toll-free telephone, and mail.

20.     As of December 2, 2021, there were 124,027 total views of the Settlement Website pages and documents and 105,874 unique visitors to the Settlement Website.  JND will continue to maintain the Settlement Website throughout the Settlement administration process.

21.     JND also maintains an email address, info@WDRedNASHarddriveSettlement.com ("Settlement Email Address"), that permits Class Members and other individuals to submit e-mail inquiries and other documentation to JND.  As of December 2, 2021, JND has handled 183 email communications received to the Settlement Email Address.  JND will continue to maintain the Settlement Email Address throughout the Settlement administration process.

## TOLL-FREE NUMBER

22.     Pursuant to Paragraph 19 of the Preliminary Approval Order, on August 19, 2021, JND established a Settlement-specific dedicated toll-free Interactive Voice Response ("IVR") number, 1-833-677-1089, for Settlement Class Members and other individuals to call for additional information.

23.     As of December 2, 2021, JND has received 74 calls to the IVR. JND will continue to maintain the toll-free IVR number and assist the Settlement Class throughout the Settlement administration process.

## OBJECTIONS

24.     The Email, Mail, Reminder Email, and Long Form Notices informed Settlement Class Members that anyone who wanted to object to the Settlement could do so by filing a written statement with the Court and mailing a copy to JND no later than December 3, 2021.

25.     As of December 2, 2021, JND has not received any Settlement objections.

**EXCLUSIONS**

26.     The Email, Mail, Reminder Email, and Long Form Notices informed Settlement Class Members that anyone who wanted to be excluded from the Settlement could do so by mailing a written request for exclusion ("opt-out") to JND, postmarked no later than December 3, 2021.

27.     As of December 2, 2021, JND has received one timely but invalid exclusion request. A list containing information regarding this exclusion request is attached hereto as Exhibit G.

**CLAIMS**

28.     The Email, Mail, Reminder Email, and Long Form Notices informed Settlement Class Members that a claim for Settlement payment must be submitted online through the Settlement Website or by mail by November 27, 2021.

29.     As of December 2, 2021, JND has received 46,898 claims (46,453 filed online and 445 filed by mail) for 1,093,617,078 Hard Drives.

**CLAIM VERIFICATION AND AUDIT PROCESS**

30.     Pursuant to Paragraph 2.5 of the Settlement Agreement, Settlement Class Members were required to verify, under penalty of perjury, that they purchased one or more Hard Drives during the Settlement Class Period.  The claim attestation also indicated that claimants may, at the discretion of JND, be called upon to provide further proof of purchase where concerns over Class Membership may exist.

31.     Per Paragraph 2.6 of the Settlement Agreement, JND has reviewed the claims to determine validity.  A number of claims have validity issues including duplicates, claims filed in clusters from the same address, and larger than expected Hard Drive purchases claimed.  For example, one claimant sought reimbursement for 999,999,999 Hard Drives.  Further, of the 46,898 claims filed, more than 10,000 claims sought reimbursement for more than 5 Hard Drives apiece.  Cumulatively,

these 10,000 claims sought reimbursement for more than 1 billion total Hard Drives.

32.     JND has provided claim validity detail to the parties and understands less than 190,000 Hard Drives were sold during the Settlement Class Period.  Accordingly, there is agreement that a request to provide proof of purchase should be issued to claimants who filed timely claims claiming the purchase of more than 5 Hard Drives.  JND has analyzed those claims and has email addresses for almost all claimants.  Issuing the request for proof of purchase by email is cost effective and will allow claimants with legitimate voluminous purchases to reply and provide a purchase receipt or submit proof of purchase by mail.  For the small number of claimants who did not provide an email address or where the email proof of purchase request is undeliverable, JND will send a postcard notice by mail.  The proof of purchase request will indicate that valid proof of purchase must be provided to JND within 30 days or the claim will be denied and no further processing will occur.

## SETTLEMENT ADMINISTRATION FEES AND EXPENSES

33.     JND has performed its responsibilities as set forth in the Settlement Agreement and Preliminary Approval Order.  As of November 30, 2021, JND has billed $340,444.34 in Settlement Administration fees and expenses and been paid $302,073.00.  Of this $302,073.00, $225,374.43 or 75% was incurred on Notice Plan fees and expenses (Media Plan, Email, Mail and Reminder Email Notices).

