UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 20-cv-03584-NC<br><br>**JUDGMENT**<br><br>Judge: Hon. Nathanael Cousins |

Judgment is entered in accordance with the Final Settlement Approval Order issued today. The Court retains jurisdiction as set forth in that Order. The Clerk of Court shall administratively close this file

Dated: December 22, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge