**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
         pkl@hattislaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**STATUS UPDATE REGARDING PROOF OF PURCHASE AUDIT**<br><br>Hon. Nathaniel Cousins |

I, GRETCHEN EOFF, declare and state as follows:

1.    I am a Senior Vice President of Operations at JND Legal Administration LLC ("JND"), the Settlement Administrator in the above-referenced matter. The following statements are based on my personal knowledge and information provided to JND by Class Counsel, Bursor & Fisher, P.A. and Hattis and Lukacs, and other JND employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2.    Pursuant to the Court's Final Order Approving Class Action Settlement, filed December 22, 2021 (ECF No. 71) ("Final Approval Order"), I am submitting this status update, through Class Counsel, to update the Court regarding the proof of purchase audit completion.

3.    Following entry of the Court's Final Approval Order, JND issued 13,005 proof of purchase requests to all claimants who filed a claim requesting more than 5 Hard Drives. Of those 13,005 requests, 12,685 were issued by e-mail and 320 were sent by mail.

4.    As of February 3, 2022, of the 320 mailed requests, one was returned with an address update by the United States Postal Service ("USPS") and promptly remailed. In addition, JND performed advanced address research for 49 undeliverables returned without a USPS updated address, and remailed 7 proof of purchase requests to an updated address. These 7 claimants have until February 26, 2022 to respond to the proof of purchase request.

5.    In response to the proof of purchase requests, 38 claimants provided documentation for all Hard Drives claimed and have confirmed their Hard Drive purchases entirely.

6.    Further, 46 claimants provided documentation for some of the Hard Drives claimed.

7.    Finally, 348 claimants requested to amend their claimed number of Hard Drives to 5 Hard Drives (or fewer). Class Counsel and Defendant's Counsel both agreed to permit these requests to amend, subject to Court approval. If approved by the Court, JND will follow-up with claimants where more than one Hard Drive model was claimed to confirm how to reduce the number of Hard Drives.

1    8.  Excluding the above-referenced 432 claimants that either provided proof of purchase or requested to amend the number of Hard Drives claimed, there are 27,134 valid claims for 93,796 Hard Drives, resulting in a claims rate of approximately 51% of the total Hard Drives sold during the Settlement Class Period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2022 in Seattle, Washington.

GRETCHEN EOFF