**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**PLAINTIFFS' *AMENDED* NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND INCENTIVE AWARDS**<br><br><u>Hearing</u><br>Date: April 20, 2022<br>Time: 1:00 p.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Nathaniel Cousins |

**AMENDED NOTICE OF MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Wednesday, April 20, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard by the above-captioned Court, located at 280 South 1st Street, Courtroom 5, 4th Floor, San Jose, California 95113, in the courtroom of Hon. Nathaniel Cousins, Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel ("Plaintiffs"), by and through the undersigned counsel of record, will move and hereby do move, pursuant to Fed. R. Civ. P. 23(h), for entry of the [Proposed] Order for an Award of Attorneys' Fees, Costs and Expenses, and Incentive Awards.

This motion is based on:

(1) this Amended Notice Of Motion;

(2) the Memorandum Of Points And Authorities in Support of Motion For An Award of Attorneys' Fees, Costs and Expenses and Incentive Awards, filed on September 6, 2021 (Dkt. 65);

(3) the Declaration of Yitzchak Kopel in Support of Motions for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs and Expenses and Incentive Awards, filed on September 6, 2021 (Dkt. 66);

(4) the Declaration of Daniel Hattis in Support of Motions for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs and Expenses and Incentive Awards, filed on September 6, 2021 (Dkt. 67);

(5) the Final Order Approving Class Action Settlement, filed December 22, 2021 (Dkt. 71):

(6) the Status Update Regarding Proof Of Purchase Audit, filed February 10, 2022 (Dkt. 73);

(7) the papers and pleadings on file; and

(8) the arguments of counsel at the hearing of the Motion.

Dated:  March 14, 2022                               Respectfully submitted,

**HATTIS & LUKACS**

By:   */s/ Daniel M. Hattis*
         Daniel M. Hattis

1 | Daniel M. Hattis (SBN 232141)
2 | Paul Karl Lukacs (SBN 197007)
  | 400 108th Ave NE, Ste 500
  | Bellevue, WA 98004
3 | Telephone: (425) 233-8650
  | Facsimile: (425) 412-7171
4 | Email: dan@hattislaw.com
  |        pkl@hattislaw.com
5 |
  | **BURSOR & FISHER, P.A.**
6 | Yitzchak Kopel (*Pro Hac Vice*)
  | 888 Seventh Avenue, Third Floor
7 | New York, NY 10019
  | Telephone: (646) 837-7150
8 | Facsimile:  (212) 989-9163
  | Email: ykopel@bursor.com
9 |
  | **BURSOR & FISHER, P.A.**
10 | L. Timothy Fisher (SBN 191626)
   | 1990 North California Boulevard, Suite 940
11 | Walnut Creek, CA  94596
   | Telephone: (925) 300-4455
12 | Facsimile:  (925) 407-2700
   | E-Mail: ltfisher@bursor.com
13 |
   | *Class Counsel*

AMENDED NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES
CASE NO. 5:20-CV-03584-NC