**BURSOR & FISHER, P.A.**
Yitzchak Kopel (admitted *Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND INCENTIVE AWARDS (Dkt. 65)**<br><br>[Hon. Nathaniel Cousins] |

# **STIPULATION**

WHEREAS, on September 6, 2021, Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, And Tod Weitzel (collectively, "Plaintiffs") filed their Motion For An Award Of Attorneys' Fees, Costs And Expenses, And Incentive Awards (Dkt. 65) ("Motion"), along with two supporting declarations (Dkt. 66, 67), in this class action alleging false advertising of computer hard drive capabilities;

WHEREAS, on December 22, 2021, this Court held a hearing on the Motion in conjunction with this Court's hearing on the Motion For Final Approval Of Class Settlement (*see* Minute Order, dated Dec. 22, 2021 (Dkt. 70));

WHEREAS, at the hearing, the Court discussed the unusually high number of claims made against the class settlement fund, the Court requested a status update regarding the proof of purchase audit being conducted by the class action administrator, and the Court stated that it would await the status update before issuing a separate order with respect to the Motion, which would also then enable the claimants who submitted valid claims to be paid (*see* Dkt. 71, ¶¶ 15, 20);

WHEREAS, later on the day of December 22, 2021, the Court issued its Final Order Approving Class Action Settlement (Dkt. 71), which stated at Paragraph 16, "The Court will issue a separate Order with respect to Attorneys' Fees and Expenses and the Incentive Awards to the representative Plaintiffs, entitled Final Order Approving Attorneys' Fees and Expenses and Incentive Awards.";

WHEREAS, on February 10, 2022, Plaintiffs filed the Status Update Regarding Proof of Purchase Audit (Dkt. 73), in which the Settlement Administrator stated that it had contacted 13,005 claimants who submitted claims for 5 or more hard drives, with 38 claimants providing documentation for all hard drives claimed, 46 claimants providing documentation for some of the hard drives claimed, and 348 claimants requesting to amend their claimed number of hard drives to 5 or fewer;

WHEREAS, the Settlement Administrator is in receipt of the Settlement Funds but cannot pay the Class members until the Court rules on the Motion For An Award Of Attorneys' Fees, Costs And Expenses, And Incentive Awards;

| | |
|---|---|
| 1 | WHEREAS, Class Counsel twice attempted to communicate with the Court by email to resolve the outstanding Motion but did not receive a response to either inquiry; |
| 3 | WHEREAS, in an attempt to place the Motion back on calendar, Class Counsel filed an Amended Notice of Motion (Dkt. 74) scheduling the Motion to be heard by this Court on April 20, 2022, in accordance with the 35-day minimum notice requirement stated by Civil L.R. 7-2(a); |
| 6 | WHEREAS, Class Counsel files this Stipulation to request that the Court please shorten time to hear the Motion because the Class, the named Plaintiffs and Class Counsel cannot be paid until the Court rules upon the Motion; |
| 9 | WHEREAS, Class Counsel will make themselves available on any day or time convenient to the Court for a hearing of the Motion on shortened time (and Class Counsel has no objection to the Court signing and entering the Proposed Order Approving Award Of Attorneys' Fees, Costs And Expenses, And Incentive Awards (Dkt. 65-1) without a hearing); |
| 13 | WHEREAS, Defendant Western Digital Corporation has no objection to the Motion or to this Stipulation; |
| 15 | WHEREAS, pursuant to and in satisfaction of Civil L.R. 6-2, Class Counsel is filing the accompanying Declaration of Daniel M. Hattis; |
| 17 | NOW, THEREFORE, Plaintiffs and Defendant Western Digital Corporation STIPULATE and AGREE and RESPECTFULLY REQUEST that the Court advance the hearing date of the Motion For An Award Of Attorneys' Fees, Costs, And Expenses, And Incentive Awards (Dkt. 65) ("Motion") to any day and time convenient to the Court (or that the Court sign and enter the Proposed Order Approving Award Of Attorneys' Fees, Costs And Expenses, And Incentive Awards (Dkt. 65-1) without a hearing). |

Dated: March 18, 2022                                      Dated: March 18, 2022

BURSOR & FISHER, P.A.                              LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Yitzchack Kopel, Esq.                          By: /s/ Joshua Seth Hodas, Esq.

*Class Counsel*                                                *Counsel for Defendant Western Digital Corp*

HATTIS & LUKACS

By: /s/ Daniel M. Hattis, Esq.

*Class Counsel*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Daniel M. Hattis*
Daniel M. Hattis

**ORDER**

For good cause shown, Plaintiffs' request for an Order shortening time is hereby GRANTED and the hearing of the Motion For An Award Of Attorneys' Fees, Costs, And Expenses, And Incentive Awards (Dkt. 65) is ADVANCED from April 20, 2022, to _____ a.m./p.m. on March _____, 2022.

Dated: March _____, 2022

_____
HON. NATHANIEL COUSINS
U.S. District Court Judge

STIPULATION & ORDER SHORTENING TIME
CASE NO. 5:20-CV-03584-NC