**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>                  Defendant. | Case No.: 5:20-cv-03584-NC<br><br>**ORDER APPROVING AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS**<br><br>Date: December 22, 2021<br>Time: 2:00 p.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Nathaniel Cousins |

      The Court, having reviewed the papers filed in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and Expenses, and Incentive Awards for the Class Representatives, heard the arguments of counsel, and good cause appearing therefore, the motion is hereby GRANTED and it is ORDERED as follows:

      1.    The Court awards $900,000 in attorneys' fees, costs, and expenses for Bursor & Fisher, P.A. and Hattis & Lukacs ("Class Counsel").

1    2.    The Court awards to Plaintiffs Nicholas Malone, Chris Ayers, James Backus, Brian Conway, David Eaton, Steven Gravel, James Raaymakers, and Tod Weitzel $2,500 each ($17,500 total) as an incentive award for their participation in this matter.

3.    Defendant shall pay the above attorneys' fees, costs and expenses, and incentive awards pursuant to and in the manner provided by the terms of the Settlement Agreement.

IT IS SO ORDERED.

Date:   April 7, 2022

Hon. _____
United _____

