1 **BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
2 888 Seventh Avenue, Third Floor
New York, NY 10019
3 Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
4 Email: ykopel@bursor.com

5 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
6 1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
7 Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
8 E-Mail: ltfisher@bursor.com

9 **HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
10 Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste 500
11 Bellevue, WA 98004
Telephone: (425) 233-8650
12 Facsimile: (425) 412-7171
Email: dan@hattislaw.com
13           pkl@hattislaw.com

14 *Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-03584-NC<br><br>**DECLARATION OF GRETCHEN EOFF REGARDING UNCLEARED CHECK FUNDS**<br><br>Hon. Nathaniel Cousins |

I, GRETCHEN EOFF, declare and state as follows:

1. I am a Senior Vice President of Operations at JND Legal Administration LLC ("JND"), the Settlement Administrator in the above-referenced matter. The following statements are based on my personal knowledge and information provided to JND by Counsel and other JND employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2. I previously filed a Declaration Regarding Media Plan and Settlement Administration, dated December 7, 2021 (ECF 68-1), and a Status Update Regarding Proof of Purchase Audit, dated February 10, 2022 (ECF 73) ("Status Update Declaration"). This Declaration is being filed to update the Court on the status of the Class Settlement payment distribution.

3. Pursuant to the Final Order Approving Class Action Settlement, dated December 22, 2021 (ECF 71), after completion of the proof of purchase audit as detailed in my Status Update Declaration, JND issued Settlement payment to eligible claimants on June 14, 2022.

4. After final claim deduplication, JND issued 26,835 Settlement payment checks for a total of $1,282,730.97. Of those checks, 23,094 or 86% were deposited totaling $1,111,593.37 and 3,741 checks or 14% were not deposited and have expired totaling $171,137.60. These $171,137.60 in uncleared check funds remain in the Settlement Fund pending further order from the Court pursuant to Section 2.8 of the Stipulation of Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2023 in Seattle, Washington.

GRETCHEN EOFF