UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MALONE, CHRIS AYERS, JAMES BACKUS, BRIAN CONWAY, DAVID EATON, STEVEN GRAVEL, JAMES RAAYMAKERS, and TOD WEITZEL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>                    Defendant. | Case No. 5:20-cv-03584-NC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**<br><br>Judge: Hon. Nathaniel Cousins |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for *Cy Pres* Distribution of Residual Settlement Funds, and all other matters presented to the Court, the Court GRANTS the motion. The Court approves Public Counsel as the *cy pres* recipient of the $171,137.60 in residual settlement funds.

**IT IS SO ORDERED:**

DATED: October 10, 2023



Nathaniel M. Cousins
U.S. Magistrate Judge