34.     Based on the proof of purchase request process detailed in Paragraph 32, JND respectively requests that the Court authorize an additional $190,000 (for total Settlement Administration fees and expenses of $492,073) to complete the Settlement Administration (through December 2022). This estimate is based on JND's initial estimate in conjunction with estimates for Settlement administration activity changes.  These changes include:  the direct notice was larger than initially estimated (Mail Notice was added for all Settlement Class Members with a mailing address); claim submissions were 4 times higher than anyone could have anticipated; based on claims

submissions, additional data analysis and project management is being incurred during the claim validation and audit process; the Settlement payment distribution is estimated to be 3 times higher than initially estimated; and the Settlement Administration will continue through 2022 (initial estimate was based on 9 months).

35.     JND will continue to administer the Settlement through all phases of Settlement Administration, as required by the Settlement Agreement, Preliminary Approval Order, and pursuant to any future Orders of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2021 in Seattle, Washington.

GRETCHEN EOFF

# EXHIBIT A



June 21, 2021


United States Attorney General
and the Appropriate Officials
Identified in Attachment A


**RE:  CAFA Notice of Proposed Class Action Settlement**


Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of Western Digital Corporation, the defendant in the below-referenced class action ("the Action").  Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Nationwide Settlement Class, and Approval of Procedure for and Form of Notice was filed with the Court on June 11, 2021.  The Court has scheduled an approval hearing to take place on July 21, 2021 at 1:00 p.m.

|  |  |
|---|---|
| **Case Name:** | *Malone, et al. v. Western Digital Corporation* |
| **Case Number:** | *5:20-cv-03584-NC* |
| **Jurisdiction:** | *United States District Court for the Northern District of California* |
| **Date Settlement filed with Court:** | *June 11, 2021* |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715 (b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint.pdf**
    Class Action Complaint for: (1) Violation of Cal. Civil Code § 1750 (2) Violation of Cal. Business & Professions Code § 17500 (3) Violation of Cal. Business & Professions Code § 17200, Jury Trial Demand, filed May 29, 2020

**02 - First Amended Complaint.pdf**
    First Amended Class Action Complaint for: (1) Violation of Cal. Civil Code § 1750 (2) Violation of Cal. Business & Professions Code § 17500 (3) Violation of Cal. Business & Professions Code § 17200 (4) In the Alternative, State Consumer Protection Law Subclasses, Jury Trial Demanded, filed June 16, 2020

**03 - Second Amended Complaint.pdf**
    Second Amended Class Action Complaint, Jury Trial Demanded, filed August 10, 2020

**04 - Notice of Class Action Settlement.pdf**

**05 - Motion for Preliminary Approval.pdf**
    Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Nationwide Settlement Class, and Approval of Procedure for and Form of Notice, filed June 11, 2021, and attaching

1. Exhibit 1: Declaration of Yitzchak Kopel in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Nationwide Settlement Class, and Approval of Procedure for and Form of Notice

   a. Exhibit 1: Stipulation of Settlement
      i. Exhibit A: Claim Form
      ii. Exhibit B: Long Form Notice
      iii. Exhibit C: Preliminary Settlement Order
      iv. Exhibit D: Settlement Approval Order and Final Judgment
      v. Exhibit E: Undertaking Regarding Attorneys' Fees and Costs
      vi. Exhibit F: Email Notice
      vii. Exhibit G: Mail Notice
      viii. Exhibit H: List of Released Persons

2. Exhibit 2: Declaration of Daniel M. Hattis in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

3. Exhibit 3: Declaration of Plaintiff Brian Conway in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

4. Exhibit 4: Declaration of Plaintiff Chris Ayers in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

5. Exhibit 5: Declaration of Plaintiff David Eaton in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

6. Exhibit 6: Declaration of Plaintiff James Backus in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

7. Exhibit 7: Declaration of Plaintiff James Raaymakers in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

8. Exhibit 8: Declaration of Plaintiff Nicholas Malone in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

9. Exhibit 9: Declaration of Plaintiff Steven Gravel in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

10. Exhibit 10: Declaration of Plaintiff Tod Weitzel in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

11. Exhibit 11: Declaration of Gina M. Intrepido-Bowden Regarding Notice and Claims Administration

12. Exhibit 12: [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement and Directing Dissemination of Class Notice

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the

class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representative at:

Eric Y Kizirian
Lewis Brisbois Bisgaard & Smith LLP
633 West Fifth St, Suite 4000
Los Angeles, CA 90071
Phone: 213-250-1800
Email: eric.kizirian@lewisbrisbois.com

For questions regarding this Notice, please contact JND at:

JND Class Action Administration
1100 2nd Ave, Suite 300
Seattle, WA  98101
Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Malone, et al. v. Western Digital Corporation* **Class Action, Case No. 5:20-cv-03584-NC**
**CAFA Notice – Attachment A – Service List**

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Office of the Attorney General
501 Washington Ave
Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334

Clare E. Connors
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

Todd Rokita
Indiana Attorney General's Office
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Derek Schmidt
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612

Daniel Cameron
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601

Jeff Landry
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Brian E. Frosh
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 1400
St. Paul, MN  55101

Eric Schmitt
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Austin Knudsen
Office of the Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena, MT  59601

Josh Stein
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Wayne Stenehjem
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, NE  68509

John Formella
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH  03301

Gurbir S. Grewal
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

Hector Balderas
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM  87504

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215

Dawn Cash
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK  73105

Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St NE
Salem, OR  97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA  17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI  02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501

Herbert H. Slatery, III
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN  37243

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Mark R. Herring
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

T.J. Donovan
Attorney General's Office
109 State St.
Montpelier, VT  05609

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Bridget Hill
Office of the Attorney General
State Capitol Building
200 W 24th St
Cheyenne, WY  82002

Karl A. Racine
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Fainu'ulei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Leevin Taitano Camacho
Office of the Attorney General
Administration Division
590 S Marine Corps Dr, Suite 901
Tamuning, GU  96913

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950

Domingo Emanuelli Hernández
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

Denise N. George
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802

Joses R. Gallen
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Richard Hickson, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC  20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96939

# **EXHIBIT B**

██████████

| | |
|---|---|
| **From:** | Western Digital Class Action Settlement Claims Administrator <info@WDRedNASHarddriveSettlement.com> |
| **Sent:** | Friday, August 20, 2021 2:54 PM |
| **To:** | ██████████ |
| **Subject:** | Notice of Western Digital Settlement and Eligibility to Receive Compensation |

Dear ██████████:

## LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*A federal court authorized this notice. This is **not** a solicitation from a lawyer. You are not being sued.*

**YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU PURCHASED A WESTERN DIGITAL RED NAS HARD DRIVE**

**\*You must file a claim by November 27, 2021, to receive a payment\***

**To file a claim click here**

**Read this notice or visit www.WDRedNASHarddriveSettlement.com or call 1-833-677-1089 for more information.**

*Para ver este aviso en español, visite* www.WDRedNASHarddriveSettlement.com

**What is this notice about?** A proposed settlement has been reached in a class action lawsuit. Plaintiffs alleged that Western Digital misrepresented its "WD Red NAS" hard drives as suitable for use in NAS (Network Attached Storage) devices because the drives use "SMR" (Shingled Magnetic Recording) technology. Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel

are the plaintiffs in the filed class action lawsuit against Western Digital. The operative complaint in this case is available at www.WDRedNASHarddriveSettlement.com. Western Digital denies these allegations, denies that SMR is inferior technology, or that it did anything wrong. Defendant contends that its SMR-based Red NAS drives were designed and extensively tested for use in the applications for which they were marketed, and Western Digital believes that the drives perform well in, and are suitable for use in, NAS devices employed in appropriate applications and workloads.

**Who is included?** The "Settlement Class" consists of all consumers in the United States who purchased a WD Red NAS Drive using SMR technology between October 2018 and July 21, 2021. The specific hard drive models are: WD20EFAX (2TB capacity), WD30EFAX (3TB capacity), WD40EFAX (4TB capacity), and WD60EFAX (6TB capacity) hard drives. If you received this notice, Western Digital's records indicate that you may be in the Settlement Class.

**What can I get?** Under the proposed settlement, Western Digital will pay $2.7 million to create a Settlement Fund. If the Settlement is approved and becomes final, payments will be issued to consumers who are part of the Settlement Class. **You must file a claim to receive a payment. You can file a claim online by clicking here.** Payment amounts will be based on which hard drives a person purchased and the number of hard drives purchased. The purchasers of 2TB and 3TB WD Red NAS Drives will receive $4.00 for each drive purchased and purchasers of 4TB and 6TB WD Red NAS Drives will receive $7.00 for each drive purchased, which may be adjusted on a pro-rata basis depending on the number of claims filed. The maximum payout per claim, if there is a pro-rata upward adjustment, will be as high as 85% of the MSRP value of the drive purchased.

**How do I get a payment? You must file a claim by November 27, 2021 to receive a Settlement payment. You can file a claim online by clicking here. Or you can download a claim form at www.WDRedNASHarddriveSettlement.com, fill it out, and submit it by mail.** Payments will be issued to valid claimants by mailed check.

**What are my options?** You can file a claim, receive a payment if the Settlement becomes final, and give up the right to sue Western Digital, and its affiliates, about the issues in this lawsuit. If you do nothing, you will receive no payment and, if the Settlement becomes final, you will give up the right to sue Western Digital, and its affiliates, about the issues in this lawsuit. You can exclude yourself, receive no payment under this Settlement, and retain any right you have to sue Western Digital, and its affiliates, about the issues in this lawsuit. For a complete list of Western Digital's affiliates that are being released by the Settlement in this action, please visit www.WDRedNASHarddriveSettlement.com. To exclude yourself, mail a signed, written request for exclusion containing the

information described at www.WDRedNASHarddriveSettlement.com, postmarked by **December 3, 2021**, to: Malone v. Western Digital Corporation, c/o JND Legal Administration, PO Box 11007, Seattle, WA 98111. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims relating to this lawsuit. If you do not exclude yourself, you can object to or comment on the Settlement and/or Settlement Class Counsel's request for attorneys' fees, expenses, and service awards for the Plaintiffs who brought this case on behalf of the Settlement Class. To object, you must submit a signed, written objection containing the information described at www.WDRedNASHarddriveSettlement.com to the Court by **December 3, 2021**. Visit www.WDRedNASHarddriveSettlement.com for more information.

**What happens next?** The Court will hold a hearing on **December 22, 2021, at 2:00 p.m.**, Pacific, at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 5, 280 South 1st Street, San Jose, CA 95113, to decide whether to approve the Settlement, attorneys' fees and expenses for the attorneys who worked representing the Settlement Class (up to one-third to be paid from the $2.7 million Settlement Fund), and service awards of up to $2,500 to each of the Plaintiffs who brought this case on behalf of the Settlement Class. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice, and/or the Court could order that this hearing be held remotely or telephonically. Check www.WDRedNASHarddriveSettlement.com for updates.

**Who represents me?** The Court has appointed Bursor & Fisher, P.A., and Hattis & Lukacs to represent the Settlement Class. Together, these lawyers are called Settlement Class Counsel. You do not need to pay these lawyers out of your pocket. Instead, these lawyers will apply for compensation out of the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including to view copies of case documents, the full Settlement Agreement, the Complaint in the lawsuit, and Settlement Class Counsel's fee application (once it is filed), visit www.WDRedNASHarddriveSettlement.com. You can also call 1-833-677-1089 toll-free or contact Settlement Class Counsel at info@bursor.com.

## PLEASE DO NOT CONTACT THE COURT

To unsubscribe, please click on the following link: unsubscribe

# **<u>EXHIBIT C</u>**

Western Digital WD Red NAS Hard Drive Settlement
c/o JND Legal Administration
P.O. Box 11007
Seattle, WA 98111

**Claimant ID No.  [«NameNumber»]**

**LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

**YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT**
**IF YOU PURCHASED A WESTERN DIGITAL RED NAS HARD DRIVE**

**\*You must file a claim by November 27, 2021 to receive a payment\***

**To file a claim or to get more information, visit www.WDRedNASHarddriveSettlement.com**





«Fullname»
«AddressLine1»
«AddressLine2»
«AddressCity», «State» «PostalCode»
«AddressCountry»

*Para ver este aviso en español, visite*
*www.WDRedNASHarddriveSettlement.com*

**LEGAL NOTICE**
**If you purchased a Western Digital Red NAS Hard Drive you may be**
**entitled to a cash payment of up to $153 from a class action settlement**

A proposed settlement has been reached in a class action lawsuit. Plaintiffs alleged that Western Digital misrepresented its "WD Red NAS" hard drives as suitable for use in NAS (Network Attached Storage) devices, because the drives use "SMR" (Shingled Magnetic Recording) technology. Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel are the Plaintiffs in the filed class action lawsuit against Western Digital. The operative complaint in this case is available at www.WDRedNASHarddriveSettlement.com. Western Digital denies these allegations, denies that SMR is inferior technology, or that it did anything wrong. Defendant contends that its SMR-based Red NAS drives were designed and extensively tested for use in the applications for which they were marketed, and Western Digital believes that the drives perform well in, and are suitable for use in, NAS devices employed in appropriate applications and workloads. The settlement, if approved, resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?**   The "Settlement Class" consists of all consumers in the United States who purchased a WD Red NAS Drive using SMR technology between October 2018 and July 12, 2021, or who received a WD Red NAS Drive using SMR as a replacement drive from Western Digital. The specific hard drive models are: WD20EFAX (2TB capacity), WD30EFAX (3TB capacity), WD40EFAX (4TB capacity), and WD60EFAX (6TB capacity) hard drives. If you received this notice, Western Digital's records indicate that you may be in the Settlement Class.

**What can I get?**   Under the proposed settlement, Western Digital will pay $2.7 million to create a Settlement Fund. If the Settlement is approved and becomes final, payments will be issued to consumers who are part of the Settlement Class. **You must file a claim to receive a payment (see below)**. Payment amounts will be based on which hard drives a person purchased and the

**CLAIM FORM**

To file a claim for a payment, you must complete and file this Claim Form.  You can either:

(1) File Online.  File online at www.WDRedNASHarddriveSettlement.com; or

(2) File by Mail:  Fill out, sign, and return this form to:  Malone v. Western Digital Corporation, c/o JND Legal Administration, P.O. Box 11007, Seattle, WA 98111.

**Important:  The deadline to FILE A CLAIM IS November 27, 2021.**

| **Step 1:  Provide Your Contact Information** |
|---|

Your Name _____

Street Address _____

City _____ State _____ ZIP _____

Email Address: _____

| **Step 2:  Confirm That You Purchased A WD Red NAS Hard Drive** |
|---|

List below the types and number of WD Red NAS hard drives that you purchased since October 2018. The hard drive models are: WD20EFAX (2TB), WD30EFAX (3TB), WD40EFAX (4TB), and WD60EFAX (6TB). Then check the box below to confirm that, to the best of your recollection, you purchased the stated WD Red NAS hard drives since October 2018.

☐  By checking this box and signing below, I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.

_____          _____
**Your Signature**                                      **Date**

number of zero drives purchased. Thus, purchasers of 2TB and 3TB WD Red NAS Drives will receive $4.00 for each drive purchased and purchasers of 4TB and 6TB WD Red NAS Drives will receive $7.00 for each drive purchased, which may be adjusted on a pro-rata basis depending on the number of claims filed. Depending on the number of claims filed, there may be a pro-rata upward adjustment with a maximum payout per claim that will be 85% of the MSRP value of the drive purchased.

**How do I get a payment?** **You must file a claim by November 27, 2021, to receive a Settlement payment. You can file a claim online at www.WDRedNASHarddriveSettlement.com, or you can submit the attached claim form.** Payments will be issued to valid claimants by mailed check.

**What are my options?** You can file a claim, receive a payment if the Settlement becomes final, and give up the right to sue Western Digital about the issues in this lawsuit. If you do nothing, you will receive no payment and, if the Settlement becomes final, you will give up the right to sue Western Digital and its affiliates about the issues in this lawsuit. For a complete list of Western Digital's affiliates that are being released by the Settlement in this action, please visit www.WDRedNASHarddriveSettlement.com. You can exclude yourself, receive no payment under this Settlement, and retain any right you have to sue Western Digital about the issues in this lawsuit. To exclude yourself, mail a signed, written request for exclusion containing the information described at www.WDRedNASHarddriveSettlement.com, postmarked by **December 3, 2021**, to: Malone v. Western Digital Corporation, c/o JND Legal Administration, P.O. Box 11007, Seattle, WA 98111. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims relating to this lawsuit. If you do not exclude yourself, you can object to or comment on the Settlement and/or Settlement Class Counsel's request for attorneys' fees, expenses, and service awards for the Plaintiffs who brought this case on behalf of the Settlement Class. To object, you must submit a signed, written objection containing the information described at

www.WDRedNASHarddriveSettlement.com to the Court by **December 3, 2021**. Visit www.WDRedNASHarddriveSettlement.com for more information.

**What happens next?** The Court will hold a hearing on **December 22, 2021, at 2:00 p.m., Pacific,** at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 5, 280 South 1st Street, San Jose, CA 95113, to decide whether to approve the Settlement, attorneys' fees and expenses for the attorneys who worked representing the Settlement Class (up to one-third to be paid from the $2.7 million Settlement Fund), and service awards of up to $2,5000 to each of the Plaintiffs who brought this case on behalf of the Settlement Class. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice, and/or the Court could order that this hearing be held remotely or telephonically. Check www.WDRedNASHarddriveSettlement.com for updates.

**Who represents me?** The Court has appointed Bursor & Fisher, P.A, and Hattis & Lukacs, to represent the Settlement Class. Together, these lawyers are called Settlement Class Counsel. You do not need to pay these lawyers out of your pocket. Instead, these lawyers will apply for compensation out of the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including to view copies of case documents, the full Settlement Agreement, the Complaint in the lawsuit, and Settlement Class Counsel's fee application (once it is filed), visit www.WDRedNASHarddriveSettlement.com. You can also call 1-833-677-1089 or contact Settlement Class Counsel at info@bursor.com.

**PLEASE DO NOT CONTACT THE COURT.**

Name: _____

Current Address: _____

_____

_____

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 985   SEATTLE, WA

POSTAGE WILL BE PAID BY ADDRESSEE

MALONE V. WESTERN DIGITAL CORPORATION
C/O JND LEGAL ADMINISTRATION
PO BOX 11007
SEATTLE WA 98111-9890

# **EXHIBIT D**

███████

**From:**        Western Digital Class Action Settlement Claims Administrator
              <info@WDRedNASHarddriveSettlement.com>
**Sent:**        Tuesday, September 21, 2021 1:11 PM
**To:**          ███████████
**Subject:**     Reminder – Notice of Western Digital Settlement and Eligibility to Receive
              Compensation

Dear ██████████████ :

## LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*A federal court authorized this notice. This is **not** a solicitation from a lawyer. You are not being sued.*

## YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU PURCHASED A WESTERN DIGITAL RED NAS HARD DRIVE

## *You must file a claim by November 27, 2021, to receive a payment*

### To file a claim click here

### Read this notice or visit www.WDRedNASHarddriveSettlement.com or call 1-833-677-1089 for more information.

*Para ver este aviso en español, visite*
www.WDRedNASHarddriveSettlement.com

**What is this notice about?** A proposed settlement has been reached in a class action lawsuit. Plaintiffs alleged that Western Digital misrepresented its "WD Red NAS" hard drives as suitable for use in NAS (Network Attached Storage) devices because the drives use "SMR" (Shingled Magnetic Recording) technology. Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel

are the plaintiffs in the filed class action lawsuit against Western Digital. The operative complaint in this case is available at www.WDRedNASHarddriveSettlement.com. Western Digital denies these allegations, denies that SMR is inferior technology, or that it did anything wrong. Defendant contends that its SMR-based Red NAS drives were designed and extensively tested for use in the applications for which they were marketed, and Western Digital believes that the drives perform well in, and are suitable for use in, NAS devices employed in appropriate applications and workloads.

**Who is included?** The "Settlement Class" consists of all consumers in the United States who purchased a WD Red NAS Drive using SMR technology between October 2018 and July 21, 2021. The specific hard drive models are: WD20EFAX (2TB capacity), WD30EFAX (3TB capacity), WD40EFAX (4TB capacity), and WD60EFAX (6TB capacity) hard drives. If you received this notice, Western Digital's records indicate that you may be in the Settlement Class.

**What can I get?** Under the proposed settlement, Western Digital will pay $2.7 million to create a Settlement Fund. If the Settlement is approved and becomes final, payments will be issued to consumers who are part of the Settlement Class. **You must file a claim to receive a payment. You can file a claim online by clicking here.** Payment amounts will be based on which hard drives a person purchased and the number of hard drives purchased. The purchasers of 2TB and 3TB WD Red NAS Drives will receive $4.00 for each drive purchased and purchasers of 4TB and 6TB WD Red NAS Drives will receive $7.00 for each drive purchased, which may be adjusted on a pro-rata basis depending on the number of claims filed. The maximum payout per claim, if there is a pro-rata upward adjustment, will be as high as 85% of the MSRP value of the drive purchased.

**How do I get a payment? You must file a claim by November 27, 2021 to receive a Settlement payment. You can file a claim online by clicking here. Or you can download a claim form at www.WDRedNASHarddriveSettlement.com, fill it out, and submit it by mail.** Payments will be issued to valid claimants by mailed check.

**What are my options?** You can file a claim, receive a payment if the Settlement becomes final, and give up the right to sue Western Digital, and its affiliates, about the issues in this lawsuit. If you do nothing, you will receive no payment and, if the Settlement becomes final, you will give up the right to sue Western Digital, and its affiliates, about the issues in this lawsuit. You can exclude yourself, receive no payment under this Settlement, and retain any right you have to sue Western Digital, and its affiliates, about the issues in this lawsuit. For a complete list of Western Digital's affiliates that are being released by the Settlement in this action, please visit www.WDRedNASHarddriveSettlement.com. To exclude yourself, mail a signed, written request for exclusion containing the

information described at www.WDRedNASHarddriveSettlement.com, postmarked by **December 3, 2021**, to: Malone v. Western Digital Corporation, c/o JND Legal Administration, PO Box 11007, Seattle, WA 98111. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims relating to this lawsuit. If you do not exclude yourself, you can object to or comment on the Settlement and/or Settlement Class Counsel's request for attorneys' fees, expenses, and service awards for the Plaintiffs who brought this case on behalf of the Settlement Class. To object, you must submit a signed, written objection containing the information described at www.WDRedNASHarddriveSettlement.com to the Court by **December 3, 2021**. Visit www.WDRedNASHarddriveSettlement.com for more information.

**What happens next?** The Court will hold a hearing on **December 22, 2021, at 2:00 p.m.**, Pacific, at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 5, 280 South 1st Street, San Jose, CA 95113, to decide whether to approve the Settlement, attorneys' fees and expenses for the attorneys who worked representing the Settlement Class (up to one-third to be paid from the $2.7 million Settlement Fund), and service awards of up to $2,500 to each of the Plaintiffs who brought this case on behalf of the Settlement Class. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice, and/or the Court could order that this hearing be held remotely or telephonically. Check www.WDRedNASHarddriveSettlement.com for updates.

**Who represents me?** The Court has appointed Bursor & Fisher, P.A., and Hattis & Lukacs to represent the Settlement Class. Together, these lawyers are called Settlement Class Counsel. You do not need to pay these lawyers out of your pocket. Instead, these lawyers will apply for compensation out of the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including to view copies of case documents, the full Settlement Agreement, the Complaint in the lawsuit, and Settlement Class Counsel's fee application (once it is filed), visit www.WDRedNASHarddriveSettlement.com. You can also call 1-833-677-1089 toll-free or contact Settlement Class Counsel at info@bursor.com.

**PLEASE DO NOT CONTACT THE COURT**

To unsubscribe, please click on the following link: unsubscribe

# **EXHIBIT E**















Ad · www.wdrednasharddrivesettlement.com

**Hard Drive Settlement**

Purchasers of Western Digital Red NAS Hard Drives may be entitled to a cash payment

WD to Settle SMR HDD False Advertising Class Action Lawsuit

Western Digital to Settle SMR HDD False Advertising Class Action Lawsuit ... WD has moved to settle one of its ongoing class-action lawsuits for ...

Jun 17, 2021

# **EXHIBIT F**

# If you purchased a Western Digital Red NAS Hard Drive you may be entitled to a cash payment from a class action settlement

NEWS PROVIDED BY

**JND Legal Administration →**
Aug 23, 2021, 09:23 ET

SEATTLE, Aug. 23, 2021 /PRNewswire/ -- JND Legal Administration announces a proposed settlement in a class action lawsuit called *Malone v. Western Digital Corporation* (N.D. Cal.), Case No. 5:20-cv-03584.

**What is this about?** Plaintiffs alleged that Western Digital misrepresented its "WD Red NAS" hard drives as suitable for use in NAS (Network Attached Storage) devices, because the drives use "SMR" (Shingled Magnetic Recording) technology. Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel are the plaintiffs in the filed class action lawsuit against Western Digital. The operative complaint in this case is available at www.WDRedNASHarddriveSettlement.com. Western Digital denies these allegations, denies that SMR is inferior technology, or that it did anything wrong. Defendant contends that its SMR-based Red NAS drives were designed and extensively tested for use in the applications for which they were marketed, and Western Digital believes that the drives perform well in, and are suitable for use in, NAS devices employed in appropriate applications and workloads. The settlement, if approved, resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?**  The "Settlement Class" consists of all consumers in the United States who purchased a WD Red NAS Drive using SMR technology between October 2018 and July 21, 2021, or who received a WD Red NAS Drive using SMR as a replacement drive from Western Digital. The specific hard drive models are: WD20EFAX (2TB capacity), WD30EFAX (3TB capacity), WD40EFAX (4TB capacity), and WD60EFAX (6TB capacity) hard drives.

**What can I get?**  Under the proposed settlement, Western Digital will pay $2.7 million to create a settlement fund. If the settlement is approved and becomes final, payments will be issued to consumers who are part of the Settlement Class. You must file a claim to receive a payment (see below). Payment amounts will be based on which hard drives a person purchased and the number of hard drives purchased. The purchasers of 2TB and 3TB WD Red NAS Drives will receive $4.00 for each drive purchased and purchasers of 4TB and 6TB WD Red NAS Drives will receive $7.00 for each drive purchased, which may be adjusted on a pro-rata basis depending on the number of claims filed. The maximum payout per Claim, if there is a pro-rata upward adjustment, will be as high as 85% of the MSRP value of the drive purchased.

**How do I get a payment?**  You must file a claim by **November 8, 2021** to receive a settlement payment. You can file a claim online at www.WDRedNASHarddriveSettlement.com/claim. Or you can download a claim form at www.WDRedNASHarddriveSettlement.com, fill it out, and submit it by mail. Payments will be issued to valid claimants by mailed check.

**What are my options?**  You can file a claim, receive a payment if the settlement becomes final, and give up the right to sue Western Digital about the issues in this lawsuit. If you do nothing, you will receive no payment and, if the settlement becomes final, you will give up the right to sue Western Digital and its affiliates about the issues in this lawsuit. For a complete list of Western Digital's affiliates that are being released by the settlement in this action, please visit www.WDRedNASHarddriveSettlement.com. You can exclude yourself, receive no payment under this settlement, and retain any right you have to sue Western Digital about the issues in this lawsuit. To exclude yourself, mail a signed, written request for exclusion containing the information described at www.WDRedNASHarddriveSettlement.com, postmarked by **December 3, 2021,** to: Malone v. Western Digital Corporation, c/o JND Legal Administration, P.O. Box 1107, Seattle, WA 98111. If you do not exclude yourself, and the Court approves the settlement, you will be bound by the Court's orders and judgments and will release your claims relating to this lawsuit. If you do not exclude yourself, you can object to or comment on the settlement and/or Settlement Class Counsel's request for attorneys' fees, expenses, and service

awards for the plaintiffs who brought this case on behalf of the Settlement Class. To object, you must submit a signed, written objection containing the information described at www.WDRedNASHarddriveSettlement.com to the Court by **December 3, 2021**. Visit www.WDRedNASHarddriveSettlement.com for more information.

**What happens next?**  The Court will hold a hearing on December 22, 2021 at 2:00 p.m. PT, at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 5, 280 South 1st Street, San Jose, CA 95113, to decide whether to approve the settlement, attorneys' fees and expenses for the attorneys who worked representing the Settlement Class (up to one-third to be paid from the $2.7 million settlement fund), and service awards of up to $2,500 to each of the plaintiffs who brought this case on behalf of the Settlement Class. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice, and/or the Court could order that this hearing be held remotely or telephonically. Check www.WDRedNASHarddriveSettlement.com for updates.

**Who represents me?**  The Court has appointed Bursor & Fisher, P.A., and Hattis & Lukacs to represent the Settlement Class. Together, these lawyers are called Settlement Class Counsel. You do not need to pay these lawyers out of your pocket. Instead, these lawyers will apply for compensation out of the settlement fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?**  For more information, including to view copies of case documents, the full settlement agreement, the complaint in the lawsuit, and Settlement Class Counsel's fee application (once it is filed), visit WDRedNASHarddriveSettlement.com. You can also call 1-833-677-1089 or contact Settlement Class Counsel at info@bursor.com.

**PLEASE DO NOT CONTACT THE COURT.**

SOURCE JND Legal Administration

# <u>EXHIBIT G</u>



# WESTERN DIGITAL CLASS ACTION SETTLEMENT

# (MALONE, ET AL. V. WESTERN DIGITAL CORPORATION, CASE NO. 5:20-CV-03584-NC)

## INVALID EXCLUSION

|  | JND ID NUMBER | NAME | CITY/STATE | POSTMARK DATE | REASON | SIGNATURE TYPE |
|---|---|---|---|---|---|---|
| 1. | DJCE9FVYMR | DAVID JELONEK | Northlake, IL | 9/22/2021 | Submitted by email, missing signature, inadequate statement | Digital |

1